**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---|---|

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Ki**<br>First name<br><br>**Hyung**<br>Middle name<br><br>**Kim**<br>Last name and Suffix (Sr., Jr., II, III) | **Hye**<br>First name<br><br>**Sook**<br>Middle name<br><br>**Ha**<br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br>Include your married or maiden names. | **Kevin Kim** | **Jane Kim** |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-7778** | **xxx-xx-9538** |

| Debtor 1 | **Ki Hyung Kim** |
|---|---|
| Debtor 2 | **Hye Sook Ha** |

Case number *(if known)* _____

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EINs | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EINs |
| **5. Where you live** | **41 Brenner Place**<br>**Alpine, NJ 07620**<br>Number, Street, City, State & ZIP Code<br><br>**Bergen**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br><br>_____ | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br><br>_____ |

| Debtor 1 | **Ki Hyung Kim** |
|----------|------------------|
| Debtor 2 | **Hye Sook Ha** |

Case number *(if known)* _____

---

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.*

- ☐ Chapter 7
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

---

**8. How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9. Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

---

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| | Debtor | | Relationship to you |
|---|---|---|---|
| | _____ | | _____ |
| | District | When | Case number, if known |
| | _____ | _____ | _____ |
| | Debtor | | Relationship to you |
| | _____ | | _____ |
| | District | When | Case number, if known |
| | _____ | _____ | _____ |

---

**11. Do you rent your residence?**

- ■ No.  Go to line 12.
- ☐ Yes.  Has your landlord obtained an eviction judgment against you?

  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

| Debtor 1 | **Ki Hyung Kim** | Case number *(if known)* | |
| Debtor 2 | **Hye Sook Ha** | | |

**Part 3:    Report About Any Businesses You Own as a Sole Proprietor**

**12.  Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.  Go to Part 4.

☐ Yes.  Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐  None of the above

**13.  Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

☐ No.  I am not filing under Chapter 11.

■ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

**Part 4:    Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

**14.  Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.  What is the hazard?

_____

If immediate attention is needed, why is it needed?

_____

Where is the property?

_____
Number, Street, City, State & Zip Code

| Debtor 1 | **Ki Hyung Kim** |
|---|---|
| Debtor 2 | **Hye Sook Ha** |

Case number *(if known)* _____

**Part 5:** Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | **Ki Hyung Kim** | | Case number *(if known)* |
|---|---|---|---|
| Debtor 2 | **Hye Sook Ha** | | |

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

**16.** What kind of debts do you have?

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

---

**17.** Are you filing under Chapter 7?

■ **No.** I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☐ **Yes.** I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

---

**18.** How many Creditors do you estimate that you owe?

☐ 1-49
☐ 50-99
☐ 100-199
■ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**19.** How much do you estimate your assets to be worth?

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**20.** How much do you estimate your liabilities to be?

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| **Part 7:** | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| **/s/ Ki Hyung Kim** | **/s/ Hye Sook Ha** |
|---|---|
| **Ki Hyung Kim** | **Hye Sook Ha** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on **July 31, 2019** | Executed on **July 31, 2019** |
| MM / DD / YYYY | MM / DD / YYYY |

| Debtor 1 | **Ki Hyung Kim** |
|---|---|
| Debtor 2 | **Hye Sook Ha** |

Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Richard D. Trenk** _____     Date     **July 31, 2019**
Signature of Attorney for Debtor                                 MM / DD / YYYY

**Richard D. Trenk**
Printed name

**McManimon, Scotland & Baumann, LLC**
Firm name

**75 Livingston Avenue**
**Suite 201**
**Roseland, NJ 07068**
Number, Street, City, State & ZIP Code

Contact phone     **973-622-1800** _____     Email address     **rtrenk@msbnj.com**

**016951982 NJ**
Bar number & State

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Ki Hyung Kim** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Hye Sook Ha** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

|  |  | Unsecured claim |
|---|---|---|

**1**

**New Bank**
**189 Homans Avenue**
**Closter, NJ 07624**

What is the nature of the claim? **Personal guarantee of business debt** $ **$2,333,383.62**

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Edward J. LoBello, Esq.**

**elobello@msek.com**
Contact

**516-592-5706**
Contact phone

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security:    - $ _____
  - Unsecured claim    $ _____

**2**

**New Bank**
**189 Homans Avenue**
**Closter, NJ 07624**

What is the nature of the claim? **Personal guarantee of business debt** $ **$1,530,931.48**

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

B104 (Official Form 104)          For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          Page 1

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Ki Hyung Kim**
Debtor 2    **Hye Sook Ha**

Case number *(if known)* _____

**Edward J. LoBello, Esq.**

elobello@msek.com
Contact

**516-592-5706**
Contact phone

| | | |
|---|---|---|
| **Does the creditor have a lien on your property?** | | |
| ■ No | | |
| ☐ Yes. Total claim (secured and unsecured) | $ | _____ |
| Value of security: | - $ | _____ |
| Unsecured claim | $ | _____ |

---

**3**

**Bank of Hope**
**3200 Wilshire Blvd, Suite 1400**
**Los Angeles, CA 90010**

**What is the nature of the claim?**    **Personal guaranty of business debt**    $ **1,400,000.00**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Kevin S. Kim**

**Fax:  213-427-1491**
Contact

**213-639-1700**
Contact phone

| | | |
|---|---|---|
| **Does the creditor have a lien on your property?** | | |
| ■ No | | |
| ☐ Yes. Total claim (secured and unsecured) | $ | _____ |
| Value of security: | - $ | _____ |
| Unsecured claim | $ | _____ |

---

**4**

**New Bank**
**189 Homans Avenue**
**Closter, NJ 07624**

**What is the nature of the claim?**    **Personal guarantee of business debt**    $ **1,308,070.47**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Edward J. LoBello, Esq.**

elobello@msek.com
Contact

**516-592-5706**
Contact phone

| | | |
|---|---|---|
| **Does the creditor have a lien on your property?** | | |
| ■ No | | |
| ☐ Yes. Total claim (secured and unsecured) | $ | _____ |
| Value of security: | - $ | _____ |
| Unsecured claim | $ | _____ |

---

**5**

**Modern Joa Trading, Inc.**
**58-58 56th Drive**
**Maspeth, NY 11378**

**What is the nature of the claim?**    **Personal guaranty of business debt**    $ **591,698.35**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

---

B 104 (Official Form 104)          For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          Page 2

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Debtor 1   **Ki Hyung Kim**
Debtor 2   **Hye Sook Ha**

Case number *(if known)* _____

**Sung Ja Bae**

Does the creditor have a lien on your property?

■ No
□ Yes. Total claim (secured and unsecured)    $ _____

Contact _____

**718-639-2169**

Value of security:    - $ _____
Unsecured claim    $ _____

Contact phone

---

**6**

**US Department of Labor**
**Attn:  Daniel Hennefeld, Esq.**
**201 Varick Street, Room 983**
**New York, NY 10014**

What is the nature of the claim?    **Trade Debt**    $ **$500,000.00**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed
□ None of the above apply

**Daniel Hennefeld, Esq.**

Does the creditor have a lien on your property?

■ No
□ Yes. Total claim (secured and unsecured)    $ _____

**hennefeld.daniel@dol.gov**

Contact

**646-264-3688**

Value of security:    - $ _____
Unsecured claim    $ _____

Contact phone

---

**7**

**General Trading**
**455 16th Street**
**Carlstadt, NJ 07072**

What is the nature of the claim?    **Personal guaranty of**
**business debt**    $ **$351,547.13**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed
□ None of the above apply

**Jonathan Abad**

Does the creditor have a lien on your property?

■ No
□ Yes. Total claim (secured and unsecured)    $ _____

**jabad@general-trading.com**

Contact

**201-935-7717**

Value of security:    - $ _____
Unsecured claim    $ _____

Contact phone

---

**8**

**Nebraskland**
**355 Food Center Dr.**
**Buidling G**
**Bronx, NY 10475**

What is the nature of the claim?    **Personal guaranty of**
**business debt**    $ **$238,083.76**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed
□ None of the above apply

Does the creditor have a lien on your property?

---

B 104 (Official Form 104)          For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          Page 3

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Ki Hyung Kim**
Debtor 2    **Hye Sook Ha**                                    Case number *(if known)* _____

**Richard Romanoff**

**customerservice@nebraskaland.**
**com**                              ■ No
Contact                              ☐ Yes. Total claim (secured and unsecured)    $ _____

**718-842-0700**                     Value of security:                  - $ _____
Contact phone                        Unsecured claim                       $ _____

| **9** | | What is the nature of the claim? | **Litigation Plaintiff. Debtors are guarantors under lease for property located at 375 Tompkins Avenue (Suite 1), Staten Island, NY.** | $ **$231,537.01** |

**375 Tompkins Owner, LLC**
**c/o Howard M. File, Esq.**
**260 Christopher Lane, Suite 102**          As of the date you file, the claim is: Check all that apply
**Staten Island, NY 10314**                   ■ Contingent
                                              ■ Unliquidated
                                              ■ Disputed
                                              ☐ None of the above apply

**Howard M. File**                            Does the creditor have a lien on your property?

**HFILE@HMFESQ.COM**                          ■ No
Contact                                       ☐ Yes. Total claim (secured and unsecured)    $ _____

**718-494-8800**                              Value of security:                  - $ _____
Contact phone                                 Unsecured claim                       $ _____

| **10** | | What is the nature of the claim? | **Personal guaranty of buisness debt** | $ **$132,202.70** |

**Nebraskland**                               As of the date you file, the claim is: Check all that apply
**355 Food Center Dr.**                       ■ Contingent
**Buidling G**                                ■ Unliquidated
**Bronx, NY 10475**                           ■ Disputed
                                              ☐ None of the above apply

**Richard Romanoff**                          Does the creditor have a lien on your property?

**customerservice@nebraskaland.**
**com**                                       ■ No
Contact                                       ☐ Yes. Total claim (secured and unsecured)    $ _____

**718-842-0700**                              Value of security:                  - $ _____
Contact phone                                 Unsecured claim                       $ _____

| **11** | | What is the nature of the claim? | **Personal guaranty of business debt** | $ **$97,353.00** |

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 4

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1　**Ki Hyung Kim**
Debtor 2　**Hye Sook Ha**

Case number *(if known)* _____

**Lily Produce**
**435-A NYC Terminal Market**
**Bronx, NY 10474**

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Lily Chang**

lily@lilyproduce.com
Contact

Does the creditor have a lien on your property?

- ■ No
- ☐ Yes. Total claim (secured and unsecured)　$ _____

**929-777-5459**
Contact phone

Value of security:　　　- $ _____
Unsecured claim　　　$ _____

---

**12**

**Coutros Brothers**
**344 Elm Street**
**PO Box 550**
**Perth Amboy, NJ 08861**

What is the nature of the claim?　　**Personal guaranty of business debt**　$ **$94,268.50**

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Sperro Coutros**

**Fax: 732-826-4170**
Contact

Does the creditor have a lien on your property?

- ■ No
- ☐ Yes. Total claim (secured and unsecured)　$ _____

**732-826-1940**
Contact phone

Value of security:　　　- $ _____
Unsecured claim　　　$ _____

---

**13**

**Advanced Energy Capital LLC**
**1 Metrotech Center N, 3rd Floor**
**Brooklyn, NY 11201**

What is the nature of the claim?　　**Personal guaranty of business debt**　$ **$83,448.00**

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Richard Rudy**

Contact

Does the creditor have a lien on your property?

- ■ No
- ☐ Yes. Total claim (secured and unsecured)　$ _____

**347-799-1685**
Contact phone

Value of security:　　　- $ _____
Unsecured claim　　　$ _____

---

**14**

**Bank of America**

What is the nature of the claim?　　**Credit Card**　$ **$80,154.25**

B 104 (Official Form 104)　　For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims　　Page 5

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com　　Best Case Bankruptcy

Debtor 1   **Ki Hyung Kim**
Debtor 2   **Hye Sook Ha**                                        Case number *(if known)* _____

**PO Box 15019**
**Wilmington, DE 19886-5019**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
          Value of security:               - $ _____
          Unsecured claim                   $ _____

Contact _____

Contact phone _____

---

| 15 | | |
|---|---|---|

**Greenville Produce LLC**
**150 Wesley Street**
**South Hackensack, NJ 07606**

**What is the nature of the claim?**   **Personal guaranty of business debt**   $ **$73,257.00**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
          Value of security:               - $ _____
          Unsecured claim                   $ _____

**Yoon Joon Kim**

Contact _____

**917-528-8793**
Contact phone _____

---

| 16 | | |
|---|---|---|

**Dr. Produce**
**262 Buffalo Avenue**
**Paterson, NJ 07503**

**What is the nature of the claim?**   **Personal guaranty of business debt**   $ **$66,295.05**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
          Value of security:               - $ _____
          Unsecured claim                   $ _____

**Dario Fortuna**

Contact _____

**973-396-8196**
Contact phone _____

---

| 17 | | |
|---|---|---|

**Gun Soo Youn**
**232 Anderson Avenue**
**Closter, NJ 07624**

**What is the nature of the claim?**   **Loan**   $ **$61,249.10**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

B 104 (Official Form 104)          For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          Page 6

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor 1 | **Ki Hyung Kim** | | |
|---|---|---|---|
| Debtor 2 | **Hye Sook Ha** | Case number *(if known)* | |

☐
■ None of the above apply

**Sun W. Young, Esq.**

**Fax: 212-563-2567**
Contact

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)    $ _____

**212-647-0600**
Contact phone

Value of security:    - $ _____
Unsecured claim    $ _____

---

**18**

**Katzman Produce**
**213B New York City Terminal Market**
**Bronx, NY 10474**

**What is the nature of the claim?**    **Personal guaranty of business debt**    $ **$57,105.97**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Stephen Katzman**

**Does the creditor have a lien on your property?**

**info@katzmanproduce.com**
Contact

■ No
☐ Yes. Total claim (secured and unsecured)    $ _____

**718-991-4700**
Contact phone

Value of security:    - $ _____
Unsecured claim    $ _____

---

**19**

**Loan Builder**
**c/o Swift Financial, LLC**
**3505 Sliverside Road**
**Wilmington, DE 19810**

**What is the nature of the claim?**    **Personal guaranty of business debt**    $ **$56,601.40**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Ed Harycki**

**Does the creditor have a lien on your property?**

Contact

■ No
☐ Yes. Total claim (secured and unsecured)    $ _____

**800-347-5626**
Contact phone

Value of security:    - $ _____
Unsecured claim    $ _____

---

**20**

**Bank of America**
**PO Box 15019**
**Wilmington, DE 19886-5019**

**What is the nature of the claim?**    **Credit Card**    $ **$46,743.17**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 7

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Ki Hyung Kim**

Debtor 2    **Hye Sook Ha**                                                    Case number *(if known)*

■    None of the above apply

**Does the creditor have a lien on your property?**

■    No

☐    Yes. Total claim (secured and unsecured)    $ _____

Contact                                          Value of security:        - $ _____

Contact phone                                    Unsecured claim           $ _____

---

| Part 2: | **Sign Below** |

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X **/s/ Ki Hyung Kim**                          X **/s/ Hye Sook Ha**

**Ki Hyung Kim**                                **Hye Sook Ha**
Signature of Debtor 1                           Signature of Debtor 2

Date  **July 31, 2019**                          Date  **July 31, 2019**

B 104 (Official Form 104)        For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        Page 8

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Ki Hyung Kim** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Hye Sook Ha** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106Sum
### Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:     Summarize Your Assets**

| | **Your assets** Value of what you own |
|---|---|
| 1.  **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B.................................................. | $          0.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B......................................... | $     113,327.82 |
| 1c. Copy line 63, Total of all property on Schedule A/B................................................ | $     113,327.82 |

**Part 2:     Summarize Your Liabilities**

| | **Your liabilities** Amount you owe |
|---|---|
| 2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $     5,282,849.72 |
| 3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................... | $          0.00 |
| 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $     10,705,985.72 |
| **Your total liabilities** | $     15,988,835.44 |

**Part 3:     Summarize Your Income and Expenses**

| | |
|---|---|
| 4.  *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*.................................................................. | $     14,787.66 |
| 5.  *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*.......................................................................... | $     22,741.10 |

**Part 4:     Answer These Questions for Administrative and Statistical Records**

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■ Yes

7.  **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

| Official Form 106Sum | Summary of Your Assets and Liabilities and Certain Statistical Information | page 1 of 2 |
|---|---|---|

Debtor 1     **Ki Hyung Kim**

Debtor 2     **Hye Sook Ha**

Case number *(if known)* _____

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | | Total claim |
|---|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ | 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ | 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ | 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ | 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ | 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ | 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ | 0.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify your case and this filing:**

| Debtor 1 | **Ki Hyung Kim** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Hye Sook Ha** | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number _____

☐ Check if this is an
amended filing

## Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes.  Where is the property?

| | | |
|---|---|---|
| 1.1 | | |

**41 Brenner Place**
Street address, if available, or other description

**Alpine          NJ      07620-0000**
City          State    ZIP Code

**Bergen**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **Unknown** | **Unknown** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ Check if this is community property
(see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here...........................................................=>**

| |
|---|
| **$0.00** |

**Part 2:** Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Ki Hyung Kim** | | Case number *(if known)* |
|---|---|---|---|
| Debtor 2 | **Hye Sook Ha** | | |

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No

■ Yes

| 3.1 | Make: | **Honda** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

| | Model: | **Pilot** | ■ Debtor 1 only | |
| | Year: | **2019** | ☐ Debtor 2 only | |
| | Approximate mileage: | **75** | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Other information: | | ☐ At least one of the debtors and another | |

**Leased Vehicle (not property of the estate)**

☐ Check if this is community property (see instructions)

Current value of the entire property? **$0.00**   Current value of the portion you own? **$0.00**

| 3.2 | Make: | **Jeep** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

| | Model: | **Cherokee** | ☐ Debtor 1 only | |
| | Year: | **2019** | ■ Debtor 2 only | |
| | Approximate mileage: | **75** | ☐ Debtor 1 and Debtor 2 only | |
| | Other information: | | ☐ At least one of the debtors and another | |

**Leased Vehicle (not property of the estate)**

☐ Check if this is community property (see instructions)

Current value of the entire property? **$0.00**   Current value of the portion you own? **$0.00**

| 3.3 | Make: | **Toyota** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

| | Model: | **Rav4** | ☐ Debtor 1 only | |
| | Year: | **2018** | ☐ Debtor 2 only | |
| | Approximate mileage: | **14000** | ■ Debtor 1 and Debtor 2 only | |
| | Other information: | | ☐ At least one of the debtors and another | |

**Lease Vehicle (not property of the estate)**

☐ Check if this is community property (see instructions)

Current value of the entire property? **$0.00**   Current value of the portion you own? **$0.00**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No

☐ Yes

5  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here...........................................................=>**   **$0.00**

**Part 3:    Describe Your Personal and  Household Items**

| Do you own or have any legal or equitable interest in any of the following items? | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No

■ Yes.  Describe.....

| **Household Goods and Furnishings** | **$25,000.00** |
|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | **Ki Hyung Kim** | |
|---|---|---|
| Debtor 2 | **Hye Sook Ha** | Case number *(if known)* |

7. **Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No

■ Yes.  Describe.....

| Electronics | $15,000.00 |
|---|---|

8. **Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

■ No

☐ Yes.  Describe.....

9. **Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

■ No

☐ Yes.  Describe.....

10. **Firearms**

*Examples:* Pistol, rifles, shotguns, ammunition, and related equipment

■ No

☐ Yes.  Describe.....

11. **Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

■ Yes.  Describe.....

| Clothes | $15,000.00 |
|---|---|

12. **Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

■ Yes.  Describe.....

| Jewelry | $10,000.00 |
|---|---|

13. **Non-farm animals**

*Examples:* Dogs, cats, birds, horses

■ No

☐ Yes.  Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**

■ No

☐ Yes.  Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................

| $65,000.00 |
|---|

| **Part 4:** | **Describe Your Financial Assets** |
|---|---|

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Ki Hyung Kim** | | |
|---|---|---|---|
| Debtor 2 | **Hye Sook Ha** | | Case number *(if known)* |

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

■ Yes..............................................................................................................

| | | **Cash** | **$300.00** |
|---|---|---|---|

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

■ Yes........................                    Institution name:

| 17.1. | **Personal Checking** | **Chase** | **$2,315.72** |
|---|---|---|---|

| 17.2. | **Personal Checking** | **New Millennium Bank** | **$120.00** |
|---|---|---|---|

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

■ No

☐ Yes.................        Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No

■ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| **Kumkang Fruit & Vegetable Corp.**<br>**(EIN #47-3843915)** | **100** | % | **$0.00** |
| **Bongrae Fruit & Vegetable Corp.**<br>**(EIN #47-4273708)** | **100** | % | **$0.00** |
| **Bongrae Wine & Spirits Corp.**<br>**(EIN #81-2453502)** | **100** | % | **Unknown** |
| **Deoksung Fruit & Vegetable Corp.**<br>**(EIN #81-3818638)** | **100** | % | **$0.00** |
| **BHSM Group LLC**<br>**(EIN #81-1709641)** | **100** | % | **$0.00** |
| **Youngchuk Fruit & Vegetable Corp.**<br>**(EIN #81-2583550)** | **100** | % | **$0.00** |
| **Dana 183rd St. Corp.**<br>**(EIN #11-2960890)** | **100** | % | **$0.00** |
| **495 Great Neck Corp.**<br>**(EIN #11-2960890)** | **20** | % | **Unknown** |

| Debtor 1 | **Ki Hyung Kim** | | |
| Debtor 2 | **Hye Sook Ha** | | Case number *(if known)* |

| | | | |
|---|---|---|---|
| **Hanra Fish & Produce Corp.**<br>**(EIN #26-4326463)** | **100** | % | **$0.00** |
| **136 Northern Boulevard, LLC**<br>**(EIN #26-0811691)** | **100** | % | **$0.00** |
| **Taebaek Fruit & Vegetable Corp.**<br>**(EIN #47-4976317)** | **100** | % | **Unknown** |
| **Haein Closter Corp.**<br>**(EIN #81-3840275)** | **100** | % | **Unknown** |
| **Metro Supermarket Brokerage Inc.**<br>**(EIN #30-0104921)** | **100** | % | **$0.00** |
| **J.K. Commerce Inc.**<br>**(EIN #30-0146989)** | **100** | % | **$0.00** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
■ No
☐ Yes. Give specific information about them:
  Issuer name:

21. **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
☐ No
■ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| **IRA** | **JP Morgan Chase account ending in 5876** | **$9,168.74** |
| **IRA** | **JP Morgan Chase account ending in 5875** | **$6,833.96** |

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
■ No
☐ Yes. ....................      Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
■ No
☐ Yes............      Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
■ No
☐ Yes............      Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
■ No
☐ Yes.  Give specific information about them...

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor 1 | **Ki Hyung Kim** | | |
|---|---|---|---|
| Debtor 2 | **Hye Sook Ha** | Case number *(if known)* | |

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ☐ No
    ■ Yes.  Give specific information about them...

| **Trademark #8766-812 Bell Farms** | **Unknown** |
|---|---|

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
    benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☐ No
    ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **New York Life Insurance Company Term Policy** | **Ki Hyung Kim** | **$0.00** |
| **New York Life Insurance Company Term Policy** | **Hyesook Ha** | **$0.00** |
| **The Harford Life Insurance Company Whole Life Insurance Policy** | **Hyesook Ha** | **$29,589.40** |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
    someone has died.
    ■ No
    ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Ki Hyung Kim** | | | |
|---|---|---|---|---|
| Debtor 2 | **Hye Sook Ha** | | Case number *(if known)* | |

☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

　　■ No

　　☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**

　　■ No

　　☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.................................................................................................................

| | |
|---|---|
| | **$48,327.82** |

---

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**

　　■ No. Go to Part 6.

　　☐ Yes.  Go to line 38.

---

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

　　■ No. Go to Part 7.

　　☐ Yes.  Go to line 47.

---

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**

　　*Examples:* Season tickets, country club membership

　　■ No

　　☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here**  ....................................

| | |
|---|---|
| | **$0.00** |

---

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

| | | | |
|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ...................................................................................................... | | **$0.00** |
| 56. | **Part 2: Total vehicles, line 5** | **$0.00** | |
| 57. | **Part 3: Total personal and household items, line 15** | **$65,000.00** | |
| 58. | **Part 4: Total financial assets, line 36** | **$48,327.82** | |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| 61. | **Part 7: Total other property not listed, line 54** | +   **$0.00** | |

| | | | | |
|---|---|---|---|---|
| 62. | **Total personal property.** Add lines 56 through 61... | **$113,327.82** | Copy personal property total | **$113,327.82** |

| | | | |
|---|---|---|---|
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | | **$113,327.82** |

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Ki Hyung Kim** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number | |
| (if known) | |

☐ Check if this is an
   amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                              4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own — Copy the value from *Schedule A/B* | Amount of the exemption you claim — *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Debtor 1 Exemptions** | | | |
| **41 Brenner Place Alpine, NJ 07620 Bergen County** Line from *Schedule A/B*: **1.1** | **Unknown** | ■ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1) |
| **Household Goods and Furnishings** Line from *Schedule A/B*: **6.1** | **$25,000.00** | ■ $13,400.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Jewelry** Line from *Schedule A/B*: **12.1** | **$10,000.00** | ■ $1,700.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |
| **Cash** Line from *Schedule A/B*: **16.1** | **$300.00** | ■ $300.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Personal Checking: Chase** Line from *Schedule A/B*: **17.1** | **$2,315.72** | ■ $2,315.72 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Personal Checking: New Millennium Bank**<br>Line from *Schedule A/B*: **17.2** | $120.00 | ■ $120.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **IRA: JP Morgan Chase account ending in 5876**<br>Line from *Schedule A/B*: **21.1** | $9,168.74 | ■ $9,168.74<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(12)** |
| **The Harford Life Insurance Company Whole Life Insurance Policy Beneficiary: Hyesook Ha**<br>Line from *Schedule A/B*: **31.3** | $29,589.40 | ■ $13,400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(8)** |
| **The Harford Life Insurance Company Whole Life Insurance Policy Beneficiary: Hyesook Ha**<br>Line from *Schedule A/B*: **31.3** | $29,589.40 | ■ $11,164.28<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

3. **Are you claiming a homestead exemption of more than $170,350**
(Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

■ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☐ No

    ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify your case:**

| Debtor 1 | | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Hye Sook Ha** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

**4/19**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| **Part 1:** | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☒ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **Debtor 2 Exemptions**<br>**41 Brenner Place Alpine, NJ 07620**<br>**Bergen County**<br>Line from *Schedule A/B*: **1.1** | **Unknown** | ☒ | $0.00 | 11 U.S.C. § 522(d)(1) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Household Goods and Furnishings**<br>Line from *Schedule A/B*: **6.1** | $25,000.00 | ☒ | $11,600.00 | 11 U.S.C. § 522(d)(3) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Electronics**<br>Line from *Schedule A/B*: **7.1** | $15,000.00 | ☒ | $1,800.00 | 11 U.S.C. § 522(d)(3) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Electronics**<br>Line from *Schedule A/B*: **7.1** | $15,000.00 | ☒ | $7,300.00 | 11 U.S.C. § 522(d)(5) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Jewelry**<br>Line from *Schedule A/B*: **12.1** | $10,000.00 | ☒ | $1,700.00 | 11 U.S.C. § 522(d)(4) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| **Jewelry**<br>Line from *Schedule A/B*: **12.1** | $10,000.00 | ■  $6,600.00<br>☐  100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **IRA: JP Morgan Chase account ending in 5875**<br>Line from *Schedule A/B*: **21.2** | $6,833.96 | ■  $6,833.96<br>☐  100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(12)** |

3.  **Are you claiming a homestead exemption of more than $170,350?**
    (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

    ■  No

    ☐  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ☐  No

        ☐  Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Ki Hyung Kim** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Hye Sook Ha** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

| 2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | Column A | Column B | Column C |
|---|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

| 2.1 | **Chrysler Capital** | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe the property that secures the claim: | $0.00 | $0.00 | $0.00 |

**2019 Jeep Cherokee 75 miles Leased Vehicle (not property of the estate)**

**PO Box 961275
Fort Worth, TX 76161**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Auto Lease**

Date debt was incurred _____    Last 4 digits of account number _____

Debtor 1 **Ki Hyung Kim**

First Name _____ Middle Name _____ Last Name _____

Debtor 2 **Hye Sook Ha**

First Name _____ Middle Name _____ Last Name _____

Case number (if known) _____

---

| 2.2 | **Honda Financial Services** | Describe the property that secures the claim: | $0.00 | $0.00 | $0.00 |

Creditor's Name

Describe the property that secures the claim:

**2019 Honda Pilot 75 miles Leased Vehicle (not property of the estate)**

**2080 Cabot Blvd W. Langhorne, PA 19047**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

■ Contingent
□ Unliquidated
■ Disputed

Nature of lien. Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ Check if this claim relates to a community debt

□ An agreement you made (such as mortgage or secured car loan)
□ Statutory lien (such as tax lien, mechanic's lien)
□ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Auto Lease**

Date debt was incurred _____   Last 4 digits of account number _____

---

| 2.3 | **New Bank** | Describe the property that secures the claim: | $1,616,339.17 | Unknown | Unknown |

Creditor's Name

Describe the property that secures the claim:

**41 Brenner Place Alpine, NJ 07620 Bergen County**

**189 Homans Avenue Closter, NJ 07624**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

□ Contingent
□ Unliquidated
□ Disputed

Nature of lien. Check all that apply.

**Who owes the debt?** Check one.

□ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
□ Check if this claim relates to a community debt

□ An agreement you made (such as mortgage or secured car loan)
□ Statutory lien (such as tax lien, mechanic's lien)
□ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Third Mortgage**

Date debt was incurred _____   Last 4 digits of account number   **7086**

---

| 2.4 | **New Bank** | Describe the property that secures the claim: | $100,000.00 | Unknown | Unknown |

Creditor's Name

Describe the property that secures the claim:

**41 Brenner Place Alpine, NJ 07620 Bergen County**

**189 Homans Avenue Closter, NJ 07624**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Nature of lien. Check all that apply.

**Who owes the debt?** Check one.

□ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
□ Check if this claim relates to a community debt

□ An agreement you made (such as mortgage or secured car loan)
□ Statutory lien (such as tax lien, mechanic's lien)
□ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Second Mortgage**

Date debt was incurred _____   Last 4 digits of account number   **6022**

---

Official Form 106D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 2 of 4

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor 1 | **Ki Hyung Kim** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Hye Sook Ha** | | | | |
| | First Name | Middle Name | Last Name | | |

---

| 2.5 | **New Bank** | Describe the property that secures the claim: | $1,510,200.17 | Unknown | Unknown |

Creditor's Name

**41 Brenner Place Alpine, NJ 07620 Bergen County**

**189 Homans Avenue
Closter, NJ 07624**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

■ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)   **Fourth Mortgage**

Date debt was incurred _____        Last 4 digits of account number    **8027**

---

| 2.6 | **New Millennium Bank** | Describe the property that secures the claim: | $2,056,310.38 | Unknown | Unknown |

Creditor's Name

**41 Brenner Place Alpine, NJ 07620 Bergen County**

**222 Bridge Plaza S.
Suite 400
Fort Lee, NJ 07024**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)   **First Mortgage**

Date debt was incurred _____        Last 4 digits of account number    **5066**

---

| 2.7 | **Toyota Motor Credit** | Describe the property that secures the claim: | $0.00 | $0.00 | $0.00 |

Creditor's Name

**2018 Toyota Rav4 14000 miles Lease Vehicle (not property of the estate)**

**PO Box 4102
Carol Stream, IL
60197-4102**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

■ Contingent

■ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)   **Auto lease**

Date debt was incurred _____        Last 4 digits of account number    **F173**

---

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 4

| Debtor 1 | **Ki Hyung Kim** | | | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Hye Sook Ha** | | | | |
| | First Name | Middle Name | Last Name | | |

| | |
|---|---|
| **Add the dollar value of your entries in Column A on this page. Write that number here:** | **$5,282,849.72** |
| **If this is the last page of your form, add the dollar value totals from all pages.** **Write that number here:** | **$5,282,849.72** |

<span style="background:black;color:white">**Part 2:**</span>  **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ Name, Number, Street, City, State & Zip Code
**Edward J. LoBello**
**Meyer, Suozzi, English & Klein, PC**
**900 Stewart Avenue, Suite 300**
**PO Box 9194**
**Garden City, NY 11530-9194**

On which line in Part 1 did you enter the creditor?  **2.3**

Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**Edward J. LoBello**
**Meyer, Suozzi, English & Klein, PC**
**900 Stewart Avenue, Suite 300**
**PO Box 9194**
**Garden City, NY 11530-9194**

On which line in Part 1 did you enter the creditor?  **2.4**

Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**Edward J. LoBello**
**Meyer, Suozzi, English & Klein, PC**
**900 Stewart Avenue, Suite 300**
**PO Box 9194**
**Garden City, NY 11530-9194**

On which line in Part 1 did you enter the creditor?  **2.5**

Last 4 digits of account number ___

Official Form 106D           Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**           page 4 of 4

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Ki Hyung Kim** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Hye Sook Ha** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.

   ■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| 2.1 | **Division of Taxation** | Last 4 digits of account number ___ ___ ___ ___ | **$0.00** | **$0.00** | **$0.00** |

| | Priority Creditor's Name |
|---|---|
| | **124 Halsey Street** |
| | **Second Floor** |
| | **Newark, NJ 07102** |
| | Number Street City State Zip Code |

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

### For Noticing Purposes Only

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    35504                    Best Case Bankruptcy

Debtor 1    **Ki Hyung Kim**
Debtor 2    **Hye Sook Ha**

Case number *(if known)* _____

| | | |
|---|---|---|
| **2.2** | **Internal Revenue Service** | Last 4 digits of account number _____ | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name
**Special Procedures Branch**
**Attn: Bankruptcy Section**
**Springfield, NJ 07081-0744**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    _____

**As of the date you file, the claim is: Check all that apply**

■ Contingent

■ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**For Noticing Purposes Only**

---

| | | |
|---|---|---|
| **2.3** | **Internal Revenue Service** | Last 4 digits of account number _____ | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name
**Attn: District Director**
**955 South Springfield Avenue**
**Springfield, NJ 07081**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    _____

**As of the date you file, the claim is: Check all that apply**

■ Contingent

■ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**For Noticing Purposes Only**

---

| | | |
|---|---|---|
| **2.4** | **Internal Revenue Service** | Last 4 digits of account number _____ | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name
**Office of the Chief Counsel**
**One Newark Center, Suite 1500**
**Newark, NJ 07102**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    _____

**As of the date you file, the claim is: Check all that apply**

■ Contingent

■ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**For Noticing Purposes Only**

---

Debtor 1   **Ki Hyung Kim**
Debtor 2   **Hye Sook Ha**

Case number *(if known)* _____

---

| 2.5 | **Internal Revenue Service** | Last 4 digits of account number ____ ____ ____ ____ | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name
**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**For Noticing Purposes Only**

---

| 2.6 | **New Jersey Division of Taxation** | Last 4 digits of account number ____ ____ ____ ____ | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name
**Bankruptcy Section**
**PO Box 245**
**Trenton, NJ 08695-0245**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**For Noticing Purposes Only**

---

| 2.7 | **Office of the Attorney General** | Last 4 digits of account number ____ ____ ____ ____ | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name
**Division of Law**
**PO Box 080**
**Trenton, NJ 08625-0080**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**For Noticing Purposes Only**

---

Debtor 1    **Ki Hyung Kim**

Debtor 2    **Hye Sook Ha**

Case number *(if known)* _____

---

| 2.8 | **State of New Jersey** | Last 4 digits of account number _____ | $0.00 | $0.00 | $0.00 |

Priority Creditor's Name

**Division of Taxation**
**Sales & Use Tax**
**PO Box 999**
**Trenton, NJ 08625**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**For Noticing Purposes Only**

---

| 2.9 | **State of New Jersey** | Last 4 digits of account number _____ | $0.00 | $0.00 | $0.00 |

Priority Creditor's Name

**Divison of Taxation - Gross**
**Income Tax**
**50 Barrack Street**
**PO Box 269**
**Trenton, NJ 08625**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**For Noticing Purposes Only**

---

| 2.10 | **State of New Jersey** | Last 4 digits of account number _____ | $0.00 | $0.00 | $0.00 |

Priority Creditor's Name

**Division of Employer Accounts**
**PO Box 379**
**Trenton, NJ 08625**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**For Noticing Purposes Only**

---

Debtor 1    **Ki Hyung Kim**

Debtor 2    **Hye Sook Ha**

Case number (if known) _____

| 2.1 1 | **United States Attorney** | Last 4 digits of account number _____ | $0.00 | $0.00 | $0.00 |

Priority Creditor's Name

**970 Broad Street, Fifth Floor**
**Newark, NJ 07102**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

■ Contingent

■ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**For Noticing Purposes Only**

---

| Part 2: | **List All of Your NONPRIORITY Unsecured Claims** |

3. **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | Total claim |
|---|---|---|---|
| 4.1 | **375 Tompkins Owner, LLC** | Last 4 digits of account number _____ | **$231,537.01** |

Nonpriority Creditor's Name

**c/o Howard M. File, Esq.**
**260 Christopher Lane, Suite 102**
**Staten Island, NY 10314**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Litigation Plaintiff.  Debtors are guarantors under lease for property located at 375 Tompkins Avenue (Suite 1), Staten Island, NY.**

---

Debtor 1    **Ki Hyung Kim**

Debtor 2    **Hye Sook Ha**

Case number *(if known)* _____

---

| 4.2 | **4 Season Produce** | Last 4 digits of account number _____ | $756.00 |

Nonpriority Creditor's Name

**PO Box 202**
**Little Ferry, NJ 07643**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

■ Debtor 1 and Debtor 2 only

■ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Personal guaranty of business debt**

---

| 4.3 | **458½ South Broadway Meat** | Last 4 digits of account number _____ | $952.46 |

Nonpriority Creditor's Name

**458½ South Broadway**
**Yonkers, NY 10705**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

■ Debtor 1 and Debtor 2 only

■ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Personal guaranty of business debt**

---

| 4.4 | **88 Trading Corp.** | Last 4 digits of account number _____ | $4,421.43 |

Nonpriority Creditor's Name

**58-29 48th Street**
**Maspeth, NY 11378**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

■ Debtor 1 and Debtor 2 only

■ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Personal guaranty of business debt**

---

Debtor 1    **Ki Hyung Kim**
Debtor 2    **Hye Sook Ha**

Case number (*if known*) _____

| | | | |
|---|---|---|---|
| 4.5 | **A&J Farms** | Last 4 digits of account number _____ | $11,888.68 |

Nonpriority Creditor's Name
**42 Hemlock Drive**
**Paramus, NJ 07652**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Personal guaranty of business debt**

---

| | | | |
|---|---|---|---|
| 4.6 | **A. Sarselli Inc.** | Last 4 digits of account number _____ | $225.00 |

Nonpriority Creditor's Name
**211 Nelson Ave.**
**Staten Island, NY 10308**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Personal guaranty of business debt**

---

| | | | |
|---|---|---|---|
| 4.7 | **AAA Housewares Inc.** | Last 4 digits of account number _____ | $3,096.50 |

Nonpriority Creditor's Name
**1400 Langdon Blvd**
**Rockville Centre, NY 11570**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Personal guaranty of business debt**

---

Debtor 1  **Ki Hyung Kim**
Debtor 2  **Hye Sook Ha**

Case number *(if known)* _____

---

| 4.8 | | |
|---|---|---|

**Abarrotes Mixteca**
Nonpriority Creditor's Name
**216A Midland Avenue**
**Saddle Brook, NJ 07663**
Number Street City State Zip Code

Last 4 digits of account number _____      $5,514.97

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify      **Personal guaranty of business debt**

---

| 4.9 | | |
|---|---|---|

**Abraham Natural Foods**
Nonpriority Creditor's Name
**3020 Review Ave.**
**Long Island City, NY 11101**
Number Street City State Zip Code

Last 4 digits of account number _____      $2,213.41

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify      **Personal guaranty of business debt**

---

| 4.1 0 | | |
|---|---|---|

**Adelphia Container**
Nonpriority Creditor's Name
**125 Division Place**
**Brooklyn, NY 11222**
Number Street City State Zip Code

Last 4 digits of account number _____      $2,568.75

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify      **Personal guaranty of business debt**

---

Debtor 1   **Ki Hyung Kim**
Debtor 2   **Hye Sook Ha**

Case number (if known) _____

---

| 4.1 1 | **Advanced Energy Capital LLC** | Last 4 digits of account number _____ | $83,448.00 |

Nonpriority Creditor's Name

**1 Metrotech Center N, 3rd Floor**
**Brooklyn, NY 11201**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal guaranty of business debt**

---

| 4.1 2 | **Aiello Bros. Cheese Co., Inc.** | Last 4 digits of account number _____ | $299.40 |

Nonpriority Creditor's Name

**8782 16th Ave.**
**Brooklyn, NY 11214**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal guaranty of business debt**

---

| 4.1 3 | **Aladdin Bakers Inc.** | Last 4 digits of account number _____ | $1,757.80 |

Nonpriority Creditor's Name

**240 25th St.**
**Brooklyn, NY 11232**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal guaranty of business debt**

---

Debtor 1    **Ki Hyung Kim**
Debtor 2    **Hye Sook Ha**

Case number (if known) _____

---

| 4.1 4 | **Albert Olive Oil USA** | **Last 4 digits of account number** _____ | **$2,345.00** |

Nonpriority Creditor's Name

**One Gateway Center, Ste. 2600**
**Newark, NJ 07102**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Personal guaranty of business debt**

---

| 4.1 5 | **Aliments** | **Last 4 digits of account number** _____ | **$986.22** |

Nonpriority Creditor's Name

**60 Cold Spring Hills Road**
**Huntington, NY 11743**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Personal guaranty of business debt**

---

| 4.1 6 | **Allcounty Recycling, Inc.** | **Last 4 digits of account number** _____ | **$0.00** |

Nonpriority Creditor's Name

**c/o Felsenfeld & Clopton PC**
**1 Nami Lane Suite 5**
**Trenton, NJ 08619**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **For Noticing Purposes Only**

---

Debtor 1    **Ki Hyung Kim**
Debtor 2    **Hye Sook Ha**

Case number *(if known)* _____

---

| 4.17 | **American Banana** | Last 4 digits of account number _____ | **$2,541.50** |

Nonpriority Creditor's Name

**58 Henry Street**
**Hasbrouck Heights, NJ 07604**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Personal guaranty of business debt**

---

| 4.18 | **AMUR Equipment Finance** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**PO Box 2555**
**308 N. Locust Street, Suite 100**
**Grand Island, NE 68801**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Personal guaranty of business debt**

---

| 4.19 | **Anheuser-Busch Distributor** | Last 4 digits of account number _____ | **$4,753.02** |

Nonpriority Creditor's Name

**550 Food Center Drive**
**Bronx, NY 10474**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Personal guaranty of business debt**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Ki Hyung Kim**
Debtor 2    **Hye Sook Ha**

Case number (if known) _____

---

| 4.2 0 | **AO Plainsboro, LLC** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**c/o Onyx Equites**
**900 Route 9 North, Suite 400**
**Woodbridge, NJ 07095**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Debtors are guarantors under lease for property located at 10 Schalks Crossing Road, Plainsboro Township, NJ.**

---

| 4.2 1 | **ARS Premier Food** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 1554**
**Burlington, NJ 08016**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **$3,073.59**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Personal guaranty of business debt**

---

| 4.2 2 | **Associated Produce** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**30 Casanova Street**
**Bronx, NY 10474**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **$2,528.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Personal guaranty of business debt**

---

Debtor 1  **Ki Hyung Kim**
Debtor 2  **Hye Sook Ha**                                                        Case number (if known) _____

| 4.2 3 | **AZ Cleaning Pro** | **Last 4 digits of account number** _____ _____ | **$15,680.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 1419**
**Morrisville, PA 19067**                    **When was the debt incurred?** _____
Number Street City State Zip Code
**Who incurred the debt?** Check one.                    **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                    ■ Contingent
                    ■ Unliquidated
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only                    ■ Disputed
☐ At least one of the debtors and another                    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**                    ☐ Student loans
**Is the claim subject to offset?**                    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No                    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                    ■ Other. Specify  **Personal guaranty of business debt**

| 4.2 4 | **AZ Metro Distributors LLC** | **Last 4 digits of account number** _____ _____ | **$6,196.76** |
|---|---|---|---|

Nonpriority Creditor's Name
**60 Crossways Park Drive W**
**Woodbury, NY 11797**                    **When was the debt incurred?** _____
Number Street City State Zip Code
**Who incurred the debt?** Check one.                    **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                    ■ Contingent
                    ■ Unliquidated
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only                    ■ Disputed
☐ At least one of the debtors and another                    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**                    ☐ Student loans
**Is the claim subject to offset?**                    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No                    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                    ■ Other. Specify  **Personal guaranty of business debt**

| 4.2 5 | **Bakery Espiga De Oro, Inc.** | **Last 4 digits of account number** _____ _____ | **$8,178.30** |
|---|---|---|---|

Nonpriority Creditor's Name
**52-54 Oraton Street**
**Newark, NJ 07104**                    **When was the debt incurred?** _____
Number Street City State Zip Code
**Who incurred the debt?** Check one.                    **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                    ■ Contingent
                    ■ Unliquidated
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only                    ■ Disputed
☐ At least one of the debtors and another                    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**                    ☐ Student loans
**Is the claim subject to offset?**                    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No                    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                    ■ Other. Specify  **Personal guaranty of business debt**

| Debtor 1 | **Ki Hyung Kim** | |
|---|---|---|
| Debtor 2 | **Hye Sook Ha** | |
| | | Case number (if known) |

---

| 4.2 6 | **Bank of America** | Last 4 digits of account number | **0742** | **$80,154.25** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 15019**
**Wilmington, DE 19886-5019**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     **Credit Card**

---

| 4.2 7 | **Bank of America** | Last 4 digits of account number | **3436** | **$25,943.75** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 15019**
**Wilmington, DE 19886-5019**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     **Credit Card**

---

| 4.2 8 | **Bank of America** | Last 4 digits of account number | **6109** | **$46,743.17** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 15019**
**Wilmington, DE 19886-5019**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     **Credit Card**

---

Debtor 1   **Ki Hyung Kim**
Debtor 2   **Hye Sook Ha**

Case number (if known) _____

---

| 4.2 9 | **Bank of Hope** | Last 4 digits of account number _____ | $1,400,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**3200 Wilshire Blvd, Suite 1400**
**Los Angeles, CA 90010**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Personal guaranty of business debt**

---

| 4.3 0 | **BCS Royal Food** | Last 4 digits of account number _____ | $7,553.04 |
|---|---|---|---|

Nonpriority Creditor's Name

**47-15 33rd Street, Suite 300**
**Long Island City, NY 11101**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Personal guaranty of business debt**

---

| 4.3 1 | **Bedesee Caribbean Food Specialist** | Last 4 digits of account number _____ | $3,500.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**601 Wortman Avenue**
**Brooklyn, NY 11208**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Personal guaranty of business debt**

---

Debtor 1  **Ki Hyung Kim**
Debtor 2  **Hye Sook Ha**

Case number (if known) _____

---

| 4.3 2 | **Bevcon Group** | Last 4 digits of account number _____ | $329.34 |

Nonpriority Creditor's Name

**47-15 33rd Street, Ste. 300**
**Long Island City, NY 11103**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☒ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

☒ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☒ Contingent

☒ Unliquidated

☒ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify   **Personal guaranty of business debt**

---

| 4.3 3 | **Bimbo Bakeries USA, Inc.** | Last 4 digits of account number _____ | $9,064.82 |

Nonpriority Creditor's Name

**PO Box 827810**
**Philadelphia, PA 19182-8170**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

☒ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☒ Contingent

☒ Unliquidated

☒ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify   **Personal guaranty of business debt**

---

| 4.3 4 | **Bimbo Bakeries USA, Inc.** | Last 4 digits of account number _____ | $6,921.88 |

Nonpriority Creditor's Name

**PO Box 827810**
**Philadelphia, PA 19182-8170**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

☒ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☒ Contingent

☒ Unliquidated

☒ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify   **Personal guaranty of business debt**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1   **Ki Hyung Kim**

Debtor 2   **Hye Sook Ha**

Case number (if known) _____

| 4.3 5 | **Bindi North America** | Last 4 digits of account number | **7196** | **$1,931.78** |

Nonpriority Creditor's Name

**630 Belleville Turnpike**
**Kearny, NJ 07032**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify     **Personal guaranty of business debt**

---

| 4.3 6 | **Bindi North America** | Last 4 digits of account number | | **$1,797.36** |

Nonpriority Creditor's Name

**630 Belleville Turnpike**
**Kearny, NJ 07032**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify     **Personal guaranty of business debt**

---

| 4.3 7 | **BMW Financial Services** | Last 4 digits of account number | **8020** | **Unknown** |

Nonpriority Creditor's Name

**PO Box 3608**
**Dublin, OH 43016-0306**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify     **Lease rejection**

---

Debtor 1  **Ki Hyung Kim**
Debtor 2  **Hye Sook Ha**

Case number (if known) _____

---

| 4.3 8 | **Brooklyn Bread** | **Last 4 digits of account number** _____ | **$1,305.15** |

Nonpriority Creditor's Name
**1559 62nd St.**
**Brooklyn, NY 11219**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal guaranty of business debt**

---

| 4.3 9 | **Brooklyn Food & Beverage** | **Last 4 digits of account number** _____ | **$96.00** |

Nonpriority Creditor's Name
**465 Johnson Ave.**
**Brooklyn, NY 11237**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal guaranty of business debt**

---

| 4.4 0 | **Cafe Aroma** | **Last 4 digits of account number** _____ | **$385.68** |

Nonpriority Creditor's Name
**500 16th St.**
**Hoboken, NJ 07030**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal guaranty of business debt**

---

Debtor 1   **Ki Hyung Kim**
Debtor 2   **Hye Sook Ha**

Case number (if known) _____

| | | |
|---|---|---|
| **4.4 1** | **Canada Dry Bottling Co. New York, Inc.** | |

Nonpriority Creditor's Name

**117-02 15th Avenue**
**College Point, NY 11356**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **2929** _____   $2,762.90

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal guaranty of business debt** _____

| | | |
|---|---|---|
| **4.4 2** | **Canada Dry Bottling Co. New York, Inc.** | |

Nonpriority Creditor's Name

**117-02 15th Avenue**
**College Point, NY 11356**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **2928** _____   $4,858.60

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal guaranty of business debt** _____

| | | |
|---|---|---|
| **4.4 3** | **Capital One Bank USA** | |

Nonpriority Creditor's Name

**15000 Capital One Drive**
**Richmond, VA 23238**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **9533** _____   $14,936.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Credit Card** _____

Debtor 1    **Ki Hyung Kim**
Debtor 2    **Hye Sook Ha**

Case number (if known) _____

| 4.4 4 | **Capital One Bank USA** | Last 4 digits of account number | **8116** | **$14,982.94** |

Nonpriority Creditor's Name

**15000 Capital One Drive**
**Richmond, VA 23238**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Credit Card**

---

| 4.4 5 | **Caribbean Depot** | Last 4 digits of account number | | **$5,958.65** |

Nonpriority Creditor's Name

**68 Brooklyn Terminal Market**
**Brooklyn, NY 11236**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal guaranty of business debt**

---

| 4.4 6 | **Caruso, Smith & Picini** | Last 4 digits of account number | | **$3,406.24** |

Nonpriority Creditor's Name

**60 Route 46 East**
**Fairfield, NJ 07004**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Services**

---

Debtor 1  **Ki Hyung Kim**
Debtor 2  **Hye Sook Ha**                                    Case number (if known) _____

| | | |
|---|---|---|
| 4.4 7 | **Casa Ofelia's Fine Baked Goods** | **$2,279.75** |

Nonpriority Creditor's Name          **Last 4 digits of account number** _____

**1294 Grand Ave.**
**Baldwin, NY 11510**              **When was the debt incurred?** _____
Number Street City State Zip Code

**Who incurred the debt?** Check one.      **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only                   ■ Contingent

☐ Debtor 2 only                   ■ Unliquidated

■ Debtor 1 and Debtor 2 only      ■ Disputed

☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**   ☐ Student loans
**debt**
                                  ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**      report as priority claims

■ No                              ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                             ■ Other. Specify  **Personal guaranty of business debt**

---

| | | |
|---|---|---|
| 4.4 8 | **CBA Industries Inc.** | **$15,554.72** |

Nonpriority Creditor's Name          **Last 4 digits of account number** _____

**669 River Drive**
**PO Box 1717**                   **When was the debt incurred?** _____
**Elmwood Park, NJ 07407-1717**
Number Street City State Zip Code

**Who incurred the debt?** Check one.      **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only                   ■ Contingent

☐ Debtor 2 only                   ■ Unliquidated

■ Debtor 1 and Debtor 2 only      ■ Disputed

☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**   ☐ Student loans
**debt**
                                  ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**      report as priority claims

■ No                              ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                             ■ Other. Specify  **Personal guaranty of business debt**

---

| | | |
|---|---|---|
| 4.4 9 | **CGS General Distribution** | **$856.00** |

Nonpriority Creditor's Name          **Last 4 digits of account number** _____

**245 Hinsdale St., 1st Fl.**
**Brooklyn, NY 11207**            **When was the debt incurred?** _____
Number Street City State Zip Code

**Who incurred the debt?** Check one.      **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only                   ■ Contingent

☐ Debtor 2 only                   ■ Unliquidated

■ Debtor 1 and Debtor 2 only      ■ Disputed

☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**   ☐ Student loans
**debt**
                                  ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**      report as priority claims

■ No                              ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                             ■ Other. Specify  **Personal guaranty of business debt**

Debtor 1  **Ki Hyung Kim**
Debtor 2  **Hye Sook Ha**

Case number (if known) _____

---

| 4.50 | **Chase Ink** | Last 4 digits of account number | **9352** | **$42,409.15** |

Nonpriority Creditor's Name
**PO Box 1423**
**Charlotte, NC 28201-1423**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Credit Card**

---

| 4.51 | **Chase Ink** | Last 4 digits of account number | **5452** | **$14,840.18** |

Nonpriority Creditor's Name
**PO Box 1423**
**Charlotte, NC 28201-1423**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Credit Card**

---

| 4.52 | **Chase Ink** | Last 4 digits of account number | **7719** | **$6,802.32** |

Nonpriority Creditor's Name
**PO Box 1423**
**Charlotte, NC 28201-1423**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**When was the debt incurred?** _____

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Credit Card**

---

| Debtor 1 | **Ki Hyung Kim** |
|---|---|
| Debtor 2 | **Hye Sook Ha** |

Case number *(if known)* _____

---

**4.53**

**Chase Ink**
Nonpriority Creditor's Name
**PO Box 1423**
**Charlotte, NC 28201-1423**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number    **6453**                    **$44,795.72**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Business Credit Card**

---

**4.54**

**Chase Ink**
Nonpriority Creditor's Name
**PO Box 1423**
**Charlotte, NC 28201-1423**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number    **6423**                    **$19,420.77**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Business Credit Card**

---

**4.55**

**Chase Ink**
Nonpriority Creditor's Name
**PO Box 1423**
**Charlotte, NC 28201-1423**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number    **6916**                    **$9,450.05**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Business Credit Card**

---

Debtor 1  **Ki Hyung Kim**
Debtor 2  **Hye Sook Ha**

Case number (if known) _____

---

| 4.5 6 | **Choice Onion Farm, Inc.** | Last 4 digits of account number _____ | $15,649.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**84-10 34th Ave, #4H**
**Jackson Heights, NY 11372**                When was the debt incurred? _____
Number Street City State Zip Code
Who incurred the debt? Check one.            As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                             ■ Contingent
                                            ■ Unliquidated
■ Debtor 1 and Debtor 2 only                ■ Disputed
☐ At least one of the debtors and another
                                            Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community**
**debt**                                    ☐ Student loans
Is the claim subject to offset?             ☐ Obligations arising out of a separation agreement or divorce that you did not
                                            report as priority claims
■ No
                                            ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
                                            ■ Other. Specify  **Personal guaranty of business debt**

---

| 4.5 7 | **Cielito Lindo Bakery** | Last 4 digits of account number _____ | $376.60 |
|---|---|---|---|

Nonpriority Creditor's Name
**265 Asylum St., Unit #1**
**Bridgeport, CT 06610**                    When was the debt incurred? _____
Number Street City State Zip Code
Who incurred the debt? Check one.            As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                             ■ Contingent
                                            ■ Unliquidated
■ Debtor 1 and Debtor 2 only                ■ Disputed
☐ At least one of the debtors and another
                                            Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community**
**debt**                                    ☐ Student loans
Is the claim subject to offset?             ☐ Obligations arising out of a separation agreement or divorce that you did not
                                            report as priority claims
■ No
                                            ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
                                            ■ Other. Specify  **Personal guaranty of business debt**

---

| 4.5 8 | **Cintas Corporation** | Last 4 digits of account number _____ | $7,731.70 |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 630803**
**Cincinnati, OH 45263-0803**               When was the debt incurred? _____
Number Street City State Zip Code
Who incurred the debt? Check one.            As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                             ■ Contingent
                                            ■ Unliquidated
■ Debtor 1 and Debtor 2 only                ■ Disputed
☐ At least one of the debtors and another
                                            Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community**
**debt**                                    ☐ Student loans
Is the claim subject to offset?             ☐ Obligations arising out of a separation agreement or divorce that you did not
                                            report as priority claims
■ No
                                            ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
                                            ■ Other. Specify  **Personal guaranty of business debt**

---

Debtor 1  **Ki Hyung Kim**

Debtor 2  **Hye Sook Ha**

Case number (if known) _____

---

| 4.5 9 | **Cirka Products LLC** | | | | $360.00 |

Nonpriority Creditor's Name

**470 Schooleys Mt Road**
**Suite 707**
**Hackettstown, NJ 07840**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Personal guaranty of business debt**

---

| 4.6 0 | **Citicards CBNA** | | | | $18,707.00 |

Nonpriority Creditor's Name

**PO Box 70166**
**Philadelphia, PA 19176-0166**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** **4302**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Credit Card**

---

| 4.6 1 | **Cold Technology** | | | | $1,147.55 |

Nonpriority Creditor's Name

**1001 Lower Landing Road, Ste. 203**
**Blackwood, NJ 08012**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Personal guaranty of business debt**

---

Debtor 1   **Ki Hyung Kim**
Debtor 2   **Hye Sook Ha**

Case number *(if known)* _____

---

| 4.6 2 | **Continental Food & Beverage Inc.** | Last 4 digits of account number _____ | **$1,960.17** |

Nonpriority Creditor's Name
**495 River Road**
**Clifton, NJ 07014**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal guaranty of business debt**

---

| 4.6 3 | **Cordialsa USA** | Last 4 digits of account number _____ | **$4,453.17** |

Nonpriority Creditor's Name
**2 S. Middlesex Ave, Suite A**
**Monroe Township, NJ 08831**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal guaranty of business debt**

---

| 4.6 4 | **Coutros Brothers** | Last 4 digits of account number _____ | **$94,268.50** |

Nonpriority Creditor's Name
**344 Elm Street**
**PO Box 550**
**Perth Amboy, NJ 08861**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal guaranty of business debt**

---

Debtor 1    **Ki Hyung Kim**
Debtor 2    **Hye Sook Ha**

Case number (if known)

---

| 4.6 5 | **Cream-o-land** | Last 4 digits of account number | | $13,257.73 |

Nonpriority Creditor's Name

**529 Cedar Lane**
**PO Box 143**
**Florence, NJ 08518**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Personal guaranty of business debt**

---

| 4.6 6 | **Cream-o-land** | Last 4 digits of account number | 8731 | $8,025.12 |

Nonpriority Creditor's Name

**529 Cedar Lane**
**PO Box 143**
**Florence, NJ 08518**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Personal guaranty of business debt**

---

| 4.6 7 | **Cuttiee Product** | Last 4 digits of account number | | $333.00 |

Nonpriority Creditor's Name

**14 Industrial Ave.**
**Fairview, NJ 07022**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Personal guaranty of business debt**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Ki Hyung Kim**
Debtor 2   **Hye Sook Ha**

Case number (if known) _____

---

| 4.6 8 | **Daifuku Trading Corp.** | | **$1,737.80** |

Nonpriority Creditor's Name

**360 S. Van Brunt St.**
**Englewood, NJ 07631**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Personal guaranty of business debt**

---

| 4.6 9 | **De Lage Landen Financial Services Inc.** | | **Unknown** |

Nonpriority Creditor's Name

**1111 Old Eagle School Road**
**Wayne, PA 19087**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Trade Debt**

---

| 4.7 0 | **Delice Global** | | **$1,465.40** |

Nonpriority Creditor's Name

**150 Roosevelt Pl.**
**Palisades Park, NJ 07650**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Personal guaranty of business debt**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Ki Hyung Kim**
Debtor 2    **Hye Sook Ha**

Case number (if known) _____

---

| 4.7 1 | **Diamond Rock Food** | Last 4 digits of account number _____ | $646.10 |

Nonpriority Creditor's Name
**1199 Sunrise Hwy., Ste. 2-3**
**Copiague, NY 11726**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

■ Debtor 1 and Debtor 2 only

■ Unliquidated

☐ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Personal guaranty of business debt**

---

| 4.7 2 | **Diaz Foods** | Last 4 digits of account number   3229 | $1,787.39 |

Nonpriority Creditor's Name
**4 Rosol Lane**
**Saddle Brook, NJ 07663**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Debtor 1 and Debtor 2 only

■ Unliquidated

■ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Personal guaranty of business debt**

---

| 4.7 3 | **Diaz Foods** | Last 4 digits of account number   3231 | $4,369.38 |

Nonpriority Creditor's Name
**4 Rosol Lane**
**Saddle Brook, NJ 07663**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Debtor 1 and Debtor 2 only

■ Unliquidated

■ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Personal guaranty of business debt**

---

Debtor 1   **Ki Hyung Kim**
Debtor 2   **Hye Sook Ha**

Case number (if known) _____

| | | |
|---|---|---|
| 4.7 4 | **Distribuidora Jocorena** | |

| Last 4 digits of account number _____ | **$1,423.63** |
|---|---|

Nonpriority Creditor's Name
**199A Brook Ave.**
**Deer Park, NY 11729**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Personal guaranty of business debt**

---

| | | |
|---|---|---|
| 4.7 5 | **Don Martin** | |

| Last 4 digits of account number _____ | **$2,802.00** |
|---|---|

Nonpriority Creditor's Name
**86 First Street**
**Passaic, NJ 07055**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Personal guaranty of business debt**

---

| | | |
|---|---|---|
| 4.7 6 | **Dona Lisa** | |

| Last 4 digits of account number _____ | **$2,430.27** |
|---|---|

Nonpriority Creditor's Name
**41 Mercedes Way, Unit 14**
**Edgewood, NY 11717**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Personal guaranty of business debt**

---

Debtor 1    **Ki Hyung Kim**
Debtor 2    **Hye Sook Ha**

Case number (if known) _____

---

| 4.7 7 | | | |
|---|---|---|---|

**Dr. Produce** _____

Nonpriority Creditor's Name

**262 Buffalo Avenue**
**Paterson, NJ 07503**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    $66,295.05

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Personal guaranty of business debt**

---

| 4.7 8 | | | |
|---|---|---|---|

**Drink King Dist.** _____

Nonpriority Creditor's Name

**120 Fieldcrest Ave.**
**Edison, NJ 08837**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    $575.45

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Personal guaranty of business debt**

---

| 4.7 9 | | | |
|---|---|---|---|

**E&M Ice Cream** _____

Nonpriority Creditor's Name

**701 Zerega Avenue**
**Bronx, NY 10473**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    $12,332.70

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Personal guaranty of business debt**

---

| Debtor 1 | **Ki Hyung Kim** |
|----------|------------------|
| Debtor 2 | **Hye Sook Ha** |

Case number *(if known)* _____

---

**4.80** | **E. Armata, Inc.** | | **$0.00**

Nonpriority Creditor's Name

**114 N.Y.C. Terminal Market**
**Bronx, NY 10474**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **For Noticing Purposes Only**

---

**4.81** | **East Coast Egg** | | **$4,693.10**

Nonpriority Creditor's Name

**2500 83rd Street**
**North Bergen, NJ 07047**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal guaranty of business debt**

---

**4.82** | **Eco Farms Organics** | | **$512.28**

Nonpriority Creditor's Name

**2037 Lemoine Ave., #181**
**Fort Lee, NJ 07024**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal guaranty of business debt**

---

Debtor 1    **Ki Hyung Kim**
Debtor 2    **Hye Sook Ha**

Case number (if known) _____

| 4.8 3 | **Ecuavina Inc. (Pan de Casa)** | Last 4 digits of account number _____ | **$581.40** |

Nonpriority Creditor's Name
**PO Box 5246**
**Plainfield, NJ 07060**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal guaranty of business debt**

---

| 4.8 4 | **Ehrlich** | Last 4 digits of account number _____ | **$218.76** |

Nonpriority Creditor's Name
**PO Box 13848**
**Reading, PA 19612-3848**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal guaranty of business debt**

---

| 4.8 5 | **Eldorado Coffee Ltd.** | Last 4 digits of account number _____ | **$907.65** |

Nonpriority Creditor's Name
**56-75 79th St.**
**Maspeth, NY 11378**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal guaranty of business debt**

---

Debtor 1    **Ki Hyung Kim**
Debtor 2    **Hye Sook Ha**

Case number (if known) _____

---

| 4.8 6 | **Elite Cookies Inc.** | | **Last 4 digits of account number** _____ | **$682.60** |

Nonpriority Creditor's Name

**2221 5th Ave.**
**Ronkonkoma, NY 11779**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Personal guaranty of business debt**

---

| 4.8 7 | **Ercomar Imports** | | **Last 4 digits of account number** _____ | **$825.00** |

Nonpriority Creditor's Name

**619 North 8th St.**
**Newark, NJ 07107**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Personal guaranty of business debt**

---

| 4.8 8 | **Evergreen NJ Flower** | | **Last 4 digits of account number** _____ | **$1,746.00** |

Nonpriority Creditor's Name

**230 Cliff St.**
**Cliffside Park, NJ 07010**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Personal guaranty of business debt**

---

Debtor 1   **Ki Hyung Kim**
Debtor 2   **Hye Sook Ha**

Case number (if known) _____

---

| 4.8 9 | | | |
|---|---|---|---|

**FABI-SAA Inc.**
Nonpriority Creditor's Name

**36 Mckinley Avenue**
**East Hanover, NJ 07936**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____          **$5,067.05**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal guaranty of business debt**

---

| 4.9 0 | | | |
|---|---|---|---|

**Family Food Distributors, Inc.**
Nonpriority Creditor's Name

**969 Newark Turnpike**
**Unit D**
**Kearny, NJ 07032**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____          **$885.20**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal guaranty of business debt**

---

| 4.9 1 | | | |
|---|---|---|---|

**Family Food Distributors, Inc.**
Nonpriority Creditor's Name

**969 Newark Turnpike**
**Unit D**
**Kearny, NJ 07032**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____          **$4,205.35**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal guaranty of business debt**

---

Debtor 1    **Ki Hyung Kim**
Debtor 2    **Hye Sook Ha**

Case number (if known) _____

| 4.9 2 | **Fedway Wine & Spirit** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 651**
**Basking Ridge, NJ 07920-0651**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____        **$2,699.50**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Personal guaranty of business debt**

---

| 4.9 3 | **Fernando's Bakery** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**5 Sherman Street**
**Linden, NJ 07036**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____        **$3,399.25**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Personal guaranty of business debt**

---

| 4.9 4 | **Finest Foods Distributing Co. New York** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**87-21 76th Street**
**Woodhaven, NY 11421**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____        **$748.05**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Personal guaranty of business debt**

---

Debtor 1    **Ki Hyung Kim**
Debtor 2    **Hye Sook Ha**

Case number (if known) _____

| | | |
|---|---|---|
| 4.95 | **Fire Guard Sprinkler** | |

| | |
|---|---|
| Nonpriority Creditor's Name | Last 4 digits of account number _____ |
| **1A Mount Vernon Street** | **$10,915.21** |
| **Ridgefield Park, NJ 07660** | When was the debt incurred? _____ |
| Number Street City State Zip Code | |

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal guaranty of business debt**

---

| | | |
|---|---|---|
| 4.96 | **First Lease Inc.** | |

| | |
|---|---|
| Nonpriority Creditor's Name | Last 4 digits of account number _____ |
| **1 Walnut Grove Drive, Suite 300** | **Unknown** |
| **Horsham, PA 19044** | When was the debt incurred? _____ |
| Number Street City State Zip Code | |

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal guaranty of business debt**

---

| | | |
|---|---|---|
| 4.97 | **Firto Lay** | |

| | |
|---|---|
| Nonpriority Creditor's Name | Last 4 digits of account number _____ |
| **75 Remittance Drive, Suite 1217** | **$7,927.42** |
| **Chicago, IL 60675-1217** | When was the debt incurred? _____ |
| Number Street City State Zip Code | |

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal guaranty of business debt**

---

Debtor 1   **Ki Hyung Kim**
Debtor 2   **Hye Sook Ha**

Case number (if known) _____

---

| 4.9 8 | **Flowers Baking Company of Oxford, Inc.** | | | **$5,430.28** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**700 Lincoln Street**
**Oxford, PA 19363**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal guaranty of business debt**

---

| 4.9 9 | **Flowers by J&S Corp.** | | | **$4,981.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**33 Ludwig Street**
**Little Ferry, NJ 07643**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal guaranty of business debt**

---

| 4.1 00 | **Four Seasons Produce** | | | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 62212**
**Baltimore, MD 21264-2212**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal guaranty of business debt**

---

Debtor 1   **Ki Hyung Kim**

Debtor 2   **Hye Sook Ha**

Case number (if known) _____

---

| 4.1 01 | **Franklin Perez** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**42-14 5th Avenue, Apt 3R**
**Brooklyn, NY 11232**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____                    **$2,890.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Personal guaranty of business debt**

---

| 4.1 02 | **Frozen Foods Partners LLC** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 440244**
**Nashville, TN 37244-0244**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____                    **$6,830.80**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Personal guaranty of business debt**

---

| 4.1 03 | **Gallo Wine Sales** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 36446**
**Newark, NJ 07188-6446**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____                    **$2,864.84**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Personal guaranty of business debt**

---

Debtor 1  **Ki Hyung Kim**
Debtor 2  **Hye Sook Ha**

Case number (if known) _____

| | | |
|---|---|---|
| **4.1 04** | **Gator Garwood Partners, Ltd.** | |

Nonpriority Creditor's Name
**1595 NE 163rd Street**
**Miami, FL 33162**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Debtors are guarantors under lease for property located at 10 South Avenue, Garwood, NJ.**

☐ Other. Specify

---

| | | |
|---|---|---|
| **4.1 05** | **General Trading** | |

Nonpriority Creditor's Name
**455 16th Street**
**Carlstadt, NJ 07072**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **$351,547.13**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Personal guaranty of business debt**

---

| | | |
|---|---|---|
| **4.1 06** | **Gold Medal Bakery** | |

Nonpriority Creditor's Name
**21 Penn Street**
**Fall River, MA 02724**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **$266.70**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Personal guaranty of business debt**

---

Debtor 1    **Ki Hyung Kim**
Debtor 2    **Hye Sook Ha**

Case number (if known) _____

---

| 4.1 07 | **Gourmet Bakery Dist.** | Last 4 digits of account number _____ | $216.45 |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 418770**
**Boston, MA 02241-8770**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Personal guaranty of business debt**

---

| 4.1 08 | **Goya Foods** | Last 4 digits of account number **0412** | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**350 County Road**
**Jersey City, NJ 07307**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Personal guaranty of business debt**

---

| 4.1 09 | **Goya Foods** | Last 4 digits of account number **2652** | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**350 County Road**
**Jersey City, NJ 07307**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Personal guaranty of business debt**

---

Debtor 1   **Ki Hyung Kim**
Debtor 2   **Hye Sook Ha**

Case number (if known) _____

---

| 4.1 10 | **Grace Apiries** | | $271.80 |
|---|---|---|---|

Nonpriority Creditor's Name
**247 Park St.**
**Arcade, NY 14009**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal guaranty of business debt**

---

| 4.1 11 | **Grace Kennedy Foods (USA)** | 2157 | $4,051.55 |
|---|---|---|---|

Nonpriority Creditor's Name
**d/b/a La Fe**
**230 Moonachie Avenue**
**Moonachie, NJ 07074**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number   2157

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal guaranty of business debt**

---

| 4.1 12 | **Grace Kennedy Foods (USA)** | | $5,745.54 |
|---|---|---|---|

Nonpriority Creditor's Name
**d/b/a La Fe**
**230 Moonachie Avenue**
**Moonachie, NJ 07074**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal guaranty of business debt**

---

Debtor 1   **Ki Hyung Kim**
Debtor 2   **Hye Sook Ha**

Case number (if known) _____

| | | | |
|---|---|---|---|
| 4.1<br>13 | **Grand Labs Manufacturing Co.** | **Last 4 digits of account number** _____ | **$5,098.16** |

Nonpriority Creditor's Name

**1345 Seneca Avenue**
**Bronx, NY 10474**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Personal guaranty of business debt**

---

| | | | |
|---|---|---|---|
| 4.1<br>14 | **Grassland Foods & Snack** | **Last 4 digits of account number** _____ | **$288.96** |

Nonpriority Creditor's Name

**PO Box 279**
**Orange, NJ 07050**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Personal guaranty of business debt**

---

| | | | |
|---|---|---|---|
| 4.1<br>15 | **Green JS Produce** | **Last 4 digits of account number** _____ | **$2,334.00** |

Nonpriority Creditor's Name

**PO Box 650538**
**Fresh Meadows, NY 11365**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Personal guaranty of business debt**

---

Debtor 1    **Ki Hyung Kim**
Debtor 2    **Hye Sook Ha**

Case number (if known) _____

| 4.1 16 | **Greenville Produce LLC** | **Last 4 digits of account number** _____ | **$73,257.00** |

Nonpriority Creditor's Name

**150 Wesley Street**
**South Hackensack, NJ 07606**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only

■ Contingent

☐ Debtor 1 and Debtor 2 only

■ Unliquidated

☐ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Personal guaranty of business debt**

---

| 4.1 17 | **Gun Soo Youn** | **Last 4 digits of account number** _____ | **$61,249.10** |

Nonpriority Creditor's Name

**232 Anderson Avenue**
**Closter, NJ 07624**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Loan**

---

| 4.1 18 | **Hajjar Gourmet Foods** | **Last 4 digits of account number** _____ | **$100.00** |

Nonpriority Creditor's Name

**15 Whiteweld Terrace**
**Clifton, NJ 07013**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only

■ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Personal guaranty of business debt**

---

Debtor 1    **Ki Hyung Kim**
Debtor 2    **Hye Sook Ha**

Case number (*if known*) _____

| 4.1 19 | **Harfenist Kraut & Perlstein, LLP** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name
**Attn:  Allen Perlstein**
**3000 Marcus Avenue**
**New Hyde Park, NY 11042**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Services**

---

| 4.1 20 | **Heesook Lee** | **Last 4 digits of account number** _____ | **$30,000.00** |

Nonpriority Creditor's Name
**17 Margo Way**
**Alpine, NJ 07624**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Loan**

---

| 4.1 21 | **Hershey Creamery** | **Last 4 digits of account number** _____ | **$2,831.24** |

Nonpriority Creditor's Name
**240 Evans Way**
**Branchburg, NJ 08876-3936**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal guaranty of business debt**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Ki Hyung Kim**
Debtor 2    **Hye Sook Ha**

Case number (if known) _____

| | | |
|---|---|---|
| 4.1 22 | **Hillcrest Garden, Inc.** | **Last 4 digits of account number** _____ | **$245.00** |

Nonpriority Creditor's Name

**96 West Century Road**
**Paramus, NJ 07652-1428**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal guaranty of business debt**

---

| 4.1 23 | **I and U LLC** | **Last 4 digits of account number** _____ | **$928.95** |

Nonpriority Creditor's Name

**66 Mattatuck Heights**
**Waterbury, CT 06705**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal guaranty of business debt**

---

| 4.1 24 | **India Beverage Inc.** | **Last 4 digits of account number** _____ | **$5,376.05** |

Nonpriority Creditor's Name

**1401 Viele Avenue**
**Bronx, NY 10474**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal guaranty of business debt**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor 1    **Ki Hyung Kim**
Debtor 2    **Hye Sook Ha**

Case number (if known) _____

---

| 4.1 25 | **J&J Farms Creamery** | Last 4 digits of account number _____ | $42,938.28 |

Nonpriority Creditor's Name
**57-48 49th Street**
**Maspeth, NY 11378**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Personal guaranty of business debt**

---

| 4.1 26 | **J&R Cutlery** | Last 4 digits of account number _____ | $273.22 |

Nonpriority Creditor's Name
**1275 Bloomfield Ave.**
**Bldg. 9, Unit 80**
**Fairfield, NJ 07004**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Personal guaranty of business debt**

---

| 4.1 27 | **JGM Wholesale Bakery** | Last 4 digits of account number _____ | $642.60 |

Nonpriority Creditor's Name
**26 Elm Pl**
**Amityville, NY 11701**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Personal guaranty of business debt**

---

Debtor 1    **Ki Hyung Kim**
Debtor 2    **Hye Sook Ha**

Case number (if known) _____

| | | |
|---|---|---|
| 4.1 28 | **JPMorgan Chase Sapphire Card** | |

Nonpriority Creditor's Name

**PO Box 1423**
**Charlotte, NC 28201-1423**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**    **0412**    $13,854.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

---

| | | |
|---|---|---|
| 4.1 29 | **JPMorgan Chase Sapphire Card** | |

Nonpriority Creditor's Name

**PO Box 1423**
**Charlotte, NC 28201-1423**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**    **5073**    $12,069.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

---

| | | |
|---|---|---|
| 4.1 30 | **JT Supreme Distributors** | |

Nonpriority Creditor's Name

**70-36 137th Street**
**Flushing, NY 11367**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**    $11,200.60

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal guaranty of business debt**

---

Debtor 1  **Ki Hyung Kim**
Debtor 2  **Hye Sook Ha**

Case number (if known) _____

| 4.1 31 | **K&F** | Last 4 digits of account number _____ | $1,498.10 |
|---|---|---|---|

Nonpriority Creditor's Name

**308 East Ruby Ave., Unit A**
**Palisades Park, NJ 07650**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Personal guaranty of business debt**

---

| 4.1 32 | **Katzman Produce** | Last 4 digits of account number _____ | $57,105.97 |
|---|---|---|---|

Nonpriority Creditor's Name

**213B New York City Terminal Market**
**Bronx, NY 10474**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Personal guaranty of business debt**

---

| 4.1 33 | **Keep Healthy** | Last 4 digits of account number _____ | $213.20 |
|---|---|---|---|

Nonpriority Creditor's Name

**1019 Fort Salonga Road**
**Northport, NY 11768**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Personal guaranty of business debt**

Debtor 1    **Ki Hyung Kim**
Debtor 2    **Hye Sook Ha**

Case number (if known) _____

| 4.1 34 | **Kellermeyer Bergensons Services** | Last 4 digits of account number _____ | **$4,411.19** |
|---|---|---|---|

Nonpriority Creditor's Name

**1575 Henthorne Drive**
**Maumee, OH 43537**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Personal guaranty of business debt**

---

| 4.1 35 | **Kohler** | Last 4 digits of account number _____ | **$17,923.25** |
|---|---|---|---|

Nonpriority Creditor's Name

**150 Wagaraw Road**
**PO Box 643**
**Hawthorne, NJ 07507**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Personal guaranty of business debt**

---

| 4.1 36 | **Krasi Invest Holding Sedika Foods** | Last 4 digits of account number _____ | **$6,396.77** |
|---|---|---|---|

Nonpriority Creditor's Name

**4201 Kennedy Road**
**South Plainfield, NJ 07080**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

■ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Personal guaranty of business debt**

---

Debtor 1    **Ki Hyung Kim**
Debtor 2    **Hye Sook Ha**

Case number (if known) _____

---

| 4.1 37 | **Krinos Foods LLC** | Last 4 digits of account number _____ | **$2,364.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**1750 Bathgate Ave.**
**Bronx, NY 10457**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Debtor 1 and Debtor 2 only

■ Unliquidated

☐ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Personal guaranty of business debt**

---

| 4.1 38 | **L & R Distributors, Inc.** | Last 4 digits of account number _____ | **$7,632.61** |
|---|---|---|---|

Nonpriority Creditor's Name
**26800 Network Place**
**Chicago, IL 60673**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Debtor 1 and Debtor 2 only

■ Unliquidated

☐ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Personal guaranty of business debt**

---

| 4.1 39 | **L&A Pork** | Last 4 digits of account number _____ | **$3,067.37** |
|---|---|---|---|

Nonpriority Creditor's Name
**945 Lincoln Street**
**Hazleton, PA 18201**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Debtor 1 and Debtor 2 only

■ Unliquidated

☐ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Personal guaranty of business debt**

---

Debtor 1    **Ki Hyung Kim**
Debtor 2    **Hye Sook Ha**

Case number (if known) _____

| 4.1 40 | **La Centroamericana** | **Last 4 digits of account number** _____ | **$1,139.65** |

Nonpriority Creditor's Name
**2280 Union Blvd.**
**Bay Shore, NY 11706**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal guaranty of business debt**

---

| 4.1 41 | **Lab Imports** | **Last 4 digits of account number** _____ | **$1,867.34** |

Nonpriority Creditor's Name
**PO Box 250842**
**New York, NY 10025**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal guaranty of business debt**

---

| 4.1 42 | **Latin American Dist., Inc.** | **Last 4 digits of account number** _____ | **$2,754.89** |

Nonpriority Creditor's Name
**307 Industrial Way West**
**Eatontown, NJ 07724**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal guaranty of business debt**

---

Debtor 1   **Ki Hyung Kim**
Debtor 2   **Hye Sook Ha**

Case number (if known) _____

| 4.1 43 | **Latin American Dist., Inc.** | Last 4 digits of account number | **7223** | **$369.66** |

Nonpriority Creditor's Name

**307 Industrial Way West**
**Eatontown, NJ 07724**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal guaranty of business debt**

---

| 4.1 44 | **Latinfood US Corp.** | Last 4 digits of account number | | **$237.72** |

Nonpriority Creditor's Name

**80 Keyland Ct., Unit B**
**Bohemia, NY 11716**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal guaranty of business debt**

---

| 4.1 45 | **Latino Food Distributors** | Last 4 digits of account number | | **$2,203.27** |

Nonpriority Creditor's Name

**90 Avocado St.**
**Springfield, MA 01104**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal guaranty of business debt**

---

Debtor 1   **Ki Hyung Kim**
Debtor 2   **Hye Sook Ha**

Case number (if known) _____

---

| 4.1 46 | **Latitude Beverage Co.** | Last 4 digits of account number _____ | **$2,332.00** |

Nonpriority Creditor's Name

**PO Box 843045**
**Boston, MA 02284-3045**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Debtor 1 and Debtor 2 only

■ Unliquidated

☐ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Personal guaranty of business debt**

---

| 4.1 47 | **Liberty Coca-Cola** | Last 4 digits of account number _____ | **$13,239.52** |

Nonpriority Creditor's Name

**PO Box 780810**
**Philadelphia, PA 19170**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Debtor 1 and Debtor 2 only

■ Unliquidated

■ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Personal guaranty of business debt**

---

| 4.1 48 | **Liberty Coca-Cola** | Last 4 digits of account number   6333 | **$9,297.12** |

Nonpriority Creditor's Name

**PO Box 780810**
**Philadelphia, PA 19170**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Debtor 1 and Debtor 2 only

■ Unliquidated

■ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Personal guaranty of business debt**

---

Debtor 1  **Ki Hyung Kim**
Debtor 2  **Hye Sook Ha**

Case number *(if known)* _____

---

| 4.1 49 | **Lily Produce** | Last 4 digits of account number _____ | **$97,353.00** |

Nonpriority Creditor's Name

**435-A NYC Terminal Market
Bronx, NY 10474**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Personal guaranty of business debt**

---

| 4.1 50 | **Loan Builder** | Last 4 digits of account number _____ | **$27,821.38** |

Nonpriority Creditor's Name

**c/o Swift Financial, LLC
3505 Sliverside Road
Wilmington, DE 19810**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Personal guaranty of business debt**

---

| 4.1 51 | **Loan Builder** | Last 4 digits of account number _____ | **$56,601.40** |

Nonpriority Creditor's Name

**c/o Swift Financial, LLC
3505 Sliverside Road
Wilmington, DE 19810**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Personal guaranty of business debt**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1  **Ki Hyung Kim**

Debtor 2  **Hye Sook Ha**

Case number (if known) _____

---

| 4.1 52 | **Los Olivos** | | **Last 4 digits of account number** _____ | **$4,195.55** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**105 Bi County Blvd**

**Farmingdale, NY 11735**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Personal guaranty of business debt**

---

| 4.1 53 | **Lucky Home** | | **Last 4 digits of account number** _____ | **$1,257.70** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**852 Holmdel Road**

**Holmdel, NJ 07733**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Personal guaranty of business debt**

---

| 4.1 54 | **Magic World of Roses** | | **Last 4 digits of account number** _____ | **$1,853.75** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**173 Spruce St.**

**Bloomfield, NJ 07003**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Personal guaranty of business debt**

---

Debtor 1  **Ki Hyung Kim**
Debtor 2  **Hye Sook Ha**

Case number (if known) _____

---

| 4.1 55 | **Mamita's Food** | | | | | **$235.00** |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

**500 Getty Ave.**
**Clifton, NJ 07011**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal guaranty of business debt**

---

| 4.1 56 | **Mamita's Ices** | | | | | **$7,350.00** |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

**104-11 100th Street**
**Ozone Park, NY 11417**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal guaranty of business debt**

---

| 4.1 57 | **Mamtakim** | | | | | **$1,513.06** |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 30720**
**Staten Island, NY 10303**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal guaranty of business debt**

---

Debtor 1    **Ki Hyung Kim**
Debtor 2    **Hye Sook Ha**

Case number (if known) _____

---

| 4.1 58 | **Mana's Bakery** | Last 4 digits of account number _____ | **$1,684.50** |

Nonpriority Creditor's Name

**2 Hawthorne St.**
**Farmingdale, NY 11735**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Personal guaranty of business debt**

---

| 4.1 59 | **Marlow Candy & Nut Company** | Last 4 digits of account number _____ | **$707.75** |

Nonpriority Creditor's Name

**65 Honeck St.**
**Englewood, NJ 07631**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Personal guaranty of business debt**

---

| 4.1 60 | **Master Dairies Inc.** | Last 4 digits of account number _____ | **$18,088.32** |

Nonpriority Creditor's Name

**716 Hickory Hill Road**
**Wyckoff, NJ 07481**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Personal guaranty of business debt**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Ki Hyung Kim**
Debtor 2    **Hye Sook Ha**

Case number (if known) _____

| | | |
|---|---|---|
| **4.1 61** | **Max Distributor 1 Corp.** | $29,599.02 |

Nonpriority Creditor's Name

**1980 New Highway**
**Farmingdale, NY 11735**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal guaranty of business debt**

---

| | | |
|---|---|---|
| **4.1 62** | **McKee Foods** | $1,192.05 |

Nonpriority Creditor's Name

**PO Box 2118**
**Collegedale, TN 37315-2118**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal guaranty of business debt**

---

| | | |
|---|---|---|
| **4.1 63** | **Mercedes-Benz Financial** | Unknown |

Nonpriority Creditor's Name

**PO Box 5029**
**Carol Stream, IL 60197-5209**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Lease rejection**

---

Debtor 1   **Ki Hyung Kim**
Debtor 2   **Hye Sook Ha**

Case number (if known) _____

| | | | |
|---|---|---|---|
| 4.1 64 | **MGA Flower** | **Last 4 digits of account number** ___ ___ ___ ___ | **$1,169.70** |

Nonpriority Creditor's Name

**110 Buck Road**
**Holland, PA 18966**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Personal guaranty of business debt**

---

| | | | |
|---|---|---|---|
| 4.1 65 | **MI Pueblo Corp.** | **Last 4 digits of account number** ___ ___ ___ ___ | **$230.00** |

Nonpriority Creditor's Name

**32-49 Fulton St.**
**Brooklyn, NY 11208**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Personal guaranty of business debt**

---

| | | | |
|---|---|---|---|
| 4.1 66 | **Mission Foods** | **Last 4 digits of account number** ___ ___ ___ ___ | **$14,580.69** |

Nonpriority Creditor's Name

**PO Box 843789**
**Dallas, TX 75284-3789**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Personal guaranty of buisness debt**

---

Debtor 1   **Ki Hyung Kim**

Debtor 2   **Hye Sook Ha**

Case number (if known) _____

---

| 4.1 67 | **Mission Foods** | **Last 4 digits of account number** | **9312** | **$3,883.01** |

Nonpriority Creditor's Name

**PO Box 843789**
**Dallas, TX 75284-3789**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Personal guaranty of business debt**

---

| 4.1 68 | **Modern Joa Trading, Inc.** | **Last 4 digits of account number** | | **$591,698.35** |

Nonpriority Creditor's Name

**58-58 56th Drive**
**Maspeth, NY 11378**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Personal guaranty of business debt**

---

| 4.1 69 | **Mondelez Global** | **Last 4 digits of account number** | | **$5,161.72** |

Nonpriority Creditor's Name

**PO Box 70064**
**Chicago, IL 60673**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Personal guaranty of business debt**

---

Debtor 1  **Ki Hyung Kim**
Debtor 2  **Hye Sook Ha**

Case number (if known) _____

---

| 4.1 70 | **Mr. Sunflower** | | |

Nonpriority Creditor's Name

**429 Brinkerhoff Ave.**
**Palisades Park, NJ 07650**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____      **$1,505.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Personal guaranty of business debt**

---

| 4.1 71 | **Musco Food Corp.** | | |

Nonpriority Creditor's Name

**57-01 49th Place**
**Maspeth, NY 11378-2020**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____      **$3,420.12**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Personal guaranty of business debt**

---

| 4.1 72 | **NAC Foods** | | |

Nonpriority Creditor's Name

**235-239 Commercial Avenue**
**Palisades Park, NJ 07650**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____      **$5,218.75**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Personal guaranty of business debt**

---

Debtor 1    **Ki Hyung Kim**
Debtor 2    **Hye Sook Ha**

Case number (if known) _____

---

| 4.1 73 | **National Packing Corp.** | Last 4 digits of account number _____ | **$1,600.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**538 Craven St.**
**Bronx, NY 10474**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Personal guaranty of business debt**

---

| 4.1 74 | **Natural Foods** | Last 4 digits of account number _____ | **$46,111.51** |
|---|---|---|---|

Nonpriority Creditor's Name
**64-31 108th Street, Suite 1070**
**Forest Hills, NY 11375**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Personal guaranty of business debt**

---

| 4.1 75 | **Nature Garden** | Last 4 digits of account number _____ | **$7,337.54** |
|---|---|---|---|

Nonpriority Creditor's Name
**35-02 150 Place Apt #B**
**Flushing, NY 11354**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Personal guaranty of business debt**

---

Debtor 1  **Ki Hyung Kim**

Debtor 2  **Hye Sook Ha**

Case number *(if known)* _____

---

| 4.1 76 | **Nature Soy LLC** | Last 4 digits of account number _____ | **$1,682.00** |

Nonpriority Creditor's Name

**713 N. 10th St.**
**Philadelphia, PA 19123**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Personal guaranty of business debt**

---

| 4.1 77 | **Nebraskland** | Last 4 digits of account number  **3191** | **$132,202.70** |

Nonpriority Creditor's Name

**355 Food Center Dr.**
**Buidling G**
**Bronx, NY 10475**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Personal guaranty of buisness debt**

---

| 4.1 78 | **Nebraskland** | Last 4 digits of account number _____ | **$238,083.76** |

Nonpriority Creditor's Name

**355 Food Center Dr.**
**Buidling G**
**Bronx, NY 10475**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Personal guaranty of business debt**

---

Debtor 1   **Ki Hyung Kim**
Debtor 2   **Hye Sook Ha**

Case number (if known) _____

| 4.1 79 | | | |
|---|---|---|---|

**Nema**
Nonpriority Creditor's Name

**408 E. Elizabeth Ave.**
**Linden, NJ 07036**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____   **$228.17**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal guaranty of business debt**

---

| 4.1 80 | | | |
|---|---|---|---|

**New Bank**
Nonpriority Creditor's Name

**189 Homans Avenue**
**Closter, NJ 07624**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **6002**   **$1,530,931.48**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal guaranty of business debt**

---

| 4.1 81 | | | |
|---|---|---|---|

**New Bank**
Nonpriority Creditor's Name

**189 Homans Avenue**
**Closter, NJ 07624**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **6098**   **$1,308,070.47**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal guaranty of business debt**

---

Debtor 1  **Ki Hyung Kim**
Debtor 2  **Hye Sook Ha**

Case number (if known) _____

| 4.1 82 | **New Bank** | | Last 4 digits of account number | **6022** | | **$2,333,383.62** |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

**189 Homans Avenue**
**Closter, NJ 07624**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent

■ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Personal guaranty of business debt**

---

| 4.1 83 | **New Brunswick Parking Authority** | | Last 4 digits of account number | | | **Unknown** |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

**c/o Ruben D. Perez, Esq.**
**555 US Highway 1 South, Suite 440**
**Iselin, NJ 08830**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent

■ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Debtors are guarantors under lease for property located at 100 Kirkpatrick Street, New Brunswick, NJ.**

---

| 4.1 84 | **New England Beverages** | | Last 4 digits of account number | | | **$520.91** |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

**1801 Boone Ave.**
**Bronx, NY 10460**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent

■ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Personal guaranty of business debt**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1  **Ki Hyung Kim**
Debtor 2  **Hye Sook Ha**

Case number (*if known*) _____

---

| 4.1 85 | **New Jersey Grinding** | **Last 4 digits of account number** _____ | **$563.34** |

Nonpriority Creditor's Name
**1275 Bloomfield Ave.**
**Bldg. 9, Ste. 80**
**Fairfield, NJ 07004**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Personal guaranty of business debt**

---

| 4.1 86 | **New York Produce** | **Last 4 digits of account number** _____ | **$1,738.55** |

Nonpriority Creditor's Name
**125 Seaview Drive**
**Secaucus, NJ 07094**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Personal guaranty of business debt**

---

| 4.1 87 | **Nissan Motor Acceptance** | **Last 4 digits of account number** _____ | **$11,480.00** |

Nonpriority Creditor's Name
**PO Box 660360**
**Dallas, TX 75266**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Co-signer on 2016 Nissan Rouge S**

---

Debtor 1    **Ki Hyung Kim**
Debtor 2    **Hye Sook Ha**

Case number (*if known*) _____

| | | |
|---|---|---|
| 4.1 88 | **Northern Eagle Beverage** | **Last 4 digits of account number** _____ $3,095.20 |

Nonpriority Creditor's Name

**600 16th Street**
**Carlstadt, NJ 07072**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal guaranty of business debt**

---

| | | |
|---|---|---|
| 4.1 89 | **NU, Inc.** | **Last 4 digits of account number** _____ $3,398.47 |

Nonpriority Creditor's Name

**610 Commerical Avenue**
**Carlstadt, NJ 07072**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal guaranty of business debt**

---

| | | |
|---|---|---|
| 4.1 90 | **NY Fancy Natural Foods Inc.** | **Last 4 digits of account number** _____ $2,591.35 |

Nonpriority Creditor's Name

**154 Morgan Avenue**
**Brooklyn, NY 11237**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal guaranty of business debt**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1    **Ki Hyung Kim**

Debtor 2    **Hye Sook Ha**

Case number *(if known)* _____

---

| 4.1 91 | | | |
|---|---|---|---|

**Oaxaca Mexican**

Nonpriority Creditor's Name

**100 8th Street**

**Passaic, NJ 07055**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          **$952.13**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Personal guaranty of business debt**

---

| 4.1 92 | | | |
|---|---|---|---|

**On time distribution**

Nonpriority Creditor's Name

**85 5th Avenue, Unit 30**

**Paterson, NJ 07524**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          **$10,079.17**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Personal guaranty of business debt**

---

| 4.1 93 | | | |
|---|---|---|---|

**Oster Belleville Properties LLC**

Nonpriority Creditor's Name

**c/o Oster Properties**

**429 Sylvan Avenue**

**Englewood Cliffs, NJ 07032**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Debtors are guarantors under lease for property located at 414 Main Street, Belleville, NJ.**

---

Debtor 1    **Ki Hyung Kim**
Debtor 2    **Hye Sook Ha**

Case number (if known) _____

---

| 4.1 94 | **PA China Farm, Inc.** | Last 4 digits of account number _____ | $14,796.03 |
|---|---|---|---|

Nonpriority Creditor's Name

**3670 S. Galloway Street**
**Philadelphia, PA 19148**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal guaranty of business debt**

---

| 4.1 95 | **Palenque Provision** | Last 4 digits of account number _____ | $444.80 |
|---|---|---|---|

Nonpriority Creditor's Name

**56 Loretta Street**
**Hopelawn, NJ 08861**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal guaranty of business debt**

---

| 4.1 96 | **Paloma Foods, LLC** | Last 4 digits of account number _____ | $6,301.81 |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 62**
**Ridgefield, NJ 07657**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal guaranty of business debt**

---

Debtor 1    **Ki Hyung Kim**
Debtor 2    **Hye Sook Ha**

Case number (if known) _____

---

| 4.1 97 | **Pan on the Way, LLC** | Last 4 digits of account number _____ | **$2,431.00** |

Nonpriority Creditor's Name
**7-9 Poplar Street**
**Passaic, NJ 07055**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal guaranty of business debt**

---

| 4.1 98 | **Paraco Gas Corporation** | Last 4 digits of account number _____ | **$1,833.50** |

Nonpriority Creditor's Name
**4700 S. Clinton Ave.**
**South Plainfield, NJ 07080**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal guaranty of business debt**

---

| 4.1 99 | **Parks Exterminator USA** | Last 4 digits of account number _____ | **$1,740.00** |

Nonpriority Creditor's Name
**40-04 165 Street, 3F**
**Flushing, NY 11358**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal guaranty of business debt**

---

| Debtor 1 | **Ki Hyung Kim** |
|---|---|
| Debtor 2 | **Hye Sook Ha** |

Case number (if known) _____

---

**4.2 00**

**Paterson Pickle**

Nonpriority Creditor's Name

**285 4th Ave.**
**Paterson, NJ 07514**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **$465.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal guaranty of business debt**

---

**4.2 01**

**PBC Pepsi Beverages Company**

Nonpriority Creditor's Name

**75 Remittance Drive, Suite 1884**
**Chicago, IL 60675-1884**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **5990**          **$1,356.55**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal guaranty of buisness debt**

---

**4.2 02**

**PBC Pepsi Beverages Company**

Nonpriority Creditor's Name

**75 Remittance Drive, Suite 1884**
**Chicago, IL 60675-1884**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1008**          **$3,064.62**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal guaranty of business debt**

---

Debtor 1    **Ki Hyung Kim**
Debtor 2    **Hye Sook Ha**

Case number (if known) _____

---

| 4.2 03 | **Perez Distribution** | Last 4 digits of account number _____ | $2,322.90 |

Nonpriority Creditor's Name
**25 Shady Street**
**Paterson, NJ 07524**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Personal guaranty of business debt**

---

| 4.2 04 | **Peru Food** | Last 4 digits of account number _____ | $6,261.12 |

Nonpriority Creditor's Name
**PO Box 419**
**West New York, NJ 07093**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Personal guaranty of business debt**

---

| 4.2 05 | **Phil-Am Trading** | Last 4 digits of account number _____ | $2,370.50 |

Nonpriority Creditor's Name
**324-330 Hoboken Avenue**
**Jersey City, NJ 07306**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Personal guaranty of business debt**

---

Debtor 1   **Ki Hyung Kim**
Debtor 2   **Hye Sook Ha**

Case number *(if known)* _____

| 4.2 06 | **Porky Products Inc.** | Last 4 digits of account number   **1429** | **$3,470.03** |

Nonpriority Creditor's Name
**PO Box 18057**
**Newark, NJ 07191**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Personal guaranty of buisness debt**

| 4.2 07 | **Porky Products Inc.** | Last 4 digits of account number | **$5,545.36** |

Nonpriority Creditor's Name
**PO Box 18057**
**Newark, NJ 07191**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Personal guaranty of business debt**

| 4.2 08 | **Premier Bakeries** | Last 4 digits of account number | **$91.09** |

Nonpriority Creditor's Name
**725 River Road, ste. 32-288**
**Edgewater, NJ 07020**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Personal guaranty of business debt**

Debtor 1   **Ki Hyung Kim**
Debtor 2   **Hye Sook Ha**

Case number (if known) _____

---

| 4.2 09 | **Primos Bakery** | Last 4 digits of account number _____ | **$2,481.10** |

Nonpriority Creditor's Name
**47-20 Junction Blvd**
**Corona, NY 11368**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Personal guaranty of business debt**

---

| 4.2 10 | **Procacci Bros. (GS Distribution)** | Last 4 digits of account number _____ | **$1,597.77** |

Nonpriority Creditor's Name
**3333 S. Front Street**
**Philadelphia, PA 19148**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Personal guaranty of business debt**

---

| 4.2 11 | **Puebla Wholesale** | Last 4 digits of account number _____ | **$2,330.25** |

Nonpriority Creditor's Name
**118 First Street**
**Passaic, NJ 07055**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Personal guaranty of business debt**

---

Debtor 1    **Ki Hyung Kim**

Debtor 2    **Hye Sook Ha**

Case number (if known) _____

| 4.2 12 | **Quality Plus Provision (Boar's Head)** | **Last 4 digits of account number** _____ | **$7,361.45** |

Nonpriority Creditor's Name

**PO Box 799**
**Englishtown, NJ 07726**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Personal guaranty of business debt**

---

| 4.2 13 | **RC World Services Enterprises** | **Last 4 digits of account number** _____ | **$715.00** |

Nonpriority Creditor's Name

**6904 Grand Ave.**
**North Bergen, NJ 07047**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Personal guaranty of business debt**

---

| 4.2 14 | **Ready Refresh** | **Last 4 digits of account number** _____ | **$11,010.00** |

Nonpriority Creditor's Name

**PO Box 856192**
**Louisville, KY 40285**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Personal guaranty of business debt**

---

Debtor 1  **Ki Hyung Kim**
Debtor 2  **Hye Sook Ha**

Case number (if known) _____

---

| 4.2 15 | **Real Kosher Ice Cream Inc.** | Last 4 digits of account number _____ _____ | $726.00 |

Nonpriority Creditor's Name

**3614 15th Ave.**
**Brooklyn, NY 11218**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Personal guaranty of business debt**

---

| 4.2 16 | **Reyes Produce** | Last 4 digits of account number _____ _____ | $1,160.00 |

Nonpriority Creditor's Name

**540 Faile St.**
**Bronx, NY 10475**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Personal guaranty of business debt**

---

| 4.2 17 | **Rio Grande Food Products, Inc.** | Last 4 digits of account number _____ _____ | $640.46 |

Nonpriority Creditor's Name

**150 Oser Ave.**
**PO Box 13221**
**Hauppauge, NY 11788**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Personal guaranty of business debt**

---

Debtor 1 **Ki Hyung Kim**

Debtor 2 **Hye Sook Ha**

Case number (if known) _____

---

| 4.2 18 | **RNL Foods** | | | | $357.75 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**495 River Road**

**Clifton, NJ 07014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Personal guaranty of business debt**

---

| 4.2 19 | **Robert Bruce Healthcare LLC** | | | | **Unknown** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**17 Industrial Avenue**

**Fairview, NJ 07022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Debtors are guarantors under lease for property located at 19 Industial Avenue, Fairview, NJ.**

---

| 4.2 20 | **Rol-Rom Foods** | | | | $4,989.20 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**33 6th Avenue**

**Paterson, NJ 07524**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Personal guaranty of business debt**

---

Debtor 1    **Ki Hyung Kim**
Debtor 2    **Hye Sook Ha**

Case number (if known) _____

---

| 4.2 21 | **Rosemarie Bakery** | Last 4 digits of account number _____ | $529.80 |

Nonpriority Creditor's Name
**96 Vreeland St.**
**Staten Island, NY 10302**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal guaranty of business debt**

---

| 4.2 22 | **Rua USA** | Last 4 digits of account number _____ | $1,512.56 |

Nonpriority Creditor's Name
**47-00 Northern Blvd.**
**Long Island City, NY 11101**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal guaranty of business debt**

---

| 4.2 23 | **Russ Monico Provision (Thumman)** | Last 4 digits of account number _____ | $17,599.79 |

Nonpriority Creditor's Name
**6214 Jefferson Street**
**West New York, NJ 07093**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal guaranty of business debt**

---

Debtor 1   **Ki Hyung Kim**
Debtor 2   **Hye Sook Ha**

Case number (if known) _____

| 4.2 24 | **RYECO, LLC** | Last 4 digits of account number _____ | **$4,936.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**6700 Essington Avenue, Units C3-C7**
**Philadelphia, PA 19153**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Personal guaranty of business debt**

---

| 4.2 25 | **Sabanero NY** | Last 4 digits of account number _____ | **$424.58** |
|---|---|---|---|

Nonpriority Creditor's Name

**19-34 38th St.**
**Astoria, NY 11105**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Personal guaranty of business debt**

---

| 4.2 26 | **Safeguard Chemical Corporation** | Last 4 digits of account number _____ | **$415.49** |
|---|---|---|---|

Nonpriority Creditor's Name

**411 Wales Ave.**
**Bronx, NY 10454**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Personal guaranty of business debt**

---

Debtor 1  **Ki Hyung Kim**
Debtor 2  **Hye Sook Ha**

Case number (if known) _____

| 4.2 27 | **Salud Natural** | Last 4 digits of account number _____ | $465.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**200 Passaic Street**
**Hackensack, NJ 07601**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Personal guaranty of business debt**

| 4.2 28 | **Santos Bakery** | Last 4 digits of account number _____ | $7,657.56 |
|---|---|---|---|

Nonpriority Creditor's Name

**123 Hudson Street**
**Newark, NJ 07103**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Personal guaranty of business debt**

| 4.2 29 | **Schueler Dist.** | Last 4 digits of account number _____ | $63.80 |
|---|---|---|---|

Nonpriority Creditor's Name

**16 Morristown Road**
**Elizabeth, NJ 07208**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Personal guaranty of business debt**

Debtor 1    **Ki Hyung Kim**
Debtor 2    **Hye Sook Ha**

Case number *(if known)* _____

---

| 4.2 30 | **Seabrite Corp.** | Last 4 digits of account number _____ | **$1,026.91** |

Nonpriority Creditor's Name
**574 Ferry St.**
**Newark, NJ 07105**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal guaranty of business debt**

---

| 4.2 31 | **Simone International Liquor** | Last 4 digits of account number _____ | **$2,203.00** |

Nonpriority Creditor's Name
**186 Parish Drive**
**Wayne, NJ 07470**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal guaranty of business debt**

---

| 4.2 32 | **Smart Foods** | Last 4 digits of account number _____ | **$1,809.49** |

Nonpriority Creditor's Name
**72 Wabash Ave.**
**Clifton, NJ 07011**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal guaranty of business debt**

---

Debtor 1    **Ki Hyung Kim**

Debtor 2    **Hye Sook Ha**

Case number *(if known)* _____

| | | |
|---|---|---|
| **4.2 33** | **Spicy Flavor** | Last 4 digits of account number _____ | **$16,899.11** |

Nonpriority Creditor's Name

**PO Box 757**
**Oxon Hill, MD 20750**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Personal guaranty of business debt**

---

| | | |
|---|---|---|
| **4.2 34** | **Starr Gern Davison & Rubin, PC** | Last 4 digits of account number _____ | **$18,832.50** |

Nonpriority Creditor's Name

**105 Eisenhower Parkway**
**Roseland, NJ 07068**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Services**

---

| | | |
|---|---|---|
| **4.2 35** | **Staten Island Grinding Service, Inc.** | Last 4 digits of account number _____ | **$1,354.67** |

Nonpriority Creditor's Name

**507 Midland Ave.**
**Staten Island, NY 10306**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Personal guaranty of business debt**

---

Debtor 1  **Ki Hyung Kim**
Debtor 2  **Hye Sook Ha**

Case number (if known) _____

---

| 4.2 36 | **Sun Hing Foods** | Last 4 digits of account number _____ | **$1,589.10** |
|---|---|---|---|

Nonpriority Creditor's Name

**271 Harbor Way**
**South San Francisco, CA 94080**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Personal guaranty of business debt**

---

| 4.2 37 | **Super Bread II** | Last 4 digits of account number _____ | **$9,758.61** |
|---|---|---|---|

Nonpriority Creditor's Name

**443 Schiller Street**
**Elizabeth, NJ 07206**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Personal guaranty of buisness debt**

---

| 4.2 38 | **Super Bread II** | Last 4 digits of account number  **0260** | **$981.44** |
|---|---|---|---|

Nonpriority Creditor's Name

**443 Schiller Street**
**Elizabeth, NJ 07206**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Personal guaranty of buisness debt**

---

Debtor 1    **Ki Hyung Kim**
Debtor 2    **Hye Sook Ha**

Case number (if known) _____

| 4.2 39 | **Sweet Rainbow Candy & Nuts** | Last 4 digits of account number _____ | **$3,107.65** |

Nonpriority Creditor's Name
**226 South 12th Avenue**
**Mount Vernon, NY 10550**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal guaranty of business debt**

---

| 4.2 40 | **Tano Shopping Center Limited** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**100 Woodbridge Center Drive, Suite 301**
**PO Box 29**
**Woodbridge, NJ 07095**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Debtors are guarantors under lease for property located in Edison, NJ.**

---

| 4.2 41 | **Tastle USA Inc.** | Last 4 digits of account number _____ | **$150.32** |

Nonpriority Creditor's Name
**PO Box 140252**
**Brooklyn, NY 11214**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal guaranty of business debt**

---

Debtor 1    **Ki Hyung Kim**
Debtor 2    **Hye Sook Ha**

Case number (if known) _____

| 4.2<br>42 | **Tavarez Distributors** | Last 4 digits of account number _____ | $6,557.25 |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 140252**
**Brooklyn, NY 11214**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Personal guaranty of business debt**

| 4.2<br>43 | **Taystee Treat** | Last 4 digits of account number _____ | $6,679.24 |
|---|---|---|---|

Nonpriority Creditor's Name
**1 Roselle Street**
**Linden, NJ 07036**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Personal guaranty of business debt**

| 4.2<br>44 | **Teixeira's Bakery** | Last 4 digits of account number _____ | $9,308.58 |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 5550**
**Newark, NJ 07105**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Personal guaranty of business debt**

Debtor 1   **Ki Hyung Kim**
Debtor 2   **Hye Sook Ha**

Case number (if known) _____

---

| 4.2 45 | **The Food Squad Distributors** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**1550 5th Avenue**
**Bay Shore, NY 11706**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **$2,634.03**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Personal guaranty of business debt**

---

| 4.2 46 | **Top Family Candy Inc.** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**50-09 Horatio Parkway**
**Bayside, NY 11364**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **$8,799.79**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Personal guaranty of business debt**

---

| 4.2 47 | **Top General Merchandise (TGM)** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**728 Berriman St.**
**Brooklyn, NY 11208**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **$1,580.26**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Personal guaranty of business debt**

---

Debtor 1    **Ki Hyung Kim**
Debtor 2    **Hye Sook Ha**

Case number (if known) _____

---

| 4.2 48 | **Top System Alarm Inc.** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**47-25 Parsons Blvd.**
**Flushing, NY 11355**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**Last 4 digits of account number** _____          **$543.81**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Personal guaranty of business debt**

---

| 4.2 49 | **Topal Foods** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**6025 Buchanan Pl.**
**West New York, NJ 07093**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**Last 4 digits of account number** _____          **$723.02**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Personal guaranty of business debt**

---

| 4.2 50 | **Toufayan Bakeries** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**175 Railroad Avenue**
**Ridgefield, NJ 07567**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**Last 4 digits of account number** _____          **$2,615.20**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Personal guaranty of business debt**

---

Debtor 1   **Ki Hyung Kim**
Debtor 2   **Hye Sook Ha**

Case number (if known) _____

| 4.2 51 | **Triangle Quality Foods LLC** | Last 4 digits of account number _____ | $4,967.44 |
|---|---|---|---|

Nonpriority Creditor's Name
**2306 51st Place**
**Hyattsville, MD 20781**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Personal guaranty of business debt**

---

| 4.2 52 | **Triunfo Foods** | Last 4 digits of account number _____ | $4,403.80 |
|---|---|---|---|

Nonpriority Creditor's Name
**574 Ferry Street**
**Newark, NJ 07105**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Personal guaranty of business debt**

---

| 4.2 53 | **Tropical Cheese Industies, Inc.** | Last 4 digits of account number _____ | $15,868.40 |
|---|---|---|---|

Nonpriority Creditor's Name
**450 Fayette Street**
**PO Box 1357**
**Perth Amboy, NJ 08862-1357**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Personal guaranty of business debt**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Ki Hyung Kim**
Debtor 2    **Hye Sook Ha**

Case number (if known) _____

| 4.2 54 | **Turkana Food, Inc.** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**555 N. Michigan Avenue**
**Kenilworth, NJ 07033**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____        **$3,152.70**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Personal guaranty of business debt**

---

| 4.2 55 | **Two Steve's Provisions (Boar's Head)** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**13 Dimisa Drive**
**Holmdel, NJ 07733**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____        **$16,247.88**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Personal guaranty of business debt**

---

| 4.2 56 | **U.S. Bank** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**4325 17th Avenue S.**
**Fargo, ND 58125**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** **8704**        **$28,671.98**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Credit Card**

---

Debtor 1    **Ki Hyung Kim**

Debtor 2    **Hye Sook Ha**

Case number (if known) _____

---

| 4.2 57 | | |
|---|---|---|

**U.S. Bank**
Nonpriority Creditor's Name

**4325 17th Avenue S.**
**Fargo, ND 58125**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**    **8704**        **$28,671.98**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

---

| 4.2 58 | | |
|---|---|---|

**U.S. Bank**
Nonpriority Creditor's Name

**4325 17th Avenue S.**
**Fargo, ND 58125**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**    **9186**        **$11,516.94**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Credit Card**

---

| 4.2 59 | | |
|---|---|---|

**U.S. Bank**
Nonpriority Creditor's Name

**4325 17th Avenue S.**
**Fargo, ND 58125**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**    **9246**        **$21,287.84**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Credit Card**

---

Debtor 1 **Ki Hyung Kim**
Debtor 2 **Hye Sook Ha**

Case number (if known) _____

| 4.2 60 | **United Food Brand** | | **Last 4 digits of account number** _____ | **$4,611.09** |

Nonpriority Creditor's Name

**232 Entin Road**
**Newark, NJ 07104**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Personal guaranty of business debt**

---

| 4.2 61 | **US Department of Labor** | | **Last 4 digits of account number** _____ | **$500,000.00** |

Nonpriority Creditor's Name

**Attn:  Daniel Hennefeld, Esq.**
**201 Varick Street, Room 983**
**New York, NY 10014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Trade Debt**

---

| 4.2 62 | **UTZ Quality** | | **Last 4 digits of account number** _____ | **$11,054.82** |

Nonpriority Creditor's Name

**PO Box 64801**
**Baltimore, MD 21264-4801**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Personal guaranty of buisness debt**

---

Debtor 1   **Ki Hyung Kim**
Debtor 2   **Hye Sook Ha**

Case number (if known) _____

---

| 4.2<br>63 | | | |
|---|---|---|---|

**UTZ Quality**

Nonpriority Creditor's Name

**PO Box 64801**
**Baltimore, MD 21264-4801**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   1493                **$4,552.54**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal guaranty of business debt**

---

| 4.2<br>64 | | | |
|---|---|---|---|

**Vel Mac Foods**

Nonpriority Creditor's Name

**20 Stewart Place**
**Fairfield, NJ 07004**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   _____         **$18,103.18**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal guaranty of business debt**

---

| 4.2<br>65 | | | |
|---|---|---|---|

**Vila Farms Dairy, Inc.**

Nonpriority Creditor's Name

**301 Iroquois Lane**
**Franklin Lakes, NJ 07417**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   _____         **$8,327.30**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal guaranty of business debt**

---

Debtor 1    **Ki Hyung Kim**
Debtor 2    **Hye Sook Ha**

Case number (if known) _____

| | | |
|---|---|---|
| **4.2 66** | **Vintage Food** | |

| | |
|---|---|
| Nonpriority Creditor's Name | Last 4 digits of account number _____    $5,669.71 |
| **849 Newark Turnpike** | |
| **Kearny, NJ 07032** | When was the debt incurred? _____ |
| Number Street City State Zip Code | |

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Personal guaranty of business debt**

---

| | | |
|---|---|---|
| **4.2 67** | **VMT Distributors** | |

| | |
|---|---|
| Nonpriority Creditor's Name | Last 4 digits of account number _____    $1,340.28 |
| **19 E. 24th St.** | |
| **Paterson, NJ 07514** | When was the debt incurred? _____ |
| Number Street City State Zip Code | |

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Personal guaranty of business debt**

---

| | | |
|---|---|---|
| **4.2 68** | **W M Brown Group** | |

| | |
|---|---|
| Nonpriority Creditor's Name | Last 4 digits of account number _____    $183.24 |
| **999 South Oyster bay Road, Ste. 106** | |
| **Bethpage, NY 11714** | When was the debt incurred? _____ |
| Number Street City State Zip Code | |

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Personal guaranty of business debt**

---

Debtor 1    **Ki Hyung Kim**
Debtor 2    **Hye Sook Ha**

Case number (*if known*) _____

| | | |
|---|---|---|
| 4.2 69 | **Walong Marketing, Inc.** | Last 4 digits of account number _____ | **$1,677.50** |

Nonpriority Creditor's Name

**95 Caven Point Road**
**Jersey City, NJ 07305**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Personal guaranty of business debt**

---

| | | |
|---|---|---|
| 4.2 70 | **White & Shauger, Inc.** | Last 4 digits of account number _____ | **$6,496.76** |

Nonpriority Creditor's Name

**433-435 Straight Street**
**PO Box 2695**
**Paterson, NJ 07501**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Personal guaranty of business debt**

---

| | | |
|---|---|---|
| 4.2 71 | **Winkleblacks** | Last 4 digits of account number _____ | **$618.80** |

Nonpriority Creditor's Name

**PO Box 924**
**Rye, NY 10580**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Personal guaranty of business debt**

| Debtor 1 | **Ki Hyung Kim** | | |
| Debtor 2 | **Hye Sook Ha** | Case number (if known) | |

---

| 4.2<br>72 | **Wise Foods** | Last 4 digits of account number _____ | **$7,583.08** |

Nonpriority Creditor's Name

**PO Box 822233**
**Philadelphia, PA 19182-2233**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   **Personal guaranty of business debt**

---

| 4.2<br>73 | **Yorkshire Food Sales Corp.** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**2000 Plaza Avenue**
**New Hyde Park, NY 11040**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   **Personal guaranty of business debt**

---

**Part 3:**   List Others to Be Notified About a Debt That You Already Listed

**5.** Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
| **375 Tompkins Owner, LLC** | Line **4.1** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **900 Route 9 North** | | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Suite 400** | | |
| **Woodbridge, NJ 07095** | | |
| | Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
| **Axis Capital** | Line **4.18** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **308 N. Locust Street** | | ☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Grand Island, NE 68801** | | |
| | Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
| **Canada Dry Bottling** | Line **4.41** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **PO Box 741078** | | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Atlanta, GA 30374-1078** | | |
| | Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
| **Canada Dry Bottling** | Line **4.42** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims |

---

Debtor 1   **Ki Hyung Kim**

Debtor 2   **Hye Sook Ha**

Case number (if known) _____

**PO Box 741078**
**Atlanta, GA 30374-1078**

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Diaz Foods**
**5501 Fulton Industrial Boulevard**
**Atlanta, GA 30336**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.72** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Diaz Foods**
**5501 Fulton Industrial Boulevard**
**Atlanta, GA 30336**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.73** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**E. Armata, Inc.**
**c/o Gregory Adam Brown, Esq.**
**McCarron & Diess**
**707 Walt Whitman Road, Second**
**Floor**
**Melville, NY 11747**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.80** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Edward J. LoBello**
**Meyer, Suozzi, English & Klein, PC**
**900 Stewart Avenue, Suite 300**
**PO Box 9194**
**Garden City, NY 11530-9194**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.180** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Edward J. LoBello**
**Meyer, Suozzi, English & Klein, PC**
**900 Stewart Avenue, Suite 300**
**PO Box 9194**
**Garden City, NY 11530-9194**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.181** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Edward J. LoBello**
**Meyer, Suozzi, English & Klein, PC**
**900 Stewart Avenue, Suite 300**
**PO Box 9194**
**Garden City, NY 11530-9194**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.182** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Family Food**
**969 Newark Turnpike Unit D**
**Kearny, NJ 07032**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.98** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Gregory Brown, Esq.**
**McCarron & Diess**
**707 Walt Whitman Road**
**Melville, NY 11747**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.132** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Larry M. Cole, Esq.**
**105 Eisenhower Parkway, Suite 401**
**Roseland, NJ 07068**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.261** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address

On which entry in Part 1 or Part 2 did you list the original creditor?

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Debtor 1    **Ki Hyung Kim**

Debtor 2    **Hye Sook Ha**

Case number *(if known)* _____

---

**Lily Produce Inc.**
**25 John Bean Court**
**Port Washington, NY 11050**

Line **4.149** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Nathan Chun, Esq.**
**300 Chubb Avenue**
**Lyndhurst, NJ 07071**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.29** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Office of the Attorney General**
**Richard J. Hughes Justice Complex**
**25 Market Street**
**PO Box 112**
**Trenton, NJ 08625-0112**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.7** of *(Check one):*

☑ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Richard Klein**
**RHK Recovery Group**
**1670 Old Country Road, Suite 202**
**Plainview, NY 11803**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.77** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Sun W. Young**
**38 West 32nd Street, Suite 900A**
**New York, NY 10001**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.117** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**US Department of Labor**
**Long Island District Office**
**1400 Old County Road, Suite 410**
**Westbury, NY 11590-5119**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.261** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**US Department of Labor**
**The Curtis Center, Suite 850 West**
**170 S. Independence Mall West**
**Philadelphia, PA 19106-3317**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.261** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | Domestic support obligations | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | Student loans | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |

| Debtor 1 | **Ki Hyung Kim** |
|---|---|
| Debtor 2 | **Hye Sook Ha** |

Case number (if known) _____

| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 10,705,985.72 |
|---|---|---|---|---|---|
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 10,705,985.72 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Ki Hyung Kim** |
| | First Name            Middle Name            Last Name |
| Debtor 2 | **Hye Sook Ha** |
| (Spouse if, filing) | First Name            Middle Name            Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1 **Chrysler Capital**<br>**PO Box 961275**<br>**Fort Worth, TX 76161** | **42 month lease for 2019 Jeep Cherokee** |
| 2.2 **Honda Financial Services**<br>**2080 Cabot Blvd W.**<br>**Langhorne, PA 19047** | **36 month lease for 2019 Honda Pilot** |
| 2.3 **Toyota Motor Credit**<br>**PO Box 4102**<br>**Carol Stream, IL 60197-4102** | **36 month lease of 2018 Toyota Rav4 (expires on 1/19/21).** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Ki Hyung Kim** |
| | First Name / Middle Name / Last Name |
| Debtor 2 | **Hye Sook Ha** |
| (Spouse if, filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
☑ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.1  **BHSM Group LLC**<br>**19 Industrial Avenue**<br>**Fairview, NJ 07022** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line  **4.80**<br>☐ Schedule G _____<br>**E. Armata, Inc.** |
| 3.2  **BHSM Group LLC**<br>**19 Industrial Avenue**<br>**Fairview, NJ 07022** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line  **4.261**<br>☐ Schedule G _____<br>**US Department of Labor** |
| 3.3  **BHSM Group LLC**<br>**19 Industrial Avenue**<br>**Fairview, NJ 07022** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line  **4.16**<br>☐ Schedule G _____<br>**Allcounty Recycling, Inc.** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Ki Hyung Kim**<br>**Hye Sook Ha** | Case number *(if known)* |
|---|---|---|

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|

| 3.4 | **BHSM Group LLC**<br>**19 Industrial Avenue**<br>**Fairview, NJ 07022** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.219__<br>☐ Schedule G<br>**Robert Bruce Healthcare LLC** |

| 3.5 | **BHSM Group LLC**<br>**19 Industrial Avenue**<br>**Fairview, NJ 07022** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.69__<br>☐ Schedule G<br>**De Lage Landen Financial Services Inc.** |

| 3.6 | **Bongrae Fruit & Vegetable Corp.**<br>**375 Tompkins Avenue**<br>**Staten Island, NY 10305** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.1__<br>☐ Schedule G<br>**375 Tompkins Owner, LLC** |

| 3.7 | **Bongrae Fruit & Vegetable Corp.**<br>**375 Tompkins Avenue**<br>**Staten Island, NY 10305** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.41__<br>☐ Schedule G<br>**Canada Dry Bottling Co. New York, Inc.** |

| 3.8 | **Bongrae Fruit & Vegetable Corp.**<br>**375 Tompkins Avenue**<br>**Staten Island, NY 10305** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.65__<br>☐ Schedule G<br>**Cream-o-land** |

| 3.9 | **Bongrae Fruit & Vegetable Corp.**<br>**375 Tompkins Avenue**<br>**Staten Island, NY 10305** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.31__<br>☐ Schedule G<br>**Bedesee Caribbean Food Specialist** |

| 3.10 | **Bongrae Fruit & Vegetable Corp.**<br>**375 Tompkins Avenue**<br>**Staten Island, NY 10305** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.33__<br>☐ Schedule G<br>**Bimbo Bakeries USA, Inc.** |

| 3.11 | **Bongrae Fruit & Vegetable Corp.**<br>**375 Tompkins Avenue**<br>**Staten Island, NY 10305** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.94__<br>☐ Schedule G<br>**Finest Foods Distributing Co. New York** |

| Debtor 1 | **Ki Hyung Kim**<br>**Hye Sook Ha** | Case number *(if known)* | |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.12 | **Bongrae Fruit & Vegetable Corp.**<br>**375 Tompkins Avenue**<br>**Staten Island, NY 10305** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.108__<br>☐ Schedule G _____<br>**Goya Foods** |
| 3.13 | **Bongrae Fruit & Vegetable Corp.**<br>**375 Tompkins Avenue**<br>**Staten Island, NY 10305** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.166__<br>☐ Schedule G _____<br>**Mission Foods** |
| 3.14 | **Bongrae Fruit & Vegetable Corp.**<br>**375 Tompkins Avenue**<br>**Staten Island, NY 10305** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.237__<br>☐ Schedule G _____<br>**Super Bread II** |
| 3.15 | **Bongrae Fruit & Vegetable Corp.**<br>**375 Tompkins Avenue**<br>**Staten Island, NY 10305** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.262__<br>☐ Schedule G _____<br>**UTZ Quality** |
| 3.16 | **Bongrae Fruit & Vegetable Corp.**<br>**375 Tompkins Avenue**<br>**Staten Island, NY 10305** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.181__<br>☐ Schedule G _____<br>**New Bank** |
| 3.17 | **Bongrae Fruit & Vegetable Corp.**<br>**375 Tompkins Avenue**<br>**Staten Island, NY 10305** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.80__<br>☐ Schedule G _____<br>**E. Armata, Inc.** |
| 3.18 | **Bongrae Fruit & Vegetable Corp.**<br>**375 Tompkins Avenue**<br>**Staten Island, NY 10305** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.261__<br>☐ Schedule G _____<br>**US Department of Labor** |
| 3.19 | **Bongrae Fruit & Vegetable Corp.**<br>**375 Tompkins Avenue**<br>**Staten Island, NY 10305** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.91__<br>☐ Schedule G _____<br>**Family Food Distributors, Inc.** |

Debtor 1    **Ki Hyung Kim**
‎            **Hye Sook Ha**
‎            _____    Case number *(if known)*    _____

| | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

| 3.20 | **Bongrae Fruit & Vegetable Corp.**<br>**375 Tompkins Avenue**<br>**Staten Island, NY 10305** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.112**___<br>☐ Schedule G _____<br>**Grace Kennedy Foods (USA)** |
|---|---|---|
| 3.21 | **Bongrae Fruit & Vegetable Corp.**<br>**375 Tompkins Avenue**<br>**Staten Island, NY 10305** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.142**___<br>☐ Schedule G _____<br>**Latin American Dist., Inc.** |
| 3.22 | **Bongrae Fruit & Vegetable Corp.**<br>**375 Tompkins Avenue**<br>**Staten Island, NY 10305** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.178**___<br>☐ Schedule G _____<br>**Nebraskland** |
| 3.23 | **Bongrae Fruit & Vegetable Corp.**<br>**375 Tompkins Avenue**<br>**Staten Island, NY 10305** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.207**___<br>☐ Schedule G _____<br>**Porky Products Inc.** |
| 3.24 | **Bongrae Fruit & Vegetable Corp.**<br>**375 Tompkins Avenue**<br>**Staten Island, NY 10305** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.18**___<br>☐ Schedule G _____<br>**AMUR Equipment Finance** |
| 3.25 | **Bongrae Fruit & Vegetable Corp.**<br>**375 Tompkins Avenue**<br>**Staten Island, NY 10305** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.150**___<br>☐ Schedule G _____<br>**Loan Builder** |
| 3.26 | **Dana 183 St. Corp.**<br>**35 West 183rd Street**<br>**Bronx, NY 10453** | ■ Schedule D, line ___**2.4**___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**New Bank** |
| 3.27 | **Dana 183 St. Corp.**<br>**35 West 183rd Street**<br>**Bronx, NY 10453** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.182**___<br>☐ Schedule G _____<br>**New Bank** |

Debtor 1  **Ki Hyung Kim**
**Hye Sook Ha**
_____   Case number *(if known)*   _____

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.28  **Deoksung Fruit & Vegetable Corp.**<br>**414 Main Street**<br>**Belleville, NJ 07109** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.65**___<br>☐ Schedule G _____<br>**Cream-o-land** |
| 3.29  **Deoksung Fruit & Vegetable Corp.**<br>**414 Main Street**<br>**Belleville, NJ 07109** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.31**___<br>☐ Schedule G _____<br>**Bedesee Caribbean Food Specialist** |
| 3.30  **Deoksung Fruit & Vegetable Corp.**<br>**414 Main Street**<br>**Belleville, NJ 07109** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.33**___<br>☐ Schedule G _____<br>**Bimbo Bakeries USA, Inc.** |
| 3.31  **Deoksung Fruit & Vegetable Corp.**<br>**414 Main Street**<br>**Belleville, NJ 07109** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.35**___<br>☐ Schedule G _____<br>**Bindi North America** |
| 3.32  **Deoksung Fruit & Vegetable Corp.**<br>**414 Main Street**<br>**Belleville, NJ 07109** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.72**___<br>☐ Schedule G _____<br>**Diaz Foods** |
| 3.33  **Deoksung Fruit & Vegetable Corp.**<br>**414 Main Street**<br>**Belleville, NJ 07109** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.98**___<br>☐ Schedule G _____<br>**Flowers Baking Company of Oxford, Inc.** |
| 3.34  **Deoksung Fruit & Vegetable Corp.**<br>**414 Main Street**<br>**Belleville, NJ 07109** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.94**___<br>☐ Schedule G _____<br>**Finest Foods Distributing Co. New York** |
| 3.35  **Deoksung Fruit & Vegetable Corp.**<br>**414 Main Street**<br>**Belleville, NJ 07109** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.147**___<br>☐ Schedule G _____<br>**Liberty Coca-Cola** |

Debtor 1 **Ki Hyung Kim**
**Hye Sook Ha**
_____    Case number *(if known)* _____

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.36 **Deoksung Fruit & Vegetable Corp.**
**414 Main Street**
**Belleville, NJ 07109**

☐ Schedule D, line _____
■ Schedule E/F, line __4.166__
☐ Schedule G _____
**Mission Foods**

3.37 **Deoksung Fruit & Vegetable Corp.**
**414 Main Street**
**Belleville, NJ 07109**

☐ Schedule D, line _____
■ Schedule E/F, line __4.201__
☐ Schedule G _____
**PBC Pepsi Beverages Company**

3.38 **Deoksung Fruit & Vegetable Corp.**
**414 Main Street**
**Belleville, NJ 07109**

☐ Schedule D, line _____
■ Schedule E/F, line __4.237__
☐ Schedule G _____
**Super Bread II**

3.39 **Deoksung Fruit & Vegetable Corp.**
**414 Main Street**
**Belleville, NJ 07109**

☐ Schedule D, line _____
■ Schedule E/F, line __4.262__
☐ Schedule G _____
**UTZ Quality**

3.40 **Deoksung Fruit & Vegetable Corp.**
**414 Main Street**
**Belleville, NJ 07109**

☐ Schedule D, line _____
■ Schedule E/F, line __4.80__
☐ Schedule G _____
**E. Armata, Inc.**

3.41 **Deoksung Fruit & Vegetable Corp.**
**414 Main Street**
**Belleville, NJ 07109**

☐ Schedule D, line _____
■ Schedule E/F, line __4.261__
☐ Schedule G _____
**US Department of Labor**

3.42 **Deoksung Fruit & Vegetable Corp.**
**414 Main Street**
**Belleville, NJ 07109**

☐ Schedule D, line _____
■ Schedule E/F, line __4.91__
☐ Schedule G _____
**Family Food Distributors, Inc.**

3.43 **Deoksung Fruit & Vegetable Corp.**
**414 Main Street**
**Belleville, NJ 07109**

☐ Schedule D, line _____
■ Schedule E/F, line __4.112__
☐ Schedule G _____
**Grace Kennedy Foods (USA)**

| Debtor 1 | **Ki Hyung Kim**<br>**Hye Sook Ha** | Case number *(if known)* |
|---|---|---|

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.44 **Deoksung Fruit & Vegetable Corp.**
**414 Main Street**
**Belleville, NJ 07109**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.142**___
☐ Schedule G _____
**Latin American Dist., Inc.**

3.45 **Deoksung Fruit & Vegetable Corp.**
**414 Main Street**
**Belleville, NJ 07109**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.178**___
☐ Schedule G _____
**Nebraskland**

3.46 **Deoksung Fruit & Vegetable Corp.**
**414 Main Street**
**Belleville, NJ 07109**

■ Schedule D, line ___**2.3**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**New Bank**

3.47 **Deoksung Fruit & Vegetable Corp.**
**414 Main Street**
**Belleville, NJ 07109**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.193**___
☐ Schedule G _____
**Oster Belleville Properties LLC**

3.48 **Deoksung Fruit & Vegetable Corp.**
**414 Main Street**
**Belleville, NJ 07109**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.18**___
☐ Schedule G _____
**AMUR Equipment Finance**

3.49 **Gaya Fruit & Vegetable Corp.**
**1199 Amboy Avenue**
**Edison, NJ 08837**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.261**___
☐ Schedule G _____
**US Department of Labor**

3.50 **Gaya Fruit & Vegetable Corp.**
**1199 Amboy Avenue**
**Edison, NJ 08837**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.240**___
☐ Schedule G _____
**Tano Shopping Center Limited**

3.51 **Gaya Fruit & Vegetable Corp.**
**1199 Amboy Avenue**
**Edison, NJ 08837**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.18**___
☐ Schedule G _____
**AMUR Equipment Finance**

| Debtor 1 | **Ki Hyung Kim** **Hye Sook Ha** | Case number *(if known)* |
|---|---|---|

■ **Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.52 | **Gaya Fruit & Vegetable Corp.** **1199 Amboy Avenue** **Edison, NJ 08837** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.96__ ☐ Schedule G _____ **First Lease Inc.** |
| 3.53 | **Grocery Leasing Corp., as Agent for** **General Trading Co., Inc.** **455 16th Street** **Carlstadt, NJ 07072** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.1__ ☐ Schedule G _____ **375 Tompkins Owner, LLC** |
| 3.54 | **Hanra Fish & Produce Corp.** **155-15 Aguilar Avenue** **Flushing, NY 11367** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.261__ ☐ Schedule G _____ **US Department of Labor** |
| 3.55 | **Hanra Fish & Produce Corp.** **155-15 Aguilar Avenue** **Flushing, NY 11367** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.11__ ☐ Schedule G _____ **Advanced Energy Capital LLC** |
| 3.56 | **Hanra Fish & Produce Corp.** **155-15 Aguilar Avenue** **Flushing, NY 11367** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.18__ ☐ Schedule G _____ **AMUR Equipment Finance** |
| 3.57 | **Hanra Fish & Produce Corp.** **155-15 Aguilar Avenue** **Flushing, NY 11367** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.96__ ☐ Schedule G _____ **First Lease Inc.** |
| 3.58 | **Hyeongno Lee** **38 W. 32nd Street, Suite 1610** **New York, NY 10001** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.29__ ☐ Schedule G _____ **Bank of Hope** |
| 3.59 | **Hyunho Lee** **300 Chubb Avenue** **Lyndhurst, NJ 07071** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.29__ ☐ Schedule G _____ **Bank of Hope** |

| Debtor 1 | **Ki Hyung Kim**<br>**Hye Sook Ha** | Case number *(if known)* |
|---|---|---|

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.60 **Il Yeon Kwon**
**300 Chubb Avenue**
**Lyndhurst, NJ 07071**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.29___
☐ Schedule G _____
**Bank of Hope**

3.61 **Jennifer Ha**
**41 Brenner Place**
**Alpine, NJ 07620**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.181___
☐ Schedule G _____
**New Bank**

3.62 **Jogyesean Fruit & Vegetable Inc.**
**10 South Avenue**
**Garwood, NJ 07027**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.261___
☐ Schedule G _____
**US Department of Labor**

3.63 **Jogyesean Fruit & Vegetable Inc.**
**10 South Avenue**
**Garwood, NJ 07027**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.104___
☐ Schedule G _____
**Gator Garwood Partners, Ltd.**

3.64 **Jogyesean Fruit & Vegetable Inc.**
**10 South Avenue**
**Garwood, NJ 07027**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.18___
☐ Schedule G _____
**AMUR Equipment Finance**

3.65 **Jogyesean Fruit & Vegetable Inc.**
**10 South Avenue**
**Garwood, NJ 07027**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.96___
☐ Schedule G _____
**First Lease Inc.**

3.66 **Kumkang Fruit & Vegetable Corp.**
**100 Kirkpatrick Street**
**New Brunswick, NJ 08901**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.33___
☐ Schedule G _____
**Bimbo Bakeries USA, Inc.**

3.67 **Kumkang Fruit & Vegetable Corp.**
**100 Kirkpatrick Street**
**New Brunswick, NJ 08901**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.94___
☐ Schedule G _____
**Finest Foods Distributing Co. New York**

Debtor 1    **Ki Hyung Kim**
         **Hye Sook Ha**                                    Case number *(if known)* _____

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.68   **Kumkang Fruit & Vegetable Corp.**<br>**100 Kirkpatrick Street**<br>**New Brunswick, NJ 08901** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.147__<br>☐ Schedule G _____<br>**Liberty Coca-Cola** |
| 3.69   **Kumkang Fruit & Vegetable Corp.**<br>**100 Kirkpatrick Street**<br>**New Brunswick, NJ 08901** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.166__<br>☐ Schedule G _____<br>**Mission Foods** |
| 3.70   **Kumkang Fruit & Vegetable Corp.**<br>**100 Kirkpatrick Street**<br>**New Brunswick, NJ 08901** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.262__<br>☐ Schedule G _____<br>**UTZ Quality** |
| 3.71   **Kumkang Fruit & Vegetable Corp.**<br>**100 Kirkpatrick Street**<br>**New Brunswick, NJ 08901** | ■ Schedule D, line __2.4__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**New Bank** |
| 3.72   **Kumkang Fruit & Vegetable Corp.**<br>**100 Kirkpatrick Street**<br>**New Brunswick, NJ 08901** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.180__<br>☐ Schedule G _____<br>**New Bank** |
| 3.73   **Kumkang Fruit & Vegetable Corp.**<br>**100 Kirkpatrick Street**<br>**New Brunswick, NJ 08901** | ■ Schedule D, line __2.5__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**New Bank** |
| 3.74   **Kumkang Fruit & Vegetable Corp.**<br>**100 Kirkpatrick Street**<br>**New Brunswick, NJ 08901** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.80__<br>☐ Schedule G _____<br>**E. Armata, Inc.** |
| 3.75   **Kumkang Fruit & Vegetable Corp.**<br>**100 Kirkpatrick Street**<br>**New Brunswick, NJ 08901** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.261__<br>☐ Schedule G _____<br>**US Department of Labor** |

| Debtor 1 | **Ki Hyung Kim**<br>**Hye Sook Ha** | Case number *(if known)* | |

▮ **Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.76 | **Kumkang Fruit & Vegetable Corp.**<br>**100 Kirkpatrick Street**<br>**New Brunswick, NJ 08901** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.178___<br>☐ Schedule G _____<br>**Nebraskland** |
| 3.77 | **Kumkang Fruit & Vegetable Corp.**<br>**100 Kirkpatrick Street**<br>**New Brunswick, NJ 08901** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.207___<br>☐ Schedule G _____<br>**Porky Products Inc.** |
| 3.78 | **Kumkang Fruit & Vegetable Corp.**<br>**100 Kirkpatrick Street**<br>**New Brunswick, NJ 08901** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.183___<br>☐ Schedule G _____<br>**New Brunswick Parking Authority** |
| 3.79 | **Kumkang Fruit & Vegetable Corp.**<br>**100 Kirkpatrick Street**<br>**New Brunswick, NJ 08901** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.182___<br>☐ Schedule G _____<br>**New Bank** |
| 3.80 | **Kumkang Fruit & Vegetable Corp.**<br>**100 Kirkpatrick Street**<br>**New Brunswick, NJ 08901** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.18___<br>☐ Schedule G _____<br>**AMUR Equipment Finance** |
| 3.81 | **Kumkang Fruit & Vegetable Inc.**<br>**100 Kirkpatrick Street**<br>**New Brunswick, NJ 08901** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.65___<br>☐ Schedule G _____<br>**Cream-o-land** |
| 3.82 | **Lorraine Kim**<br>**PO Box 859**<br>**Alpine, NJ 07620** | ■ Schedule D, line ___2.3___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**New Bank** |
| 3.83 | **Lorraine Kim**<br>**PO Box 859**<br>**Alpine, NJ 07620** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.187___<br>☐ Schedule G _____<br>**Nissan Motor Acceptance** |

| Debtor 1 | **Ki Hyung Kim**<br>**Hye Sook Ha** | Case number *(if known)* |
|---|---|---|

| | **Additional Page to List More Codebtors** |
|---|---|

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|

3.84 **Philip Hwang**
**174 Godwin Ave #R**
**Ridgewood, NJ 07450**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.261**___
☐ Schedule G
**US Department of Labor**

---

3.85 **Seolak Fruit & Vegetable Ltd**
**70-63 Parsons Blvd**
**Fresh Meadows, NY 11365**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.261**___
☐ Schedule G
**US Department of Labor**

---

3.86 **Seolak Fruit & Vegetable Ltd**
**70-63 Parsons Blvd**
**Fresh Meadows, NY 11365**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.96**___
☐ Schedule G
**First Lease Inc.**

---

3.87 **Taebaek Fruit & Vegetable Corp.**
**289 Bergen Boulevard**
**Fairview, NJ 07022**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.80**___
☐ Schedule G
**E. Armata, Inc.**

---

3.88 **Taebaek Fruit & Vegetable Corp.**
**289 Bergen Boulevard**
**Fairview, NJ 07022**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.273**___
☐ Schedule G
**Yorkshire Food Sales Corp.**

---

3.89 **Taebaek Fruit & Vegetable Corp.**
**289 Bergen Boulevard**
**Fairview, NJ 07022**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.90**___
☐ Schedule G
**Family Food Distributors, Inc.**

---

3.90 **Taebaek Fruit & Vegetable Corp.**
**289 Bergen Boulevard**
**Fairview, NJ 07022**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.111**___
☐ Schedule G
**Grace Kennedy Foods (USA)**

---

3.91 **Taebaek Fruit & Vegetable Corp.**
**289 Bergen Boulevard**
**Fairview, NJ 07022**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.252**___
☐ Schedule G
**Triunfo Foods**

---

| Debtor 1 | **Ki Hyung Kim**<br>**Hye Sook Ha** | | Case number *(if known)* | |

| | **Additional Page to List More Codebtors** |

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

**3.92** **Taebaek Fruit & Vegetable Corp.**
289 Bergen Boulevard
Fairview, NJ 07022

☐ Schedule D, line _____
■ Schedule E/F, line __4.270__
☐ Schedule G _____
**White & Shauger, Inc.**

---

**3.93** **Taebaek Fruit & Vegetable Corp.**
289 Bergen Boulevard
Fairview, NJ 07022

☐ Schedule D, line _____
■ Schedule E/F, line __4.107__
☐ Schedule G _____
**Gourmet Bakery Dist.**

---

**3.94** **Taebaek Fruit & Vegetable Corp.**
289 Bergen Boulevard
Fairview, NJ 07022

☐ Schedule D, line _____
■ Schedule E/F, line __4.206__
☐ Schedule G _____
**Porky Products Inc.**

---

**3.95** **Taebaek Fruit & Vegetable Corp.**
289 Bergen Boulevard
Fairview, NJ 07022

☐ Schedule D, line _____
■ Schedule E/F, line __4.177__
☐ Schedule G _____
**Nebraskland**

---

**3.96** **Taebaek Fruit & Vegetable Corp.**
289 Bergen Boulevard
Fairview, NJ 07022

■ Schedule D, line __2.4__
☐ Schedule E/F, line _____
☐ Schedule G _____
**New Bank**

---

**3.97** **Taebaek Fruit & Vegetable Corp.**
289 Bergen Boulevard
Fairview, NJ 07022

☐ Schedule D, line _____
■ Schedule E/F, line __4.261__
☐ Schedule G _____
**US Department of Labor**

---

**3.98** **Taebaek Fruit & Vegetable Corp.**
289 Bergen Boulevard
Fairview, NJ 07022

☐ Schedule D, line _____
■ Schedule E/F, line __4.34__
☐ Schedule G _____
**Bimbo Bakeries USA, Inc.**

---

**3.99** **Taebaek Fruit & Vegetable Corp.**
289 Bergen Boulevard
Fairview, NJ 07022

☐ Schedule D, line _____
■ Schedule E/F, line __4.36__
☐ Schedule G _____
**Bindi North America**

---

| Debtor 1 | **Ki Hyung Kim**<br>**Hye Sook Ha** | | Case number *(if known)* | |

| | **Additional Page to List More Codebtors** |
| --- | --- |
| | *Column 1:* **Your codebtor** |

*Column 2:* **The creditor to whom you owe the debt**
Check all schedules that apply:

| 3.10 0 | **Taebaek Fruit & Vegetable Corp.**<br>**289 Bergen Boulevard**<br>**Fairview, NJ 07022** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.42___<br>☐ Schedule G<br>**Canada Dry Bottling Co. New York, Inc.** |
| --- | --- | --- |
| 3.10 1 | **Taebaek Fruit & Vegetable Corp.**<br>**289 Bergen Boulevard**<br>**Fairview, NJ 07022** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.66___<br>☐ Schedule G<br>**Cream-o-land** |
| 3.10 2 | **Taebaek Fruit & Vegetable Corp.**<br>**289 Bergen Boulevard**<br>**Fairview, NJ 07022** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.73___<br>☐ Schedule G<br>**Diaz Foods** |
| 3.10 3 | **Taebaek Fruit & Vegetable Corp.**<br>**289 Bergen Boulevard**<br>**Fairview, NJ 07022** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.109___<br>☐ Schedule G<br>**Goya Foods** |
| 3.10 4 | **Taebaek Fruit & Vegetable Corp.**<br>**289 Bergen Boulevard**<br>**Fairview, NJ 07022** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.143___<br>☐ Schedule G<br>**Latin American Dist., Inc.** |
| 3.10 5 | **Taebaek Fruit & Vegetable Corp.**<br>**289 Bergen Boulevard**<br>**Fairview, NJ 07022** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.148___<br>☐ Schedule G<br>**Liberty Coca-Cola** |
| 3.10 6 | **Taebaek Fruit & Vegetable Corp.**<br>**289 Bergen Boulevard**<br>**Fairview, NJ 07022** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.167___<br>☐ Schedule G<br>**Mission Foods** |
| 3.10 7 | **Taebaek Fruit & Vegetable Corp.**<br>**289 Bergen Boulevard**<br>**Fairview, NJ 07022** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.202___<br>☐ Schedule G<br>**PBC Pepsi Beverages Company** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1 **Ki Hyung Kim**
**Hye Sook Ha**
_____

Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.10<br>8 | **Taebaek Fruit & Vegetable Corp.**<br>**289 Bergen Boulevard**<br>**Fairview, NJ 07022** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.238**<br>☐ Schedule G _____<br>**Super Bread II** |
| 3.10<br>9 | **Taebaek Fruit & Vegetable Corp.**<br>**289 Bergen Boulevard**<br>**Fairview, NJ 07022** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.263**<br>☐ Schedule G _____<br>**UTZ Quality** |
| 3.11<br>0 | **Taebaek Fruit & Vegetable Corp.**<br>**289 Bergen Boulevard**<br>**Fairview, NJ 07022** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.180**<br>☐ Schedule G _____<br>**New Bank** |
| 3.11<br>1 | **Taebaek Fruit & Vegetable Corp.**<br>**289 Bergen Boulevard**<br>**Fairview, NJ 07022** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.117**<br>☐ Schedule G _____<br>**Gun Soo Youn** |
| 3.11<br>2 | **Taebaek Fruit & Vegetable Corp.**<br>**289 Bergen Boulevard**<br>**Fairview, NJ 07022** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.182**<br>☐ Schedule G _____<br>**New Bank** |
| 3.11<br>3 | **Taebaek Fruit & Vegetable Corp.**<br>**289 Bergen Boulevard**<br>**Fairview, NJ 07022** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.18**<br>☐ Schedule G _____<br>**AMUR Equipment Finance** |
| 3.11<br>4 | **Taebaek Fruit & Vegetable Corp.**<br>**289 Bergen Boulevard**<br>**Fairview, NJ 07022** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.96**<br>☐ Schedule G _____<br>**First Lease Inc.** |
| 3.11<br>5 | **Taebaek Fruit & Vegetable Corp.**<br>**289 Bergen Boulevard**<br>**Fairview, NJ 07022** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.151**<br>☐ Schedule G _____<br>**Loan Builder** |

| Debtor 1 | **Ki Hyung Kim**<br>**Hye Sook Ha** | | Case number *(if known)* | |

| | **Additional Page to List More Codebtors** |
|---|---|

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.11<br>6 | **Woojin Choi**<br>**300 Chubb Avenue**<br>**Lyndhurst, NJ 07071** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.29__<br>☐ Schedule G _____<br>**Bank of Hope** |
| 3.11<br>7 | **Youngchuk Fruit & Vegetable Corp.**<br>**10 Schalks Crossing Road**<br>**Plainsboro, NJ 08536** | ■ Schedule D, line __2.5__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**New Bank** |
| 3.11<br>8 | **Youngchuk Fruit & Vegetable Corp.**<br>**10 Schalks Crossing Road**<br>**Plainsboro, NJ 08536** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.20__<br>☐ Schedule G _____<br>**AO Plainsboro, LLC** |
| 3.11<br>9 | **Youngchuk Fruit & Vegetable Corp.**<br>**10 Schalks Crossing Road**<br>**Plainsboro, NJ 08536** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.96__<br>☐ Schedule G _____<br>**First Lease Inc.** |

Fill in this information to identify your case:

| Debtor 1 | **Ki Hyung Kim** |
|---|---|
| Debtor 2 (Spouse, if filing) | **Hye Sook Ha** |

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (If known) _____

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income                                          12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ■ Employed ☐ Not employed | ■ Employed ☐ Not employed |
| | Occupation | **Self Employed** | **Self Employed** |
| | Employer's name | **Teabaek Fruit & Vegetable Corp.** | **Taebaek Fruit & Vegetable Corp.** |
| | Employer's address | **289 Bergen Blvd Fairview, NJ 07022** | **289 Bergen Blvd Fairview, NJ 07022** |
| | How long employed there? | | |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ **8,666.67** | $ **8,666.67** |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ **0.00** | +$ **0.00** |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ **8,666.67** | $ **8,666.67** |

| Debtor 1 | **Ki Hyung Kim** | | |
|---|---|---|---|
| Debtor 2 | **Hye Sook Ha** | | Case number (*if known*) |

| | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| **Copy line 4 here** | 4. | $ 8,666.67 | $ 8,666.67 |

5. List all payroll deductions:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 2,052.09 | $ 1,993.59 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. | **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. | **Other deductions.** Specify: | 5h.+ | $ 0.00 + | $ 0.00 |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 2,052.09 | $ 1,993.59 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 6,614.58 | $ 6,673.08 |

8. List all other income regularly received:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. | **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. | **Other monthly income.** Specify: **Net Monthly Income from Metro Sample** | 8h.+ | $ 0.00 + | $ 1,500.00 |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 0.00 | $ 1,500.00 |

| | | | For Debtor 1 | | For Debtor 2 or non-filing spouse | | |
|---|---|---|---|---|---|---|---|
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 6,614.58 | + | $ 8,173.08 | = | $ 14,787.66 |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify:                                                                  11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies          12. $ 14,787.66

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
■ No.
☐ Yes. Explain:

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Ki Hyung Kim** |
| Debtor 2 (Spouse, if filing) | **Hye Sook Ha** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

---

### Part 1:    Describe Your Household

1. **Is this a joint case?**

    ☐ No. Go to line 2.

    ■ Yes. **Does Debtor 2 live in a separate household?**

        ■ No

        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**    ■ No

    Do not list Debtor 1 and Debtor 2.

    Do not state the dependents names.

    ☐ Yes.  Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No    ☐ Yes

---

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  |  | **Your expenses** |
|---|---|---|

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.    4. $    **14,206.01**

    If not included in line 4:

    | | | |
    |---|---|---|
    | 4a. | Real estate taxes | 4a. $    **0.00** |
    | 4b. | Property, homeowner's, or renter's insurance | 4b. $    **637.89** |
    | 4c. | Home maintenance, repair, and upkeep expenses | 4c. $    **900.00** |
    | 4d. | Homeowner's association or condominium dues | 4d. $    **0.00** |

5. **Additional mortgage payments for your residence,** such as home equity loans    5. $    **0.00**

| Debtor 1 | **Ki Hyung Kim** | | |
|---|---|---|---|
| Debtor 2 | **Hye Sook Ha** | Case number (if known) | |

| 6. | **Utilities:** | | | |
|---|---|---|---|---|
| | 6a. | Electricity, heat, natural gas | 6a. $ | **800.00** |
| | 6b. | Water, sewer, garbage collection | 6b. $ | **120.00** |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **230.00** |
| | 6d. | Other. Specify: | 6d. $ | **0.00** |
| 7. | **Food and housekeeping supplies** | | 7. $ | **600.00** |
| 8. | **Childcare and children's education costs** | | 8. $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | **100.00** |
| 10. | **Personal care products and services** | | 10. $ | **0.00** |
| 11. | **Medical and dental expenses** | | 11. $ | **100.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | **500.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | **0.00** |
| 14. | **Charitable contributions and religious donations** | | 14. $ | **100.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | **682.20** |
| | 15b. | Health insurance | 15b. $ | **1,800.00** |
| | 15c. | Vehicle insurance | 15c. $ | **615.00** |
| | 15d. | Other insurance. Specify: | 15d. $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ | **0.00** |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | **550.00** |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | **425.00** |
| | 17c. | Other. Specify: **Lease payment for Vehicle 3** | 17c. $ | **375.00** |
| | 17d. | Other. Specify: | 17d. $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. $ | **0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. $ | **0.00** |
| | 20b. | Real estate taxes | 20b. $ | **0.00** |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify: | | 21. +$ | **0.00** |

| 22. | **Calculate your monthly expenses** | | |
|---|---|---|---|
| | 22a. Add lines 4 through 21. | $ | **22,741.10** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | **22,741.10** |

| 23. | **Calculate your monthly net income.** | | |
|---|---|---|---|
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | **14,787.66** |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | **22,741.10** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | **-7,953.44** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes.    Explain here:

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Ki Hyung Kim** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Hye Sook Ha** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

| X **/s/ Ki Hyung Kim** | X **/s/ Hye Sook Ha** |
|---|---|
| **Ki Hyung Kim** | **Hye Sook Ha** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date **July 31, 2019** | Date **July 31, 2019** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Ki Hyung Kim** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | **Hye Sook Ha** |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 107
# Statement of Financial Affairs for Individuals Filing for Bankruptcy      4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

1.  **What is your current marital status?**

    ■ Married
    ☐ Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**

    ☐ No
    ■ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **130 Soundview Drive Great Neck, NY 11020** | From-To: **8/2001-3/2017** | ■ Same as Debtor 1 | ■ Same as Debtor 1 From-To: |

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

    ■ No
    ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2    Explain the Sources of Your Income

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
    Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
    If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

    ☐ No
    ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |

| Debtor 1 | Ki Hyung Kim | | | | |
| Debtor 2 | Hye Sook Ha | | | Case number (if known) | |

| | **Debtor 1** | | **Debtor 2** | |
| --- | --- | --- | --- | --- |
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips | $95,000.00 | ■ Wages, commissions, bonuses, tips | $137,996.00 |
| | ■ Operating a business | | ■ Operating a business | |
| **For last calendar year:** (January 1 to December 31, 2018 ) | ■ Wages, commissions, bonuses, tips | $166,000.00 | ■ Wages, commissions, bonuses, tips | $177,400.00 |
| | ■ Operating a business | | ■ Operating a business | |
| **For the calendar year before that:** (January 1 to December 31, 2017 ) | ■ Wages, commissions, bonuses, tips | $127,000.00 | ■ Wages, commissions, bonuses, tips | $90,600.00 |
| | ■ Operating a business | | ■ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ■ No
   ☐ Yes. Fill in the details.

| | **Debtor 1** | | **Debtor 2** | |
| --- | --- | --- | --- | --- |
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income** (before deductions and exclusions) |

| **Part 3:** | List Certain Payments You Made Before You Filed for Bankruptcy |
| --- | --- |

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

   ■ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

   ☐ No.    Go to line 7.
   ■ Yes    List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
   * Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

   ☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ☐ No.    Go to line 7.
   ☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| **Creditor's Name and Address** | **Dates of payment** | **Total amount paid** | **Amount you still owe** | **Was this payment for ...** |
| --- | --- | --- | --- | --- |

| Debtor 1 | Ki Hyung Kim |
|---|---|
| Debtor 2 | Hye Sook Ha |

Case number *(if known)* _____

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **New Millennium Bank**<br>**222 Bridge Plaza S.**<br>**Suite 400**<br>**Fort Lee, NJ 07024** | 4/17/19 & 5/15/19 | $29,069.64 | $2,056,310.38 | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **E. Armata, Inc.**<br>**114 N.Y.C. Terminal Market**<br>**Bronx, NY 10474** | 5/10/19, 5/17/19,<br>5/24/19, 5/31/19,<br>6/7/19, 6/14/19,<br>6/21/19, 6/28/19 | $188,032.20 | $0.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>■ Suppliers or vendors<br>☐ Other___ |
| **Heesook Lee**<br>**17 Margo Way**<br>**Alpine, NJ 07624** | 5/8/19 | $10,000.00 | $30,000.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>■ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Jae Yon Ku**<br>**2160 N. Central Road, Suite 207**<br>**Fort Lee, NJ 07024** | 6/28/19 | $15,000.00 | $0.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other  **Realtor Commission** |
| **Gun Soo Youn & Moon Youn**<br>**232 Anderson Avenue**<br>**Closter, NJ 07624** | 5/29/19, 6/27/19 &<br>7/1/19 | $75,000.00 | $61,249.10 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>■ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Modern Joa Trading, Inc.**<br>**58-58 56th Drive**<br>**Maspeth, NY 11378** | 5/3/19, 5/10/19,<br>5/17/19, 5/24/19,<br>5/31/19, 6/7/19,<br>6/14/19 & 6/21/19 | $8,000.00 | $591,698.35 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>■ Suppliers or vendors<br>☐ Other___ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☐ No
■ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor 1 | **Ki Hyung Kim** |
|---|---|
| Debtor 2 | **Hye Sook Ha** |

Case number *(if known)* _____

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| **Taebaek Fruit & Vegetable Corp.**<br>**289 Bergen Boulevard**<br>**Fairview, NJ 07022** | **6/28/19** | **$30,000.00** | **$0.00** | |
| **Bongrae Fruit & Vegetable Inc.**<br>**375 Tompkins Avenue**<br>**Staten Island, NY 10305** | **7/2/19** | **$30,000.00** | **$0.00** | |
| **Jennifer Ha**<br>**41 Brenner Place**<br>**Alpine, NJ 07620** | **9/12/18, 10/3/18,**<br>**1/31/19, 4/2/19,**<br>**4/4/19 & 4/25/19** | **$5,900.00** | **Unknown** | **Personal loan repayment** |
| **Sukyoung Hwang**<br>**116 Doremus Avenue**<br>**Ridgewood, NJ 07450** | **4/5/19** | **$8,500.00** | **$0.00** | **Personal loan repayment** |
| **Sun P. Hwang**<br>**174 Godwin Ave #R**<br>**Ridgewood, NJ 07450** | **8/23/18, 4/5/19,**<br>**4/18/19, 5/6/19,**<br>**5/17/19, 5/21/19**<br>**and 6/13/19** | **$12,000.00** | **$0.00** | **Employee wages** |
| **Stephanie Kim**<br>**PO Box 859**<br>**Alpine, NJ 07620** | **7/12/18,7/23/18,**<br>**7/26/18, 9/28/18,**<br>**10/25/18, 10/26/18,**<br>**10/29/18, 11/29/18,**<br>**12/6/18, 12/7/18,**<br>**12/27/18, 12/28/18**<br>**& 12/31/18** | **$16,156.00** | **$0.00** | **Employee wages** |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☐ No

■ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| **Gaya Fruit & Vegetable Corp.**<br>**1199 Amboy Avenue**<br>**Edison, NJ 08837** | **8/16/18** | **$2,000.00** | **$0.00** | |
| **495 Great Neck Corp.**<br>**495 Great Neck Road**<br>**Great Neck, NY 11021** | **1/28/19** | **$10,000.00** | **$0.00** | **Capital contribution** |
| **Bongrae Fruit & Vegetable Corp.**<br>**375 Tompkins Avenue**<br>**Staten Island, NY 10305** | **8/14/18 & 8/27/18** | **$10,400.00** | **$0.00** | **Overdraft of business**<br>**checking account - Bank of**<br>**Hope** |
| **Deoksung Fruit & Vegetable Corp.**<br>**10 Schalks Crossing Road**<br>**Plainsboro, NJ 08536** | **7/17/18, 1/11/19,**<br>**5/17/19 & 6/14/19** | **$24,000.00** | **$0.00** | **Overdraft of business**<br>**checking account - Bank of**<br>**Hope** |
| **Kumkang Fruit & Vegetable Corp.**<br>**100 Kirkpatrick Street**<br>**New Brunswick, NJ 08901** | **7/26/18, 8/9/18,**<br>**8/16/18 & 9/26/18** | **$33,000.00** | **$0.00** | **Overdraft of business**<br>**checking account - Bank of**<br>**Hope** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor 1 | **Ki Hyung Kim** | |
|---|---|---|
| Debtor 2 | **Hye Sook Ha** | Case number (*if known*) |

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| **Seolak Fruit & Vegetable Corp.**<br>**70-63 Parsons Blvd**<br>**Fresh Meadows, NY 11365** | **7/6/18** | **$5,000.00** | **$0.00** | **Overdraft of business checking account - Bank of Hope** |
| **Taebaek Fruit & Vegetable Corp.**<br>**289 Bergen Boulevard**<br>**Fairview, NJ 07022** | **7/31/18, 3/21/19,**<br>**4/5/19, 5/17/19 &**<br>**6/14/19** | **$30,000.00** | **$0.00** | **Overdraft of business checking account - Bank of Hope** |

**Part 4:**    **Identify Legal Actions, Repossessions, and Foreclosures**

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ☐  No
    ☑  Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **E. Armata, Inc. v. BHSM Group**<br>**LLC, et al.**<br>**19-cv-03929 (LGS)** | **Agriculture Acts** | **United States District Court**<br>**Southern District of New York**<br>**500 Pearl Street**<br>**New York, NY 10007** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| **375 Tompkins Owner, LLC v.**<br>**Bongrae Fruit & Vegetable, Inc., et a.**<br>**050964** | **Landlord/tenant -**<br>**nonpayment of rent** | **Civil Court of the City of New York**<br>**County of Richmond**<br>**Non-Housing Part 52**<br>**927 Castleton Avenue**<br>**Staten Island, NY 10310** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☐  No. Go to line 11.
    ☑  Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **Mercedes-Benz Financial Services**<br>**PO Box 5029**<br>**Carol Stream, IL 60197-5209** | **Vehicle surrendered**<br>**2019 Mercedes-Benz S450V4**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **July 2019** | **Unknown** |
| **BMW Financial Services**<br>**PO Box 3608**<br>**Dublin, OH 43016-0306** | **Vehicle surrendered**<br>**2018 BMW x5**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **July 2019** | **Unknown** |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your**

| Debtor 1 | **Ki Hyung Kim** | | |
|---|---|---|---|
| Debtor 2 | **Hye Sook Ha** | Case number (*if known*) | |

**accounts or refuse to make a payment because you owed a debt?**

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

---

**Part 5:   List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☐ No
■ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **Brian Kim**<br>**PO Box 859**<br>**Alpine, NJ 07620**<br><br>Person's relationship to you: **Son** | **Cash** | **July 2017-**<br>**July 2019** | **$14,300.00** |
| **Stephanie Kim**<br>**PO Box 859**<br>**Alpine, NJ 07620**<br><br>Person's relationship to you: **Daughter** | **Cash** | **2019** | **$15,600.00** |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that  total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

---

**Part 6:   List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No
☐ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|

| Debtor 1 | **Ki Hyung Kim** |
|---|---|
| Debtor 2 | **Hye Sook Ha** |

Case number (*if known*) _____

| **Part 7:** | **List Certain Payments or Transfers** |
|---|---|

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| McManimon, Scotland & Baumann, LLC<br>75 Livingston Avenue<br>Suite 201<br>Roseland, NJ 07068<br>rtrenk@msbnj.com<br>Taebaek Fruit & Vegetable Corp. | Attorney Fees | 6/25/19 | $5,000.00 |
| McManimon, Scotland & Baumann, LLC<br>75 Livingston Avenue<br>Suite 201<br>Roseland, NJ 07068<br>rtrenk@msbnj.com<br>Bongrae Fruit &  Vegetable Corp. | Attorney Fees | 7/2/19 & 7/18/19 | $36,717.00 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☑ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **Ki Hyung Kim** | |
|---|---|---|
| Debtor 2 | **Hye Sook Ha** | |
| | | Case number (*if known*) |

**Part 8:** **List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
■ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **New Bank**<br>**189 Homans Avenue**<br>**Closter, NJ 07624** | **XXXX-5227** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **Closed in August 2018** | **$0.00** |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:** **Identify Property You Hold or Control for Someone Else**

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ No
☐ Yes. Fill in the details.

| Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:** **Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

| Debtor 1 | **Ki Hyung Kim** | |
|---|---|---|
| Debtor 2 | **Hye Sook Ha** | Case number (if known) |

**24.** Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

☐ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

**25.** Have you notified any governmental unit of any release of hazardous material?

☐ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

**26.** Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☐ **No**
☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:** Give Details About Your Business or Connections to Any Business

**27.** Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies.  Go to Part 12.

☐ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Kumkang Fruit & Vegetable Corp.**<br>**100 Kirkpatrick Street**<br>**New Brunswick, NJ 08901** | **Supermarket**<br><br>**Seil LLP**<br>**38 W. 32nd Street; Suite 1610**<br>**New York, NY 10001** | EIN:  **47-3843915**<br><br>From-To  **9/18/2013 - present (non-operational)** |
| **Bongrae Fruit & Vegetable Corp.**<br>**375 Tompkins Avenue**<br>**Staten Island, NY 10305** | **Supermarket**<br><br>**Seil LLP**<br>**38 W. 32nd Street; Suite 1610**<br>**New York, NY 10001** | EIN:  **47-4273708**<br><br>From-To  **6/15/15 - present (non-operational)** |
| **Bongrae Wine & Spirits Corp.**<br>**376 Timpkins Avenue**<br>**Staten Island, NY 10305** | **Supermarket**<br><br>**Seil LLP**<br>**38 W. 32nd Street; Suite 1610**<br>**New York, NY 10001** | EIN:  **81-2453502**<br><br>From-To  **4/28/16 - present** |

| Debtor 1 | Ki Hyung Kim |
|---|---|
| Debtor 2 | Hye Sook Ha |

Case number (*if known*) _____

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Deoksung Fruit & Vegetable Corp.**<br>**414 Main Street**<br>**Belleville, NJ 07109** | **Supermarket**<br><br>**Seil LLP**<br>**38 W. 32nd Street; Suite 1610**<br>**New York, NY 10001** | EIN: **81-3818638**<br><br>From-To **9/12/16 - present**<br>**(non-operational)** |
| **BHSM Group LLC**<br>**19 Industrial Avenue**<br>**Fairview, NJ 07022** | **Office administrative services**<br><br>**Seil LLP**<br>**38 W. 32nd Street; Suite 1610**<br>**New York, NY 10001** | EIN: **81-1709641**<br><br>From-To **3/7/2016 - present** |
| **Youngchuk Fruit & Vegetable Corp.**<br>**10 Schalks Crossing Road**<br>**Plainsboro, NJ 08536** | **Supermarket**<br><br>**Seil LLP**<br>**38 W. 32nd Street; Suite 1610**<br>**New York, NY 10001** | EIN: **81-2583550**<br><br>From-To **5/10/16 - present**<br>**(non-operational)** |
| **Dana 183rd St. Corp.**<br>**35 W. 183rd Street**<br>**Bronx, NY 10453** | **Real estate, rental and leasing**<br><br>**Seil LLP**<br>**38 W. 32nd Street; Suite 1610**<br>**New York, NY 10001** | EIN: **11-2960890**<br><br>From-To **7/1988 - current (non-operational)** |
| **495 Great Neck Corp.**<br>**495 Great Neck Road**<br>**Great Neck, NY 11021** | **Real estate, rental and leasing**<br><br>**Seil LLP**<br>**38 W. 32nd Street; Suite 1610**<br>**New York, NY 10001** | EIN: **11-2960890**<br><br>From-To **1/2007 - present** |
| **Hanra Fish & Produce Corp.**<br>**155-15 Aguilar Avenue**<br>**Flushing, NY 11367** | **Supermarket**<br><br>**Seil LLP**<br>**38 W. 32nd Street; Suite 1610**<br>**New York, NY 10001** | EIN: **26-4326463**<br><br>From-To **6/2009 - present (non operational)** |
| **136 Northern Boulevard, LLC**<br>**136 Northern Blvd**<br>**Great Neck, NY 11021** | **Real estate, rental and leasing**<br><br>**Seil LLP**<br>**38 W. 32nd Street; Suite 1610**<br>**New York, NY 10001** | EIN: **26-0811691**<br><br>From-To **8/2007 - current (non-operational)** |
| **Taebaek Fruit & Vegetable Corp.**<br>**d/b/a Freshway Supermarket**<br>**289 Bergen Boulevard**<br>**Fairview, NJ 07022** | **Grocery Store**<br><br>**Seil LLP**<br>**38 W. 32nd Street; Suite 1610**<br>**New York, NY 10001** | EIN: **47-4976317**<br><br>From-To **11/2015 - present** |
| **Seolak Fruit & Vegtable Ltd.**<br>**70-63 Parsons Blvd**<br>**Fresh Meadows, NY 11365** | **Supermarket**<br><br>**Seil LLP**<br>**38 W. 32nd Street; Suite 1610**<br>**New York, NY 10001** | EIN: **27-1473032**<br><br>From-To **3/2011 - 4/2018** |

Debtor 1    **Ki Hyung Kim**
Debtor 2    **Hye Sook Ha**

Case number *(if known)*

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Jogyesean Fruit & Vegetable Inc.**<br>**10 South Avenue**<br>**Garwood, NJ 07027** | **Supermarket**<br><br>**Seil LLP**<br>**38 W. 32nd Street; Suite 1610**<br>**New York, NY 10001** | EIN:    **81-1691478**<br><br>From-To    **3/2016 -4/2017** |
| **Gaya Fruit & Vegetable Corp.**<br>**1185 Amboy Avenue**<br>**Edison, NJ 08837** | **Supermarket**<br><br>**Seil LLP**<br>**38 W. 32nd Street; Suite 1610**<br>**New York, NY 10001** | EIN:    **81-2157073**<br><br>From-To    **6/2016 - 11/2017** |
| **J.K. Commerce Inc.**<br>**65 Railroad Avenue, Suite 201**<br>**Ridgefield, NJ 07657** | **Wholesale-General Merchandise**<br><br>**Seil LLP**<br>**38 W. 32nd Street; Suite 1610**<br>**New York, NY 10001** | EIN:    **30-1046989**<br><br>From-To    **3/2018 - current (non-operational)** |
| **Haein Closter Corp.**<br>**65 Railroad Avenue, Suite 201**<br>**Ridgefield, NJ 07657** | **Real Estate Renting**<br><br>**Seil LLP**<br>**38 W. 32nd Street; Suite 1610**<br>**New York, NY 10001** | EIN:    **81-3840275**<br><br>From-To    **9/2016 - current** |
| **Metro Supermarket Brokerage Inc.**<br>**65 Railroad Avenue, Suite 201**<br>**Ridgefield, NJ 07657** | **Brokerage**<br><br>**Seil LLP**<br>**38 W. 32nd Street; Suite 1610**<br>**New York, NY 10001** | EIN:    **30-0104921**<br><br>From-To    **8/2002 - current (non-operational)** |

28.  **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■  **No**
☐  **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|

| Debtor 1 | **Ki Hyung Kim** | | |
|---|---|---|---|
| Debtor 2 | **Hye Sook Ha** | Case number *(if known)* | |

---

**Part 12:**  Sign Below
___

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

| /s/ Ki Hyung Kim | /s/ Hye Sook Ha |
|---|---|
| **Ki Hyung Kim** | **Hye Sook Ha** |
| **Signature of Debtor 1** | **Signature of Debtor 2** |
| Date   **July 31, 2019** | Date   **July 31, 2019** |

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 **Ki Hyung Kim** | |
| Debtor 2 **Hye Sook Ha** (Spouse, if filing) | |
| United States Bankruptcy Court for the: District of New Jersey | |
| Case number (if known) | ☐ Check if this is an amended filing |

## Official Form 122B
# Chapter 11 Statement of Your Current Monthly Income

12/15

**You must file this form if you are an individual and are filing for bankruptcy under Chapter 11. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On top of any additional pages, write your name and case number (if known).**

**Part 1:    Calculate Your Current Monthly Income**

1. **What is your marital and filing status?** Check one only.

    ☐ **Not married**. Fill out Column A, lines 2-11.

    ■ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

    ☐ **Married and your spouse is NOT filing with you.** Fill out Column A, lines 2-11.

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A Debtor 1 | Column B Debtor 2 |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 15,333.33 | $ 21,433.33 |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ 0.00 |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3**.** | $ 0.00 | $ 0.00 |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | Column A | Column B |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $ | 0.00 | | | |
| Ordinary and necessary operating expenses | $ | 0.00 | | | |
| Net monthly income from a business, profession, or farm | $ | 0.00 | Copy here -> $ 0.00 | $ 0.00 | |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | Column A | Column B |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $ | 0.00 | | | |
| Ordinary and necessary operating expenses | -$ | 0.00 | | | |
| Net monthly income from rental or other real property | $ | 0.00 | Copy here -> $ 0.00 | $ 0.00 | |

| Debtor 1 | **Ki Hyung Kim** |
|---|---|
| Debtor 2 | **Hye Sook Ha** |

Case number (*if known*) _____

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|
| 7.  **Interest, dividends, and royalties** | $ 0.00 | $ 0.00 |
| 8.  **Unemployment compensation** | $ 0.00 | $ 0.00 |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

| For you | $ 0.00 |
|---|---|
| For your spouse | $ 0.00 |

9.  **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act.

$ 0.00     $ 0.00

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism.

If necessary, list other sources on a separate page and put the total below.

| _____ | $ _____ | $ _____ |
|---|---|---|
| _____ | $ 0.00 | $ 0.00 |
| Total amounts from separate pages, if any. | + $ 0.00 | $ 0.00 |

11. **Calculate your total current monthly income.**
Add lines 2 through 10 for each column.
Then add the total for Column A to the total for Column B.

$ 15,333.33  + $ 21,433.33  = $ 36,766.66

Debtor 1   **Ki Hyung Kim**
Debtor 2   **Hye Sook Ha**

Case number (*if known*) _____

---

| Part 2: | Sign Below |
|---|---|

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

X **/s/ Ki Hyung Kim**                         X **/s/ Hye Sook Ha**
**Ki Hyung Kim**                                  **Hye Sook Ha**
Signature of Debtor 1                             Signature of Debtor 2

Date **July 31, 2019**                            Date **July 31, 2019**
MM / DD  / YYYY                                   MM / DD  / YYYY

---

| Debtor 1 | **Ki Hyung Kim** | |
|---|---|---|
| Debtor 2 | **Hye Sook Ha** | Case number (*if known*) |

## Current Monthly Income Details for the Debtor

**Debtor Income Details:**
Income for the Period **01/01/2019** to **06/30/2019**.

**Line 2 - Gross wages, salary, tips, bonuses, overtime, commissions**
Source of Income: **Employer : Bongrae Fruit & Vegetable Cor**
Constant income of **$9,000.00** per month.*

**Line 2 - Gross wages, salary, tips, bonuses, overtime, commissions**
Source of Income: **Employer : Kumkang Fruit & Vegetable Cor**
Constant income of **$5,333.33** per month.*

**Line 2 - Gross wages, salary, tips, bonuses, overtime, commissions**
Source of Income: **Employer : Teabaek Fruit & Vegetable Cor**
Constant income of **$1,000.00** per month.*

| Debtor 1 | **Ki Hyung Kim** | | Case number (*if known*) | |
| Debtor 2 | **Hye Sook Ha** | | | |

## Current Monthly Income Details for the Debtor's Spouse

**Spouse Income Details**:
Income for the Period **01/01/2019** to **06/30/2019**.

**Line 2 - Gross wages, salary, tips, bonuses, overtime, commissions**
Source of Income: **Employer : BHSM Group LLC**
Constant income of **$3,000.00** per month.*

**Line 2 - Gross wages, salary, tips, bonuses, overtime, commissions**
Source of Income: **Employer : BHSM Group LLC**
Constant income of **$2,000.00** per month.*

**Line 2 - Gross wages, salary, tips, bonuses, overtime, commissions**
Source of Income: **Employer : Deoksung Fruit & Vegetable Co**
Constant income of **$5,333.33** per month.*

**Line 2 - Gross wages, salary, tips, bonuses, overtime, commissions**
Source of Income: **Employer : Metro Sample and Fitting Corp**
Constant income of **$2,100.00** per month.*

**Line 2 - Gross wages, salary, tips, bonuses, overtime, commissions**
Source of Income: **Employer : Taebaek Fruit & Vegetable Cor**
Constant income of **$9,000.00** per month.*

| Debtor 1 | **Ki Hyung Kim** | | | | |
|---|---|---|---|---|---|
| Debtor 2 | **Hye Sook Ha** | | | Case number (*if known*) | |

**\*Paycheck Details:**

**Teabaek Fruit & Vegetable Corp.**

| Date | | Earnings | Overtime | Taxes | Other | NetCheck |
|---|---|---|---|---|---|---|
| | **2019-06-26** | **6,000.00** | **0.00** | **514.50** | **0.00** | **5,485.50** |
| Totals: | | **6,000.00** | **0.00** | **514.50** | **0.00** | **5,485.50** |

**Kumkang Fruit & Vegetable Corp.**

| Date | | Earnings | Overtime | Taxes | Other | NetCheck |
|---|---|---|---|---|---|---|
| | **Salary X6** | **2,000.00** | **0.00** | **322.73** | **0.00** | **1,677.27** |
| | **Salary X5** | **4,000.00** | **0.00** | **764.04** | **0.00** | **3,235.96** |
| Totals: | | **6,000.00** | **0.00** | **1,086.77** | **0.00** | **4,913.23** |

**Bongrae Fruit & Vegetable Corp.**

| Date | | Earnings | Overtime | Taxes | Other | NetCheck |
|---|---|---|---|---|---|---|
| | **Salary X6** | **3,000.00** | **0.00** | **516.52** | **0.00** | **2,483.48** |
| | **Salary X6** | **6,000.00** | **0.00** | **1,345.42** | **0.00** | **4,654.58** |
| Totals: | | **9,000.00** | **0.00** | **1,861.94** | **0.00** | **7,138.06** |

**Deoksung Fruit & Vegetable Corp.**

| Date | | Earnings | Overtime | Taxes | Other | NetCheck |
|---|---|---|---|---|---|---|
| | **Salary X6** | **2,000.00** | **0.00** | **322.73** | **0.00** | **1,677.27** |
| | **Salary X4** | **4,000.00** | **0.00** | **764.04** | **0.00** | **3,235.96** |
| | **2019-06-12** | **4,000.00** | **0.00** | **753.24** | **0.00** | **3,246.76** |
| Totals: | | **10,000.00** | **0.00** | **1,840.01** | **0.00** | **8,159.99** |

**BHSM Group LLC**

| Date | | Earnings | Overtime | Taxes | Other | NetCheck |
|---|---|---|---|---|---|---|
| | **Salary X6** | **3,000.00** | **0.00** | **661.15** | **0.00** | **2,338.85** |
| Totals: | | **3,000.00** | **0.00** | **661.15** | **0.00** | **2,338.85** |

**Taebaek Fruit & Vegetable Corp.**

| Date | | Earnings | Overtime | Taxes | Other | NetCheck |
|---|---|---|---|---|---|---|
| | **Salary X6** | **3,000.00** | **0.00** | **525.99** | **0.00** | **2,474.01** |
| | **Salary X3** | **6,000.00** | **0.00** | **1,330.04** | **0.00** | **4,669.96** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

| Debtor 1 | **Ki Hyung Kim** | | | | | |
| Debtor 2 | **Hye Sook Ha** | | | Case number (*if known*) | | |

| | Salary X2 | 6,000.00 | 0.00 | 1,370.54 | 0.00 | 4,629.46 |
|---|---|---|---|---|---|---|
| | 2019-05-01 | 6,000.00 | 0.00 | 1,359.68 | 0.00 | 4,640.32 |
| | Totals: | **21,000.00** | **0.00** | **4,586.25** | **0.00** | **16,413.75** |

**Metro Sample and Fitting Corp.**

| Date | | Earnings | Overtime | Taxes | Other | NetCheck |
|---|---|---|---|---|---|---|
| | Salary X6 | 2,100.00 | 0.00 | 600.00 | 0.00 | 1,500.00 |
| | Totals: | **2,100.00** | **0.00** | **600.00** | **0.00** | **1,500.00** |

**BHSM Group LLC**

| Date | | Earnings | Overtime | Taxes | Other | NetCheck |
|---|---|---|---|---|---|---|
| | Salary X6 | 2,000.00 | 0.00 | 395.85 | 0.00 | 1,604.15 |
| | Totals: | **2,000.00** | **0.00** | **395.85** | **0.00** | **1,604.15** |

# Notice Required by 11 U.S.C. § 342(b) for
# Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

> **You are an individual filing for bankruptcy,** and

> **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation

> Chapter 11 - Reorganization

> Chapter 12 - Voluntary repayment plan for family farmers or fishermen

> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;

> most student loans;

> domestic support and property settlement obligations;

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property.* Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|  | $1,167 | filing fee |
|---|---|---|
| + | $550 | administrative fee |
|  | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $75 | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $75 | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

### Bankruptcy crimes have serious consequences

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

### Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

### Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html .

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCredit AndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of New Jersey

In re    **Ki Hyung Kim**
       **Hye Sook Ha**

Case No. _____

_____
Debtor(s)

Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept _____   $   **Fees & expenses allowed by the Bankruptcy Court**

     Prior to the filing of this statement I have received _____   $   **$40,000 retainer plus $1,717 filing fee\*\*\***

     Balance Due _____   $   **Fees & expenses allowed by the Bankruptcy Court**

2.   The source of the compensation paid to me was:

     ☐ Debtor    ☑ Other (specify):    **Taebaek Fruit & Vegetable Corp. & Bongrae Fruit & Vegetable Corp.**

3.   The source of compensation to be paid to me is:

     ☑ Debtor    ☐ Other (specify):

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. [Other provisions as needed]
         **General representation of the Debtors in their Chapter 11 case as set forth in the Application for Retention of McManimon, Scotland & Baumann LLC, as counsel to the Debtors.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**July 31, 2019**
_____
Date

**/s/ Richard D. Trenk**
_____
**Richard D. Trenk**
*Signature of Attorney*
**McManimon, Scotland & Baumann, LLC**
**75 Livingston Avenue**
**Suite 201**
**Roseland, NJ 07068**
**973-622-1800  Fax: 973-622-7333**
**rtrenk@msbnj.com**
*Name of law firm*

---

**\*\*\*  Prior to the Petition Date, McManimon, Scotland & Baumann LLC ("MSB"), received and deposited in trust the sum of $41,171.00, representing the retainer plus filing fees.   MSB applied $16,551.40 in payment of invoices for fees and the filing fees incurred prior to the Petition Date. MSB maintains a retainer of $25,165.60.**

**United States Bankruptcy Court**
**District of New Jersey**

In re   **Ki Hyung Kim**
**Hye Sook Ha**
_____
Debtor(s)

Case No. _____
Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:   **July 31, 2019**
_____

**/s/ Ki Hyung Kim**
_____
**Ki Hyung Kim**
Signature of Debtor

Date:   **July 31, 2019**
_____

**/s/ Hye Sook Ha**
_____
**Hye Sook Ha**
Signature of Debtor

375 Tompkins Owner, LLC
c/o Howard M. File, Esq.
260 Christopher Lane, Suite 102
Staten Island, NY 10314

375 Tompkins Owner, LLC
900 Route 9 North
Suite 400
Woodbridge, NJ 07095

4 Season Produce
PO Box 202
Little Ferry, NJ 07643

458½ South Broadway Meat
458½ South Broadway
Yonkers, NY 10705

88 Trading Corp.
58-29 48th Street
Maspeth, NY 11378

A&J Farms
42 Hemlock Drive
Paramus, NJ 07652

A. Sarselli Inc.
211 Nelson Ave.
Staten Island, NY 10308

AAA Housewares Inc.
1400 Langdon Blvd
Rockville Centre, NY 11570

Abarrotes Mixteca
216A Midland Avenue
Saddle Brook, NJ 07663

Abraham Natural Foods
3020 Review Ave.
Long Island City, NY 11101

Adelphia Container
125 Division Place
Brooklyn, NY 11222

Advanced Energy Capital LLC
1 Metrotech Center N, 3rd Floor
Brooklyn, NY 11201


Aiello Bros. Cheese Co., Inc.
8782 16th Ave.
Brooklyn, NY 11214


Aladdin Bakers Inc.
240 25th St.
Brooklyn, NY 11232


Albert Olive Oil USA
One Gateway Center, Ste. 2600
Newark, NJ 07102


Aliments
60 Cold Spring Hills Road
Huntington, NY 11743


Allcounty Recycling, Inc.
c/o Felsenfeld & Clopton PC
1 Nami Lane Suite 5
Trenton, NJ 08619


American Banana
58 Henry Street
Hasbrouck Heights, NJ 07604


AMUR Equipment Finance
PO Box 2555
308 N. Locust Street, Suite 100
Grand Island, NE 68801


Anhesuer-Busch Distributor
550 Food Center Drive
Bronx, NY 10474


AO Plainsboro, LLC
c/o Onyx Equites
900 Route 9 North, Suite 400
Woodbridge, NJ 07095

ARS Premier Food
PO Box 1554
Burlington, NJ 08016


Associated Produce
30 Casanova Street
Bronx, NY 10474


Axis Capital
308 N. Locust Street
Grand Island, NE 68801


AZ Cleaning Pro
PO Box 1419
Morrisville, PA 19067


AZ Metro Distributors LLC
60 Crossways Park Drive W
Woodbury, NY 11797


Bakery Espiga De Oro, Inc.
52-54 Oraton Street
Newark, NJ 07104


Bank of America
PO Box 15019
Wilmington, DE 19886-5019


Bank of Hope
3200 Wilshire Blvd, Suite 1400
Los Angeles, CA 90010


BCS Royal Food
47-15 33rd Street, Suite 300
Long Island City, NY 11101


Bedesee Caribbean Food Specialist
601 Wortman Avenue
Brooklyn, NY 11208


Bevcon Group
47-15 33rd Street, Ste. 300
Long Island City, NY 11103

BHSM Group LLC
19 Industrial Avenue
Fairview, NJ 07022

Bimbo Bakeries USA, Inc.
PO Box 827810
Philadelphia, PA 19182-8170

Bindi North America
630 Belleville Turnpike
Kearny, NJ 07032

BMW Financial Services
PO Box 3608
Dublin, OH 43016-0306

Bongrae Fruit & Vegetable Corp.
375 Tompkins Avenue
Staten Island, NY 10305

Brooklyn Bread
1559 62nd St.
Brooklyn, NY 11219

Brooklyn Food & Beverage
465 Johnson Ave.
Brooklyn, NY 11237

Cafe Aroma
500 16th St.
Hoboken, NJ 07030

Canada Dry Bottling
PO Box 741078
Atlanta, GA 30374-1078

Canada Dry Bottling Co. New York, Inc.
117-02 15th Avenue
College Point, NY 11356

Capital One Bank USA
15000 Capital One Drive
Richmond, VA 23238

Caribbean Depot
68 Brooklyn Terminal Market
Brooklyn, NY 11236

Caruso, Smith & Picini
60 Route 46 East
Fairfield, NJ 07004

Casa Ofelia's Fine Baked Goods
1294 Grand Ave.
Baldwin, NY 11510

CBA Industries Inc.
669 River Drive
PO Box 1717
Elmwood Park, NJ 07407-1717

CGS General Distribution
245 Hinsdale St., 1st Fl.
Brooklyn, NY 11207

Chase Ink
PO Box 1423
Charlotte, NC 28201-1423

Choice Onion Farm, Inc.
84-10 34th Ave, #4H
Jackson Heights, NY 11372

Chrysler Capital
PO Box 961275
Fort Worth, TX 76161

Cielito Lindo Bakery
265 Asylum St., Unit #1
Bridgeport, CT 06610

Cintas Corporation
PO Box 630803
Cincinnati, OH 45263-0803

Cirka Products LLC
470 Schooleys Mt Road
Suite 707
Hackettstown, NJ 07840

Citicards  CBNA
PO Box 70166
Philadelphia, PA 19176-0166


Cold  Technology
1001  Lower Landing Road, Ste. 203
Blackwood, NJ 08012


Continental  Food  &  Beverage  Inc.
495  River Road
Clifton, NJ 07014


Cordialsa  USA
2  S.  Middlesex  Ave,  Suite  A
Monroe Township, NJ 08831


Coutros  Brothers
344  Elm  Street
PO  Box  550
Perth Amboy, NJ 08861


Cream-o-land
529  Cedar  Lane
PO  Box  143
Florence, NJ 08518


Cuttiee  Product
14  Industrial  Ave.
Fairview, NJ 07022


Daifuku  Trading  Corp.
360  S.  Van Brunt  St.
Englewood, NJ 07631


Dana  183  St.  Corp.
35  West  183rd  Street
Bronx, NY 10453


De  Lage  Landen  Financial  Services  Inc.
1111  Old  Eagle  School  Road
Wayne, PA 19087


Delice  Global
150  Roosevelt  Pl.
Palisades Park, NJ 07650

Deoksung Fruit & Vegetable Corp.
414 Main Street
Belleville, NJ 07109


Diamond Rock Food
1199 Sunrise Hwy., Ste. 2-3
Copiague, NY 11726


Diaz Foods
4 Rosol Lane
Saddle Brook, NJ 07663


Diaz Foods
5501 Fulton Industrial Boulevard
Atlanta, GA 30336


Distribuidora Jocorena
199A Brook Ave.
Deer Park, NY 11729


Division of Taxation
124 Halsey Street
Second Floor
Newark, NJ 07102


Don Martin
86 First Street
Passaic, NJ 07055


Dona Lisa
41 Mercedes Way, Unit 14
Edgewood, NY 11717


Dr. Produce
262 Buffalo Avenue
Paterson, NJ 07503


Drink King Dist.
120 Fieldcrest Ave.
Edison, NJ 08837


E&M Ice Cream
701 Zerega Avenue
Bronx, NY 10473

E. Armata, Inc.
114 N.Y.C. Terminal Market
Bronx, NY 10474


E. Armata, Inc.
c/o Gregory Adam Brown, Esq.
McCarron & Diess
707 Walt Whitman Road, Second Floor
Melville, NY 11747


East Coast Egg
2500 83rd Street
North Bergen, NJ 07047


Eco Farms Organics
2037 Lemoine Ave., #181
Fort Lee, NJ 07024


Ecuavina Inc. (Pan de Casa)
PO Box 5246
Plainfield, NJ 07060


Edward J. LoBello
Meyer, Suozzi, English & Klein, PC
900 Stewart Avenue, Suite 300
PO Box 9194
Garden City, NY 11530-9194


Ehrlich
PO Box 13848
Reading, PA 19612-3848


Eldorado Coffee Ltd.
56-75 79th St.
Maspeth, NY 11378


Elite Cookies Inc.
2221 5th Ave.
Ronkonkoma, NY 11779


Ercomar Imports
619 North 8th St.
Newark, NJ 07107

Evergreen NJ Flower
230 Cliff St.
Cliffside Park, NJ 07010


FABI-SAA Inc.
36 Mckinley Avenue
East Hanover, NJ 07936


Family Food
969 Newark Turnpike Unit D
Kearny, NJ 07032


Family Food Distributors, Inc.
969 Newark Turnpike
Unit D
Kearny, NJ 07032


Fedway Wine & Spirit
PO Box 651
Basking Ridge, NJ 07920-0651


Fernando's Bakery
5 Sherman Street
Linden, NJ 07036


Finest Foods Distributing Co. New York
87-21 76th Street
Woodhaven, NY 11421


Fire Guard Sprinkler
1A Mount Vernon Street
Ridgefield Park, NJ 07660


First Lease Inc.
1 Walnut Grove Drive, Suite 300
Horsham, PA 19044


Firto Lay
75 Remittance Drive, Suite 1217
Chicago, IL 60675-1217


Flowers Baking Company of Oxford, Inc.
700 Lincoln Street
Oxford, PA 19363

Flowers by J&S Corp.
33 Ludwig Street
Little Ferry, NJ 07643


Four Seasons Produce
PO Box 62212
Baltimore, MD 21264-2212


Franklin Perez
42-14 5th Avenue, Apt 3R
Brooklyn, NY 11232


Frozen Foods Partners LLC
PO Box 440244
Nashville, TN 37244-0244


Gallo Wine Sales
PO Box 36446
Newark, NJ 07188-6446


Gator Garwood Partners, Ltd.
1595 NE 163rd Street
Miami, FL 33162


Gaya Fruit & Vegetable Corp.
1199 Amboy Avenue
Edison, NJ 08837


General Trading
455 16th Street
Carlstadt, NJ 07072


Gold Medal Bakery
21 Penn Street
Fall River, MA 02724


Gourmet Bakery Dist.
PO Box 418770
Boston, MA 02241-8770


Goya Foods
350 County Road
Jersey City, NJ 07307

Grace Apiries
247 Park St.
Arcade, NY 14009


Grace Kennedy Foods (USA)
d/b/a La Fe
230 Moonachie Avenue
Moonachie, NJ 07074


Grand Labs Manufacturing Co.
1345 Seneca Avenue
Bronx, NY 10474


Grassland Foods & Snack
PO Box 279
Orange, NJ 07050


Green JS Produce
PO Box 650538
Fresh Meadows, NY 11365


Greenville Produce LLC
150 Wesley Street
South Hackensack, NJ 07606


Gregory Brown, Esq.
McCarron & Diess
707 Walt Whitman Road
Melville, NY 11747


Grocery Leasing Corp., as Agent for
General Trading Co., Inc.
455 16th Street
Carlstadt, NJ 07072


Gun Soo Youn
232 Anderson Avenue
Closter, NJ 07624


Hajjar Gourmet Foods
15 Whiteweld Terrace
Clifton, NJ 07013

Hanra Fish & Produce Corp.
155-15 Aguilar Avenue
Flushing, NY 11367


Harfenist Kraut & Perlstein, LLP
Attn: Allen Perlstein
3000 Marcus Avenue
New Hyde Park, NY 11042


Heesook Lee
17 Margo Way
Alpine, NJ 07624


Hershey Creamery
240 Evans Way
Branchburg, NJ 08876-3936


Hillcrest Garden, Inc.
96 West Century Road
Paramus, NJ 07652-1428


Honda Financial Services
2080 Cabot Blvd W.
Langhorne, PA 19047


Hyeongno Lee
38 W. 32nd Street, Suite 1610
New York, NY 10001


Hyunho Lee
300 Chubb Avenue
Lyndhurst, NJ 07071


I and U LLC
66 Mattatuck Heights
Waterbury, CT 06705


Il Yeon Kwon
300 Chubb Avenue
Lyndhurst, NJ 07071


India Beverage Inc.
1401 Viele Avenue
Bronx, NY 10474

Internal  Revenue  Service
Special  Procedures  Branch
Attn:   Bankruptcy  Section
Springfield, NJ 07081-0744


Internal  Revenue  Service
Attn:   District  Director
955  South  Springfield  Avenue
Springfield, NJ 07081


Internal  Revenue  Service
Office  of  the  Chief  Counsel
One  Newark  Center,  Suite  1500
Newark, NJ 07102


Internal  Revenue  Service
PO  Box  7346
Philadelphia, PA 19101-7346


J&J  Farms  Creamery
57-48  49th  Street
Maspeth, NY 11378


J&R  Cutlery
1275  Bloomfield  Ave.
Bldg.  9,  Unit  80
Fairfield, NJ 07004


Jennifer  Ha
41  Brenner  Place
Alpine, NJ 07620


JGM  Wholesale  Bakery
26  Elm  Pl
Amityville, NY 11701


Jogyesean  Fruit  &  Vegetable  Inc.
10  South  Avenue
Garwood, NJ 07027


JPMorgan  Chase  Sapphire  Card
PO  Box  1423
Charlotte, NC 28201-1423

JT Supreme Distributors
70-36 137th Street
Flushing, NY 11367


K&F
308 East Ruby Ave., Unit A
Palisades Park, NJ 07650


Katzman Produce
213B New York City Terminal Market
Bronx, NY 10474


Keep Healthy
1019 Fort Salonga Road
Northport, NY 11768


Kellermeyer Bergensons Services
1575 Henthorne Drive
Maumee, OH 43537


Kohler
150 Wagaraw Road
PO Box 643
Hawthorne, NJ 07507


Krasi Invest Holding Sedika Foods
4201 Kennedy Road
South Plainfield, NJ 07080


Krinos Foods LLC
1750 Bathgate Ave.
Bronx, NY 10457


Kumkang Fruit & Vegetable Corp.
100 Kirkpatrick Street
New Brunswick, NJ 08901


Kumkang Fruit & Vegetable Inc.
100 Kirkpatrick Street
New Brunswick, NJ 08901


L & R Distributors, Inc.
26800 Network Place
Chicago, IL 60673

L&A Pork
945 Lincoln Street
Hazleton, PA 18201


La Centroamericana
2280 Union Blvd.
Bay Shore, NY 11706


Lab Imports
PO Box 250842
New York, NY 10025


Larry M. Cole, Esq.
105 Eisenhower Parkway, Suite 401
Roseland, NJ 07068


Latin American Dist., Inc.
307 Industrial Way West
Eatontown, NJ 07724


Latinfood US Corp.
80 Keyland Ct., Unit B
Bohemia, NY 11716


Latino Food Distributors
90 Avocado St.
Springfield, MA 01104


Latitude Beverage Co.
PO Box 843045
Boston, MA 02284-3045


Liberty Coca-Cola
PO Box 780810
Philadelphia, PA 19170


Lily Produce
435-A NYC Terminal Market
Bronx, NY 10474


Lily Produce Inc.
25 John Bean Court
Port Washington, NY 11050

Loan  Builder
c/o Swift Financial, LLC
3505  Sliverside  Road
Wilmington, DE 19810


Lorraine  Kim
PO  Box  859
Alpine, NJ 07620


Los  Olivos
105  Bi  County  Blvd
Farmingdale, NY 11735


Lucky  Home
852  Holmdel  Road
Holmdel, NJ 07733


Magic  World  of  Roses
173  Spruce  St.
Bloomfield, NJ 07003


Mamita's  Food
500  Getty  Ave.
Clifton, NJ 07011


Mamita's  Ices
104-11  100th  Street
Ozone Park, NY 11417


Mamtakim
PO  Box  30720
Staten Island, NY 10303


Mana's  Bakery
2  Hawthorne  St.
Farmingdale, NY 11735


Marlow  Candy  &  Nut  Company
65  Honeck  St.
Englewood, NJ 07631


Master  Dairies  Inc.
716  Hickory  Hill  Road
Wyckoff, NJ 07481

Max Distributor 1 Corp.
1980 New Highway
Farmingdale, NY 11735


McKee Foods
PO Box 2118
Collegedale, TN 37315-2118


Mercedes-Benz Financial
PO Box 5029
Carol Stream, IL 60197-5209


MGA Flower
110 Buck Road
Holland, PA 18966


MI Pueblo Corp.
32-49 Fulton St.
Brooklyn, NY 11208


Mission Foods
PO Box 843789
Dallas, TX 75284-3789


Modern Joa Trading, Inc.
58-58 56th Drive
Maspeth, NY 11378


Mondelez Global
PO Box 70064
Chicago, IL 60673


Mr. Sunflower
429 Brinkerhoff Ave.
Palisades Park, NJ 07650


Musco Food Corp.
57-01 49th Place
Maspeth, NY 11378-2020


NAC Foods
235-239 Commercial Avenue
Palisades Park, NJ 07650

Nathan Chun, Esq.
300 Chubb Avenue
Lyndhurst, NJ 07071


National Packing Corp.
538 Craven St.
Bronx, NY 10474


Natural Foods
64-31 108th Street, Suite 1070
Forest Hills, NY 11375


Nature Garden
35-02 150 Place Apt #B
Flushing, NY 11354


Nature Soy LLC
713 N. 10th St.
Philadelphia, PA 19123


Nebraskland
355 Food Center Dr.
Buidling G
Bronx, NY 10475


Nema
408 E. Elizabeth Ave.
Linden, NJ 07036


New Bank
189 Homans Avenue
Closter, NJ 07624


New Brunswick Parking Authority
c/o Ruben D. Perez, Esq.
555 US Highway 1 South, Suite 440
Iselin, NJ 08830


New England Beverages
1801 Boone Ave.
Bronx, NY 10460

New Jersey Division of Taxation
Bankruptcy Section
PO Box 245
Trenton, NJ 08695-0245


New Jersey Grinding
1275 Bloomfield Ave.
Bldg. 9, Ste. 80
Fairfield, NJ 07004


New Millennium Bank
222 Bridge Plaza S.
Suite 400
Fort Lee, NJ 07024


New York Produce
125 Seaview Drive
Secaucus, NJ 07094


Nissan Motor Acceptance
PO Box 660360
Dallas, TX 75266


Northern Eagle Beverage
600 16th Street
Carlstadt, NJ 07072


NU, Inc.
610 Commerical Avenue
Carlstadt, NJ 07072


NY Fancy Natural Foods Inc.
154 Morgan Avenue
Brooklyn, NY 11237


Oaxaca Mexican
100 8th Street
Passaic, NJ 07055


Office of the Attorney General
Division of Law
PO Box 080
Trenton, NJ 08625-0080

Office of the Attorney General
Richard J. Hughes Justice Complex
25 Market Street
PO Box 112
Trenton, NJ 08625-0112

On time distribution
85 5th Avenue, Unit 30
Paterson, NJ 07524

Oster Belleville Properties LLC
c/o Oster Properties
429 Sylvan Avenue
Englewood Cliffs, NJ 07032

PA China Farm, Inc.
3670 S. Galloway Street
Philadelphia, PA 19148

Palenque Provision
56 Loretta Street
Hopelawn, NJ 08861

Paloma Foods, LLC
PO Box 62
Ridgefield, NJ 07657

Pan on the Way, LLC
7-9 Poplar Street
Passaic, NJ 07055

Paraco Gas Corporation
4700 S. Clinton Ave.
South Plainfield, NJ 07080

Parks Exterminator USA
40-04 165 Street, 3F
Flushing, NY 11358

Paterson Pickle
285 4th Ave.
Paterson, NJ 07514

PBC Pepsi Beverages Company
75 Remittance Drive, Suite 1884
Chicago, IL 60675-1884


Perez Distribution
25 Shady Street
Paterson, NJ 07524


Peru Food
PO Box 419
West New York, NJ 07093


Phil-Am Trading
324-330 Hoboken Avenue
Jersey City, NJ 07306


Philip Hwang
174 Godwin Ave #R
Ridgewood, NJ 07450


Porky Products Inc.
PO Box 18057
Newark, NJ 07191


Premier Bakeries
725 River Road, ste. 32-288
Edgewater, NJ 07020


Primos Bakery
47-20 Junction Blvd
Corona, NY 11368


Procacci Bros. (GS DIstribution)
3333 S. Front Street
Philadelphia, PA 19148


Puebla Wholesale
118 First Street
Passaic, NJ 07055


Quality Plus Provision (Boar's Head)
PO Box 799
Englishtown, NJ 07726

RC World Services Enterprises
6904 Grand Ave.
North Bergen, NJ 07047


Ready Refresh
PO Box 856192
Louisville, KY 40285


Real Kosher Ice Cream Inc.
3614 15th Ave.
Brooklyn, NY 11218


Reyes Produce
540 Faile St.
Bronx, NY 10475


Richard Klein
RHK Recovery Group
1670 Old Country Road, Suite 202
Plainview, NY 11803


Rio Grande Food Products, Inc.
150 Oser Ave.
PO Box 13221
Hauppauge, NY 11788


RNL Foods
495 River Road
Clifton, NJ 07014


Robert Bruce Healthcare LLC
17 Industrial Avenue
Fairview, NJ 07022


Rol-Rom Foods
33 6th Avenue
Paterson, NJ 07524


Rosemarie Bakery
96 Vreeland St.
Staten Island, NY 10302


Rua USA
47-00 Northern Blvd.
Long Island City, NY 11101

Russ Monico Provision (Thumman)
6214 Jefferson Street
West New York, NJ 07093


RYECO, LLC
6700 Essington Avenue, Units C3-C7
Philadelphia, PA 19153


Sabanero NY
19-34 38th St.
Astoria, NY 11105


Safeguard Chemical Corporation
411 Wales Ave.
Bronx, NY 10454


Salud Natural
200 Passaic Street
Hackensack, NJ 07601


Santos Bakery
123 Hudson Street
Newark, NJ 07103


Schueler Dist.
16 Morristown Road
Elizabeth, NJ 07208


Seabrite Corp.
574 Ferry St.
Newark, NJ 07105


Seolak Fruit & Vegetable Ltd
70-63 Parsons Blvd
Fresh Meadows, NY 11365


Simone International Liquor
186 Parish Drive
Wayne, NJ 07470


Smart Foods
72 Wabash Ave.
Clifton, NJ 07011

Spicy  Flavor
PO Box  757
Oxon Hill, MD 20750


Starr  Gern  Davison  &  Rubin,  PC
105  Eisenhower  Parkway
Roseland, NJ 07068


State  of  New  Jersey
Division  of  Taxation
Sales  &  Use  Tax
PO Box  999
Trenton, NJ 08625


State  of  New  Jersey
Divison of  Taxation - Gross Income Tax
50  Barrack  Street
PO Box  269
Trenton, NJ 08625


State  of  New  Jersey
Division  of  Employer  Accounts
PO Box  379
Trenton, NJ 08625


Staten  Island  Grinding  Service,  Inc.
507  Midland  Ave.
Staten Island, NY 10306


Sun  Hing  Foods
271  Harbor  Way
South San Francisco, CA 94080


Sun  W.  Young
38  West  32nd  Street,  Suite  900A
New York, NY 10001


Super  Bread  II
443  Schiller  Street
Elizabeth, NJ 07206


Sweet  Rainbow  Candy  &  Nuts
226  South  12th  Avenue
Mount Vernon, NY 10550

Taebaek Fruit & Vegetable Corp.
289 Bergen Boulevard
Fairview, NJ 07022


Tano Shopping Center Limited
100 Woodbridge Center Drive, Suite 301
PO Box 29
Woodbridge, NJ 07095


Tastle USA Inc.
PO Box 140252
Brooklyn, NY 11214


Tavarez Distributors
PO Box 140252
Brooklyn, NY 11214


Taystee Treat
1 Roselle Street
Linden, NJ 07036


Teixeira's Bakery
PO Box 5550
Newark, NJ 07105


The Food Squad Distributors
1550 5th Avenue
Bay Shore, NY 11706


Top Family Candy Inc.
50-09 Horatio Parkway
Bayside, NY 11364


Top General Merchandise (TGM)
728 Berriman St.
Brooklyn, NY 11208


Top System Alarm Inc.
47-25 Parsons Blvd.
Flushing, NY 11355


Topal Foods
6025 Buchanan Pl.
West New York, NJ 07093

Toufayan Bakeries
175 Railroad Avenue
Ridgefield, NJ 07567


Toyota Motor Credit
PO Box 4102
Carol Stream, IL 60197-4102


Triangle Quality Foods LLC
2306 51st Place
Hyattsville, MD 20781


Triunfo Foods
574 Ferry Street
Newark, NJ 07105


Tropical Cheese Industies, Inc.
450 Fayette Street
PO Box 1357
Perth Amboy, NJ 08862-1357


Turkana Food, Inc.
555 N. Michigan Avenue
Kenilworth, NJ 07033


Two Steve's Provisions (Boar's Head)
13 Dimisa Drive
Holmdel, NJ 07733


U.S. Bank
4325 17th Avenue S.
Fargo, ND 58125


United Food Brand
232 Entin Road
Newark, NJ 07104


United States Attorney
970 Broad Street, Fifth Floor
Newark, NJ 07102


US Department of Labor
Attn: Daniel Hennefeld, Esq.
201 Varick Street, Room 983
New York, NY 10014

US Department of Labor
Long Island District Office
1400 Old County Road, Suite 410
Westbury, NY 11590-5119


US Department of Labor
The Curtis Center, Suite 850 West
170 S. Independence Mall West
Philadelphia, PA 19106-3317


UTZ Quality
PO Box 64801
Baltimore, MD 21264-4801


Vel Mac Foods
20 Stewart Place
Fairfield, NJ 07004


Vila Farms Dairy, Inc.
301 Iroquois Lane
Franklin Lakes, NJ 07417


Vintage Food
849 Newark Turnpike
Kearny, NJ 07032


VMT Distributors
19 E. 24th St.
Paterson, NJ 07514


W M Brown Group
999 South Oyster bay Road, Ste. 106
Bethpage, NY 11714


Walong Marketing, Inc.
95 Caven Point Road
Jersey City, NJ 07305


White & Shauger, Inc.
433-435 Straight Street
PO Box 2695
Paterson, NJ 07501

Winkleblacks
PO Box 924
Rye, NY 10580


Wise Foods
PO Box 822233
Philadelphia, PA 19182-2233


Woojin Choi
300 Chubb Avenue
Lyndhurst, NJ 07071


Yorkshire Food Sales Corp.
2000 Plaza Avenue
New Hyde Park, NY 11040


Youngchuk Fruit & Vegetable Corp.
10 Schalks Crossing Road
Plainsboro, NJ 08536