| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**McMANIMON, SCOTLAND<br>    & BAUMANN, LLC**<br>75 Livingston Avenue, Suite 201<br>Roseland, NJ 07068<br>(973) 622-1800<br>Richard D. Trenk (rtrenk@msbnj.com)<br>Robert S. Roglieri (rroglieri@msbnj.com)<br>*Counsel for Ki Hyung Kim & Hye Sook Ha,<br>Debtors and Debtors-in-Possession* | **Order Filed on December 4, 2019<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>KI HYUNG KIM & HYE SOOK HA,<br><br>                    Debtors. | Chapter 11<br><br>Case No. 19-24863 (JKS) |

## ORDER VACATING STAY AS TO DAIMLER TRUST

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: December 4, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)

| | |
|---|---|
| Debtor: | Ki Hyung Kim & Hye Sook Ha |
| Case Number: | 19-24863 (JKS) |
| Caption of Order: | Order Vacating Stay as to Daimler Trust |

**THIS MATTER**, having been opened to the Court by Daimler Trust upon a motion (the "Motion") pursuant to Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property leased from Daimler Trust by Ki Hyung Kim and Hyesook Ha, Chapter 11 debtors and debtors-in-possession ("Debtors"); and the Court finding that (a) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A); and (c) notice of the Motion was good and sufficient under the circumstances; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore;

**IT IS HEREBY ORDERED that:**

1. The automatic stay of Bankruptcy Code section 362(a) is vacated to permit Daimler Trust to pursue its rights in the personal property more fully described as the 2019 Mercedes-Benz S450 (VIN: WDDUG6EB2KA427922) (the "Vehicle").

2. Relief is granted from the automatic stay so that Daimler Trust may dispose of its Vehicle, which was surrendered prepetition by the Debtors and is in the possession of Daimler Trust.

3. Daimler Trust shall serve this order on the Debtors, any trustee and any other party who entered an appearance on the Motion.