## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In re Ki Hyung Kim & Hye Sook Ha

Case No. <u>19-24863 (JKS)</u>
Reporting Period: <u>11/01/2019 -11/12/2019</u>

### MONTHLY OPERATING REPORT

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | X | |
| Schedule of Household Cash Receipts and Disbursements | MOR-2 (INDV) | X | |
| Copies of bank statements | | X | |
| Questionnaire/Insurance | MOR-3 (INDV) | X | |
| Bank Account Reconciliation | MOR-4 (INDV) | X | |
| Cash Disbursements Details-Wells Fargo | MOR-5.1 (INDV) | X | |
| Cash Disbursements Details-New Millennium | MOR-5.2 (INDV) | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

12/24/2019
Date

_____
Signature of Joint Debtor

12/24/2019
Date

_____
Signature of Authorized Individual*

_____
Date

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR (INDV)
(9/99)

In re: <u>Ki Hyung Kim & Hye Sook Ha</u>          Case No. <u>19-24863 (JKS)</u>
         Debtor                  Reporting Period: <u>11/1/2019 -11/12/2019</u>

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Note: The information requested below is a summary of the information reported the various Schedules and
Attachments contained within this report.

| | Current Month Actual | | Cumulative Filing to Date Actual | |
|---|---|---|---|---|
| Cash - Beginning of Month (Household) | $ | 8,920.54 | | |
| Cash - Beginning of Month (Business) | $ | - | | |
| **RECEIPTS** | | | | |
| Total Household Receipts | $ | 5,903.66 | $ | 28,175.30 |
| Total Business Receipts | $ | - | $ | - |
| **Total Receipts** | $ | 5,903.66 | $ | 28,175.30 |
| **DISBURSEMENTS** | | | | |
| Total Household Disbursements | $ | 4,577.68 | $ | 24,463.37 |
| Totla Businesss Disbursements | $ | - | $ | - |
| **Total Disbursements** | $ | 4,577.68 | $ | 24,463.37 |
| | | | | |
| **Net Cash Flow (Total Receipts  -  Total Disbursements)** | $ | 1,325.98 | $ | 3,711.93 |
| | | | | |
| Cash - End of Month (Individual) | $ | 10,246.52 | | |
| Cash - End of Month (Business) | $ | - | | |

## CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | | | | |
|---|---|---|---|---|
| Total Disbursements (From Above) | $ | 4,577.68 | $ | 24,463.37 |
| Less: Any Amounts Transferred or Paid From the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | | | | |
| | | | | |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | | | | |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct
to the best of my knowledge and belief.

This_____day of _____20_____.

                                _____
                                Debtor's Signature

In re: Ki Hyung Kim & Hye Sook Ha
    Debtor

Case No. 19-24863 (JKS)
Reporting Period: 11/1/2019 -11/12/2019

## INDIVIDUAL DEBTOR HOUSEHOLD CASH RECEIPTS AND CASH DISBURSEMENTS

| | Current Month Actual | | Cumulative Filing to Date Actual |
|---|---|---|---|
| **Cash - Beginning of Month** | $ | 8,920.54 | |
| **RECEIPTS** | | | |
| Wages (Net) | $ | 8,856.84 | $ 27,169.42 |
| Interest and Dividend Income | $ | - | $ 0.06 |
| Other Receipts | $ | 22,991.00 | $ 26,950.00 |
| **Total Receipts** | $ | 31,847.84 | $ 54,119.48 |
| **DISBURSEMENTS** | | | |
| Home | | | |
| Insurance | $ | 635.17 | $ 1,944.71 |
| Electricity | $ | 435.34 | $ 2,025.45 |
| Gas/Oil | $ | 66.82 | $ 152.33 |
| Water/Sewer | $ | - | $ 331.37 |
| Repair | $ | - | $ 549.12 |
| Maintenance | $ | - | $ 2,039.62 |
| Supplies | $ | - | $ 51.34 |
| Security/Alarm | $ | - | $ 266.55 |
| | | | |
| Transportation | | | |
| Car Payment (Honda) | $ | 555.87 | $ 1,672.11 |
| Car Payment (Cherokee) | $ | 425.00 | $ 1,279.00 |
| Car Payment (Toyota) | $ | - | $ 750.00 |
| Auto Insurance | $ | 924.40 | $ 2,467.94 |
| Fuel | $ | 153.41 | $ 993.34 |
| Parking | $ | - | $ 30.00 |
| Tolls | $ | 300.00 | $ 988.00 |
| Fines & Penalty | $ | - | $ 439.00 |
| Repairs & Maintenance | $ | 78.88 | $ 78.88 |
| | | | |
| Daily Living | | | |
| Groceries | $ | 449.78 | $ 1,841.37 |
| Dinning Out | $ | 128.68 | $ 1,043.74 |
| Phone | $ | - | $ 693.57 |
| Clothes and Shoes | $ | 69.99 | $ 69.99 |
| Postage | $ | 7.35 | $ 7.35 |
| | | | |
| Health | | | |
| Medicine/Prescriptions | $ | - | $ 62.40 |
| Life Insurance | $ | - | $ 1,195.20 |
| | | | |
| Other | | | |
| Bank Fee | $ | - | $ 50.00 |
| Payments for the Business | $ | - | $ 2,032.00 |
| Cash Withdrawal for Transferring into Wells Fargo Bank | $ | - | $ 1,269.42 |
| Service Fee to Civil Service Commission | $ | - | $ 1,062.00 |
| Chapter 11 Quarterly Fee | $ | 325.00 | $ 325.00 |
| Prof and Legal Fees | $ | 21.99 | $ 21.99 |
| | | | |
| **Total Household Disbursements** | $ | 4,577.68 | $ 25,732.79 |
| | | | |
| **Cash - End of Month (Must equal reconciled bank statement)** | $ | 36,190.70 | |

**DESCRIBE RECEIPTS DURING THIS REPORTING PERIOD:**
**Cash on Hand:** the amount of $1,269.42 from Chase bank on September will be deposited into wells fargo bank in December, 2019.

In re: <u>Ki Hyung Kim & Hye Sook Ha</u>　　　　　　　　　　　　Case No. <u>19-24863 (JKS)</u>
　　　　　　　　Debtor　　　　　　　　　　　　　　　　　Reporting Period: <u>11/1/2019 -11/12/2019</u>

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business during this reporting period? | | X |
| 2. Have any funds been disbursed from any account other than an debtor in possession account? | | X |
| 3. Are any pose-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | X |
| 4. Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 5. Have any post-petition loans been received by the debtor from any party? | | X |
| 6. Are any post-petition payroll taxes past due? | | X |
| 7. Are any post-petition state or federal income taxes past due? | | X |
| 8. Are any post-petition state or local sales taxes past due? | | X |
| 9. Are any post-petition real estate taxes past due? | | X |
| 10. Are any amounts owed to post-petition creditors/vendors delinquent? | | X |
| 11. Are any wage payments past due? | | X |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1 Are real and personal property, vehicel/auto, general liability, fire, theft, woker's compensation, | X | |
| 2 Are all premium payments current? | X | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY   and   CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| Term Life Insurance by Hartford (Ki Hyung Kim) #U01782731 | Until death | $234/month | $　　- |
| Term Life Insurance by Hartford (Ki Hyung Kim) #39212556 | Until death | $279/month | $　　- |
| Term Life Insurance by Hartford (Hye Sook Kim) #46151403 | Until 10/15/2021 | $169.20/month | $　　- |
| Home Insurance by Chubb #14637313-02 | Until August, 2020 | $634.01/month | $　　- |
| Auto Insurance by NJ Skylands #2005735755 | Until November, 2019 | $924.40/final payment | $　　- |
| Auto Insurance by Plymouth Rock Assurance #HPA00002658714 | Until November, 2020 | $643.45/month | $　　- |

___ Check here if United States Trustee has been listed as a Certificate Holder on all policies of insuance.

| DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD: |
|---|
| Auto insurance policy from NJ Skylands has been canceled during the month.  New auto insurance policy was purchased from Plymouth Rock Assurance insurance company. |

In re: <u>Ki Hyung Kim & Hye Sook Ha</u>                    Case No. <u>19-24863 (JKS)</u>
         Debtor                                          Reporting Period: <u>11/1/2019 –11/12/2019</u>

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Cash on Hold #4 |
|---|---|---|---|---|
| Name of Bank | Wells Fargo | New Millennium | | |
| Account Number | ███232 | ███0159 | | |
| Purpose of Account(Business/personal) | Personal | Personal | | |
| Type of Account (e.g. checking) | Checking | Checking | | |
| | | | | |
| 1. Balance per Bank Statement | $ 7,647.15 | $ 3.97 | $ - | $ 1,269.42 |
| 2. ADD: Deposits not credited (attach list to this report) | $ 5,903.66 | $ - | $ - | |
| 3. Subtract: Outstanding Checks (attach list) | $ - | $ - | $ - | $ - |
| 4. Other reconciling Items (attach list to this report) | $ 4,577.68 | $ - | $ - | $ - |
| 5. Month End Balance (Must Agee with Books) | $ 8,973.13 | $ 3.97 | $ - | $ 1,269.42 |
| Total of All Accounts | | | | $ 10,246.52 |

Note: Attach a copy of the bank statement and bank reconciliation for each account

| Investment Account Information<br>Bank/ Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement

FORM MOR-4(INDV)
(9/99)

**Cash Disbursments Details - Household**

| Name of Bank | Wells Fargo |
|---|---|
| Account Number | |
| Purpose of Account (Business) | Operating |
| Type of Account (e.g., Checking) | Checking |

| Date | Check # | Payee | Category | Payment | Deposit | Amount |
|---|---|---|---|---|---|---|
| 11/1/2019 | | Opening Balance | | | | $ 7,647.15 |
| 11/1/2019 | | BP #1288034 Atlan Jamaica NY | Transportation:Fuel | $ 11.95 | | $ 7,635.20 |
| 11/1/2019 | | Costco Whse #1214 Teterboro NJ | Daily Living:Groceries | $ 32.67 | | $ 7,602.53 |
| 11/1/2019 | | Honda Pmt | Transportation:Car Payment (Honda) | $ 555.87 | | $ 7,046.66 |
| 11/4/2019 | | Chung Mok Palidades Park NJ | Daily Living:Dinning Out | $ 34.98 | | $ 7,012.48 |
| 11/4/2019 | | Modern Propane Lodi NJ | Daily Living:Dinning Out | $ 23.45 | | $ 6,989.03 |
| 11/4/2019 | | USPS PO 33018005 Chur Alpine NJ | Daily Living:Postage | $ 7.35 | | $ 6,981.68 |
| 11/4/2019 | | Freshway 289 Bergen B Fairview | Daily Living:Groceries | $ 18.88 | | $ 6,962.80 |
| 11/4/2019 | | Sunoco 0354507604 Fort Lee NJ | Transportation:Fuel | $ 40.91 | | $ 6,921.89 |
| 11/4/2019 | | Anna's Garden | Daily Living:Groceries | $ 59.81 | | $ 6,862.08 |
| 11/4/2019 | | J & J Bagels Deli | Daily Living:Dinning Out | $ 3.50 | | $ 6,858.58 |
| 11/4/2019 | | Costco Whse | Daily Living:Groceries | $ 36.76 | | $ 6,821.82 |
| 11/4/2019 | | Wal-mart Super Center North Bergen | Daily Living:Groceries | $ 12.31 | | $ 6,809.51 |
| 11/4/2019 | | Bill Pay Ally On-line | Transportation:Car Payment (Cherokee) | $ 425.00 | | $ 6,384.51 |
| 11/4/2019 | | Freshway 289 Bergen B Fairview | Daily Living:Groceries | $ 18.22 | | $ 6,366.29 |
| 11/5/2019 | | Bang GA Nae LLC Ridgefield NJ | Daily Living:Dinning Out | $ 21.30 | | $ 6,344.99 |
| 11/5/2019 | | Pseg | Home:Gas & Oil | $ 66.82 | | $ 6,278.17 |
| 11/5/2019 | | Mtatb Online ACH | Transportation:Tolls | $ 300.00 | | $ 5,978.17 |
| 11/6/2019 | | Start Fresh Today | Other:Prof and Legal Fees | $ 21.99 | | $ 5,956.18 |
| 11/6/2019 | | Reyco Auto Fairview | Transportation:Repairs & Maintenance | $ 78.88 | | $ 5,877.30 |
| 11/6/2019 | 109 | Purchae Authorized On H Mart Le Leonia | Daily Living:Groceries | $ 10.98 | | $ 5,866.32 |
| 11/6/2019 | | US Trustee | Other:Chapter 11 Quarterly Fee | $ 325.00 | | $ 5,541.32 |
| 11/7/2019 | | Moojigae Food | Daily Living:Groceries | $ 14.91 | | $ 5,526.41 |
| 11/7/2019 | | Purchae Authorized On Hannam Mart Fort Lee NJ | Daily Living:Groceries | $ 35.88 | | $ 5,490.53 |
| 11/7/2019 | | Chubb Chubb | Home:Home Insurance | $ 635.17 | | $ 4,855.36 |
| 11/7/2019 | | Newjersyskyland Cust Draft | Transportation:Auto Insurance | $ 924.40 | | $ 3,930.96 |
| 11/8/2019 | | Alpine Citgo Alpine NJ | Transportation:Fuel | $ 30.50 | | $ 3,900.96 |
| 11/8/2019 | | Moojigae Food | Daily Living:Groceries | $ 28.50 | | $ 3,872.46 |
| 11/8/2019 | | Sunoco 0354507604 Fort Lee NJ | Transportation:Fuel | $ 37.05 | | $ 3,835.41 |
| 11/8/2019 | | Moojigae Food | Daily Living:Groceries | $ 9.59 | | $ 3,825.82 |
| 11/8/2019 | | Bill Pay Rockland Electric | Home:Electricity | $ 435.34 | | $ 3,390.48 |
| 11/8/2019 | | Purchae Authorized On H Mart - Northern 156 Flushing NY | Daily Living:Groceries | $ 69.97 | | $ 3,320.51 |
| 11/12/2019 | | Deposit | Wage Income | | $ 2,950.48 | $ 6,270.99 |
| 11/12/2019 | | Deposit | Wage Income | | $ 2,953.18 | $ 9,224.17 |
| 11/12/2019 | | Hong'S Chinese Kit Palisades Park Nj | Daily Living:Dinning Out | $ 43.32 | | $ 9,180.85 |
| 11/12/2019 | | Louis Castel Flushing NY | Daily Living:Clothes and Shoes | $ 69.99 | | $ 9,110.86 |
| 11/12/2019 | | Freshway 289 Bergen B Fairview | Daily Living:Groceries | $ 11.18 | | $ 9,099.68 |
| 11/12/2019 | | J & J Bagels Deli | Daily Living:Dinning Out | $ 2.93 | | $ 9,096.75 |
| 11/12/2019 | | Purchae Authorized On Hannam Mart Fort Lee NJ | Daily Living:Groceries | $ 36.00 | | $ 9,060.75 |
| 11/12/2019 | | Moojigae Food | Daily Living:Groceries | $ 42.55 | | $ 9,018.20 |
| 11/12/2019 | | Freshway 289 Bergen B Fairview | Daily Living:Groceries | $ 11.57 | | $ 9,006.63 |
| 11/12/2019 | | Sunoco 0354507604 Fort Lee NJ | Transportation:Fuel | $ 33.50 | | $ 8,973.13 |
| | | | **Total** | $ 4,577.88 | $ 5,903.66 | |

In re: <u>Ki Hyung Kim & Hye Sook Ha</u>
Debtor

Case No. <u>19-24863 (JKS)</u>
Reporting Period: <u>11/1/2019 -11/12/2019</u>

**Cash Disbursments Details - Household**

| Name of Bank | New Millennium |
|---|---|
| Account Number | |
| Purpose of Account (Business) | Operating |
| Type of Account (e.g., Checking) | Checking |

| Date | Check # | Payee | Category | Payment | Deposit | Amount |
|---|---|---|---|---|---|---|
| 11/1/2019 | | Opening Balance | | | | $      3.97 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | Total | $       - | | $      3.97 |

# Wells Fargo Everyday Checking

November 30, 2019 ■ Page 1 of 6



KI HYUNG KIM
HYE SOOK HA
DEBTOR IN POSSESSION
CH11 CASE #19-24863 (NJ)
41 BRENNER PL
ALPINE NJ 07620-1105

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**  (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

華語  1-800-288-2288  *(6 am to 7 pm PT, M-F)*

*Online:*  wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (347)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | ☐ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 11/1 | $7,647.15 |
| Deposits/Additions | 31,847.84 |
| Withdrawals/Subtractions | - 34,643.23 |
| **Ending balance on 11/30** | **$4,851.76** |

Account number: ███232

**KI HYUNG KIM**
**HYE SOOK HA**
**DEBTOR IN POSSESSION**
**CH11 CASE #19-24863 (NJ)**
*New Jersey account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  021200025

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 11/1 | | Purchase authorized on 11/01 Bp#1288034Atlan Jamaica NY P00000000980767180 Card 3937 | | 11.95 | |
| 11/1 | | Purchase authorized on 11/01 Costco Whse #1214 Teterboro NJ P00309305670515499 Card 7309 | | 32.67 | |
| 11/1 | | Honda Pmt 8009169939 B19304 2K6Rhlc6Pkv6E0B Kihyung Kim | | 555.87 | 7,046.66 |
| 11/4 | | Purchase authorized on 11/01 Chung Mok Palisades Par NJ S309305550108434 Card 7309 | | 34.18 | |
| 11/4 | | Purchase authorized on 11/01 Modern Propane Lodi NJ S469305652944331 Card 7309 | | 23.45 | |
| 11/4 | | Purchase authorized on 11/02 USPS PO 33018005 100 Chur Alpine NJ P00589306518869179 Card 7309 | | 7.35 | |
| 11/4 | | Purchase authorized on 11/02 Freshway 289 Bergen B Fairview NJ P00000000233047031 Card 3937 | | 18.88 | |
| 11/4 | | Purchase authorized on 11/02 Sunoco 0354507604 Fort Lee NJ S309306769354434 Card 3937 | | 40.91 | |
| 11/4 | | Purchase authorized on 11/02 Anna's Garden Closter NJ S589306834635285 Card 3937 | | 59.81 | |
| 11/4 | | Purchase authorized on 11/03 J & J Bagels Deli Ridgefield NJ S389307422920770 Card 3937 | | 3.50 | |
| 11/4 | | Purchase authorized on 11/04 Costco Whse #0729 Hackensack NJ P00469308516744159 Card 7309 | | 36.76 | |
| 11/4 | | Purchase authorized on 11/04 Wal-Mart Super Center North Bergen NJ P00000000576194317 Card 3937 | | 12.31 | |
| 11/4 | | Ally Ally Paymt 110219 62892906711202S Hye Sook Ha | | 425.00 | 6,384.51 |
| 11/5 | | Purchase authorized on 11/04 Bang GA Nae LLC Ridgefield NJ S469308620229491 Card 3937 | | 21.30 | |
| 11/5 | | Public Service Pseg 007320628201 Hye Sook Ha | | 66.82 | |
| 11/5 | | Mtatb Online ACH ACH Tran 2P-434402518 Hye Kim | | 300.00 | 5,996.39 |
| 11/6 | | Purchase authorized on 11/05 Start Fresh Today 800-435-9138 FL S309309654669915 Card 3937 | | 21.99 | |
| 11/6 | | Purchase authorized on 11/05 Reyco Auto Fairview NJ S469309680042150 Card 3937 | | 78.88 | |
| 11/6 | | Purchase authorized on 11/06 H Mart Fo Fort Lee LLC Fort Lee NJ P00000000671576398 Card 7309 | | 10.98 | |
| 11/6 | 109 | Check | | 325.00 | 5,559.54 |
| 11/7 | | Purchase authorized on 11/06 Moojigae Food Closter NJ S589310843471527 Card 3937 | | 14.91 | |
| 11/7 | | Purchase authorized on 11/07 Hannam Mart Fort Lee NJ P00000000876370376 Card 7309 | | 35.88 | |
| 11/7 | | Chubb Chubb02 191106 529317941763001 Hyesook Ha | | 635.17 | |
| 11/7 | | Newjerseyskyland Cust Draft Nov 06 2005735755-02 Hyesook Ha | | 924.40 | 3,949.18 |
| 11/8 | | Purchase authorized on 11/06 Alpine Citgo Alpine NJ S309310532422195 Card 7309 | | 30.00 | |
| 11/8 | | Purchase authorized on 11/07 Moojigae Food Closter NJ S309311514595074 Card 3937 | | 28.50 | |
| 11/8 | | Purchase authorized on 11/07 Sunoco 0354507604 Fort Lee NJ S309311843121510 Card 3937 | | 37.05 | |
| 11/8 | | Purchase authorized on 11/07 Moojigae Food Closter NJ S389311861851271 Card 3937 | | 9.59 | |
| 11/8 | | Bill Pay Rockland Electric on-Line xxxxx64037 on 11-08 | | 435.34 | |
| 11/8 | | Purchase authorized on 11/08 H Mart - Northern156 Flushing NY P00589312726220116 Card 3937 | | 69.97 | 3,338.73 |
| 11/12 | | Deposit Made In A Branch/Store | 2,950.48 | | |
| 11/12 | | Deposit Made In A Branch/Store | 2,953.18 | | |
| 11/12 | | Purchase authorized on 11/08 Hong'S Chinese Kit Palisades Par NJ S389312693887699 Card 7309 | | 43.32 | |
| 11/12 | | Purchase authorized on 11/08 Louis Castel Flushing NY S309312804552608 Card 3937 | | 69.99 | |
| 11/12 | | Purchase authorized on 11/09 Freshway 289 Bergen B Fairview NJ P00000000177403671 Card 7309 | | 11.18 | |

November 30, 2019  ■  Page 3 of 6



## Transaction history  *(continued)*

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|------|------|------|------|------|
| 11/12 | | Purchase authorized on 11/10 J & J Bagels Deli Ridgefield NJ S589314423599270 Card 3937 | | 2.93 | |
| 11/12 | | Purchase authorized on 11/10 Hannam Mart Fort Lee NJ P00000000237900143 Card 3937 | | 36.00 | |
| 11/12 | | Purchase authorized on 11/10 Moojigae Food Closter NJ S589314555861694 Card 7309 | | 42.55 | |
| 11/12 | | Purchase authorized on 11/10 Freshway 289 Bergen B Fairview NJ P00000000970582517 Card 7309 | | 11.57 | |
| 11/12 | | Purchase authorized on 11/10 Sunoco 0354507604 Fort Lee NJ S309315114497045 Card 7309 | | 33.50 | 8,991.35 |

November 30, 2019  ■  Page 4 of 6



## Transaction history  *(continued)*

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|



| | | **Totals** | **$31,847.84** | **$34,643.23** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

<  ***Business to Business ACH:****If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

**Summary of checks written**    *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|
| 109 | 11/6 | 325.00 | 110 | 11/21 | 250.00 |

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 11/01/2019 - 11/30/2019 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |



---

*Monthly service fee summary (continued)*

| How to avoid the monthly service fee | Minimum required | This fee period | |
|---|---|---|---|
| · Minimum daily balance | $1,500.00 | $3,222.48 | ☑ |
| · Total amount of qualifying direct deposits | $500.00 | $22,991.00 | ☑ |
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 66 | ☑ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | | |

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($10.00 discount)          ☐

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.

RC/RC

 # IMPORTANT ACCOUNT INFORMATION

---

We are updating the Wells Fargo Deposit Account Agreement as follows:

Effective December 31, 2019, in the section of the Agreement titled, "Rights and Responsibilities", the response to "Is your wireless operator authorized to provide information to assist in verifying your identity?" is deleted and replaced with the following:

Yes, and as part of your account relationship, we may rely on this information to assist in verifying your identity. You understand and agree that Wells Fargo may collect, use and retain personal or other information about you or your device pursuant to Wells Fargo's policies or as required by applicable law.

You authorize your wireless operator to disclose your mobile number, name, address, email, network status, customer type, customer role, billing type, mobile device identifiers (IMSI and IMEI) and other subscriber and device details, if available, to Wells Fargo and service providers for the duration of the business relationship, solely for identity verification and fraud avoidance. Review our Privacy Policy for how we treat your data. You represent that you are the owner of the mobile phone number or have the delegated legal authority to act on behalf of the mobile subscriber to provide this consent.

---

Wells Fargo may sell, transfer, or take other actions with an account linked to your Wells Fargo Checking account which cause the linked account to become ineligible and de-linked. For example, we may sell or transfer a linked mortgage, or the servicing of that mortgage to another company. Upon transfer and de-linking, the mortgage will no longer be eligible to avoid your Wells Fargo Checking account monthly service fee.

November 30, 2019  ■  Page 6 of 6



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement.        $ _____

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| Total | $ |

+ $ _____

**C** Add **A** and **B** to calculate the subtotal.        = $ _____

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Total | $ |

- $ _____

**E** Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.        = $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801        Member FDIC. EQUAL HOUSING LENDER

# WELLS FARGO

# View Check Copies - Search for a Check

**Check Number**

109

**Date Posted**

11/06/19

**Check Amount**

$325.00

**Account Number**

EVERYDAY CHECKING...3232



Flip                                    Zoom

A printerâ friendly version of this image will automatically print when you print this image from your browser. You can also save the image to your computer by rightâ clicking on the image (or controlâ click on a Mac) and selecting "Save Picture As..." (Select "Download image to disk" on a Mac). You will need to create a name for the file.

# WELLS FARGO

# View Check Copies - Search for a Check

**Check Number**
110

**Date Posted**
11/21/19

**Check Amount**
$250.00

**Account Number**
EVERYDAY CHECKING...3232



Flip                    Zoom

A printer–friendly version of this image will automatically print when you print this image from your browser. You can also save the image to your computer by right–clicking on the image (or control–click on a Mac) and selecting "Save Picture As..." (Select "Download image to disk" on a Mac). You will need to create a name for the file.