Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  19−24863−JKS
Chapter:  11
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ki Hyung Kim  
aka Kevin Kim  
41 Brenner Place  
Alpine, NJ 07620

Hye Sook Ha  
aka Jane Kim  
41 Brenner Place  
Alpine, NJ 07620

Social Security No.:
xxx−xx−7778                                                  xxx−xx−9538

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:       2/6/20  
Time:       10:00 AM  
Location:   Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)  
Hansol CPAs LLP, Accountant

COMMISSION OR FEES  
$3066.67

EXPENSES

If this is a chapter 13 case, the fees and expenses awarded:

☐    will not reduce the amount to be paid to general unsecured
     creditors under the plan.

☐    will reduce the amount to be paid to general unsecured
     creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: December 23, 2019
JAN:

                                            Jeanne Naughton
                                            Clerk

```
                          United States Bankruptcy Court
                              District of New Jersey
In re:                                                       Case No. 19-24863-JKS
Ki Hyung Kim                                                 Chapter 11
Hye Sook Ha
           Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin                 Page 1 of 7           Date Rcvd: Dec 23, 2019
                              Form ID: 137                Total Noticed: 328


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 25, 2019.
db/jdb         +Ki Hyung Kim,    Hye Sook Ha,    41 Brenner Place,    Alpine, NJ 07620-1105
aty            +Edward J. LoBello,    MEYER, SUOZZI, ENGLISH & KLEIN, P.C.,     990 Stewart Avenue,Suite 300,
                 PO Box 9194,    Garden City, NY 11530-9194
aty            +Gregory Brown,    McCarron & Diess,    576 Broadhollow Rd, Ste 105,    Melville, NY 11747-5002
aty            +McManimon, Scotland & Baumann, LLC,     75 Livingston Avenue,    Roseland, NJ 07068-3701
cr             +375 Tompkins Owner, LLC,    c/o CORPORATION SERVICE COMPANY,     251 LITTLE FALLS DRIVE,
                 Wilmington, DE 19808-1674
cr             +Daimler Trust,    P.O. Box 961245,    Fort Worth, TX 76161-0244
acc            +Hansol CPAs LLP,    15 Farview Terrace, 2nd Floor,    Paramus, NJ 07652-2703
intp           +McCarron & Driess,    576 Broadhollow Road,    Ste 105,    Melville, NY 11747-5002
none           +New Millennium Bank,    c/o David Edelberg, Esq.,    Cullen and Dykman LLP,
                 433 Hackensack Avenue,     Hackensack, NJ 07601-6452
cr             +Oster Belleville Properties,    Lasser Hochman,    75 Eisenhower Pkwy,    Suite 120,
                 Roseland, NJ  07068,    UNITED STATES 07068-1691
r              +Realty 7, LLC,    2160 Central Rd. Suite 207,    Fort Lee, NJ 07024-7547
sp             +Starr Gern Davison & Rubin, P.C.,     105 Eisenhower Parkway,    Roseland, NJ 07068-1640
518382258      +375 Tompkins Owner, LLC,    c/o Howard M. File, Esq.,     260 Christopher Lane, Suite 102,
                 Staten Island, NY 10314-1631
518382259      +375 Tompkins Owner, LLC,    900 Route 9 North,    Suite 400,    Woodbridge, NJ 07095-1003
518382260      +4 Season Produce,    PO Box 202,    Little Ferry, NJ 07643-0202
518382261      +458  South Broadway Meat,    458  South Broadway,    Yonkers, NY 10705-2340
518382262      +88 Trading Corp.,    5829 48th Street,    Maspeth, NY 11378-2019
518382263      +A&J Farms,    42 Hemlock Drive,    Paramus, NJ 07652-3312
518382264      +A. Sarselli Inc.,    211 Nelson Ave.,    Staten Island, NY 10308-3202
518382265      +AAA Housewares Inc.,    1400 Langdon Blvd,    Rockville Centre, NY 11570-3518
518382278      +AO Plainsboro, LLC,    c/o Onyx Equites,    900 Route 9 North, Suite 400,
                 Woodbridge, NJ 07095-1003
518382279      +ARS Premier Food,    PO Box 1554,    Burlington, NJ 08016-7154
518382282      +AZ Cleaning Pro,    PO Box 1419,    Morrisville, PA 19067-0419
518382283      +AZ Metro Distributors LLC,    60 Crossways Park Drive W,    Woodbury, NY 11797-2018
518382266      +Abarrotes Mixteca,    216A Midland Avenue,    Saddle Brook, NJ 07663-6404
518382267      +Abraham Natural Foods,    3020 Review Ave.,    Long Island City, NY 11101-3240
518382268      +Adelphia Container,    125 Division Place,    Brooklyn, NY 11222-5325
518382269      +Advanced Energy Capital LLC,    1 Metrotech Center N, 3rd Floor,    Brooklyn, NY 11201-3873
518382270      +Aiello Bros. Cheese Co., Inc.,    8782 16th Ave.,    Brooklyn, NY 11214-5802
518382271      +Aladdin Bakers Inc.,    240 25th St.,    Brooklyn, NY 11232-1338
518382272      +Albert Olive Oil USA,    One Gateway Center, Ste. 2600,    Newark, NJ 07102-5323
518382273      +Aliments,    60 Cold Spring Hills Road,    Huntington, NY 11743-6104
518382274      +Allcounty Recycling, Inc.,    c/o Felsenfeld & Clopton PC,    1 Nami Lane Suite 5,
                 Trenton, NJ 08619-1251
518382275      +American Banana,    58 Henry Street,    Hasbrouck Heights, NJ 07604-1103
518382277      +Anhesuer-Busch Distributor,    550 Food Center Drive,    Bronx, NY 10474-7047
518382280       Associated Produce,    30 Casanova Street,    Bronx, NY 10474
518382285     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     PO Box 15019,    Wilmington, DE 19886-5019)
518382287      +BCS Royal Food,    47-15 33rd Street, Suite 300,    Long Island City, NY 11101-2407
518382290      +BHSM Group LLC,    19 Industrial Avenue,    Fairview, NJ 07022-1605
518382284       Bakery Espiga De Oro, Inc.,    52-54 Oraton Street,    Newark, NJ 07104
518534190      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
518382286      +Bank of Hope,    3200 Wilshire Blvd, Suite 1400,    Los Angeles, CA 90010-1325
518382288      +Bedesee Caribbean Food Specialist,     601 Wortman Avenue,    Brooklyn, NY 11208-5442
518382289      +Bevcon Group,    47-15 33rd Street, Ste. 300,    Long Island City, NY 11101-2407
518382291       Bimbo Bakeries USA, Inc.,    PO Box 827810,    Philadelphia, PA 19182-8170
518382294     #+Bongrae Fruit & Vegetable Corp.,     375 Tompkins Avenue,    Staten Island, NY 10305-1708
518382295      +Brooklyn Bread,    1559 62nd St.,    Brooklyn, NY 11219-5417
518382296      +Brooklyn Food & Beverage,    465 Johnson Ave.,    Brooklyn, NY 11237-1201
518382304      +CBA Industries Inc.,    669 River Drive,    PO Box 1717,    Elmwood Park, NJ 07407-0617
518382305      +CGS General Distribution,    245 Hinsdale St., 1st Fl.,    Brooklyn, NY 11207-3901
518382297      +Cafe Aroma,    500 16th St.,    Hoboken, NJ 07030-2336
518382298       Canada Dry Bottling,    PO Box 741078,    Atlanta, GA 30374-1078
518467821      +Canada Dry Bottling Co of New York,     RHK Recovery Group, Inc,    1670 Old Country Rd, Ste 202,
                 Plainview, NY 11803-5020
518382299      +Canada Dry Bottling Co. New York, Inc.,     117-02 15th Avenue,    College Point, NY 11356-1533
518382301      +Caribbean Depot,    68 Brooklyn Terminal Market,    Brooklyn, NY 11236-1510
518382302      +Caruso, Smith & Picini,    60 Route 46 East,    Fairfield, NJ 07004-3007
518382303      +Casa Ofelia's Fine Baked Goods,    1294 Grand Ave.,    Baldwin, NY 11510-1418
518382306       Chase Ink,    PO Box 1423,    Charlotte, NC 28201-1423
518382307      +Choice Onion Farm, Inc.,    84-10 34th Ave, #4H,    Jackson Heights, NY 11372-3116
518382308      +Chrysler Capital,    PO Box 961275,    Fort Worth, TX 76161-0275
518382309      +Cielito Lindo Bakery,    265 Asylum St., Unit #1,    Bridgeport, CT 06610-2103
518382310       Cintas Corporation,    PO Box 630803,    Cincinnati, OH 45263-0803
518382311      +Cirka Products LLC,    470 Schooleys Mt Road,    Suite 707,    Hackettstown, NJ 07840-4012
518382312       Citicards CBNA,    PO Box 70166,    Philadelphia, PA 19176-0166
```

```
District/off: 0312-2                  User: admin                  Page 2 of 7                  Date Rcvd: Dec 23, 2019
                                      Form ID: 137                 Total Noticed: 328


518382313      +Cold Technology,    1001 Lower Landing Road, Ste. 203,    Blackwood, NJ 08012-3121
518382314      +Continental Food & Beverage Inc.,    495 River Road,    Clifton, NJ 07014-1520
518382315       Cordialsa USA,    2 S. Middlesex Ave, Suite A,    Monroe Township, NJ 08831
518382316      +Coutros Brothers,    344 Elm Street,    PO Box 550,    Perth Amboy, NJ 08862-0550
518382317      +Cream-o-land,    529 Cedar Lane,    PO Box 143,    Florence, NJ 08518-0143
518382318      +Cuttiee Product,    14 Industrial Ave.,    Fairview, NJ 07022-1605
518382319      +Daifuku Trading Corp.,    360 S. Van Brunt St.,    Englewood, NJ 07631-4613
518501585       Daimler Trust,    c/o BK Servicing, LLC,    PO Box 131265,    Roseville, MN 55113-0011
518382320      +Dana 183 St. Corp.,    35 West 183rd Street,    Bronx, NY 10453-1233
518382322      +Delice Global,    150 Roosevelt Pl.,    Palisades Park, NJ 07650-1153
518382323    #+Deoksung Fruit & Vegetable Corp.,    414 Main Street,    Belleville, NJ 07109-3259
518382324      +Diamond Rock Food,    1199 Sunrise Hwy., Ste. 2-3,    Copiague, NY 11726-1423
518382326      +Diaz Foods,    5501 Fulton Industrial Boulevard,    Atlanta, GA 30336-2610
518382325    #+Diaz Foods,    4 Rosol Lane,    Saddle Brook, NJ 07663-5503
518382327      +Distribuidora Jocorena,    199A Brook Ave.,    Deer Park, NY 11729-7242
518382328      +Division of Taxation,    124 Halsey Street,    Second Floor,    Newark, NJ 07102-3017
518382329      +Don Martin,    86 First Street,    Passaic, NJ 07055-6406
518382330      +Dona Lisa,    41 Mercedes Way, Unit 14,    Edgewood, NY 11717-8334
518487555      +Dr Produce LLC,    RHK Recovery Group,    1670 Old Country Rd, Ste 202,
                 Plainview, NY 11803-5020
518382331      +Dr. Produce,    262 Buffalo Avenue,    Paterson, NJ 07503-1204
518382332    #+Drink King Dist.,    120 Fieldcrest Ave.,    Edison, NJ 08837-3656
518382333      +E&M Ice Cream,    701 Zerega Avenue,    Bronx, NY 10473-1107
518382335      +E. Armata, Inc.,    c/o Gregory Adam Brown, Esq.,    McCarron & Diess,
                 707 Walt Whitman Road, Second Floor,    Melville, NY 11747-2223
518382334       E. Armata, Inc.,    114 N.Y.C. Terminal Market,    Bronx, NY 10474
518382336      +East Coast Egg,    2500 83rd Street,    North Bergen, NJ 07047-1489
518467819      +East Coast Egg Farmers,    RHK Recovery Group, Inc.,    1670 Old Country Rd, Ste 202,
                 Plainview, NY 11803-5020
518382337      +Eco Farms Organics,    2037 Lemoine Ave., #181,    Fort Lee, NJ 07024-5704
518382338      +Ecuavina Inc. (Pan de Casa),    PO Box 5246,    Plainfield, NJ 07061-5246
518382339       Edward J. LoBello,    Meyer, Suozzi, English & Klein, PC,    900 Stewart Avenue, Suite 300,
                 PO Box 9194,    Garden City, NY 11530-9194
518382340       Ehrlich,    PO Box 13848,    Reading, PA 19612-3848
518382341      +Eldorado Coffee Ltd.,    56-75 49th St.,    Maspeth, NY 11378-2012
518382342      +Elite Cookies Inc.,    2221 5th Ave.,    Ronkonkoma, NY 11779-6285
518382343      +Ercomar Imports,    619 North 8th St.,    Newark, NJ 07107-2515
518601186      +Euler Hermes,    Agent for Nebraskaland,    800 Red Brook Blvd.,    Owings Mills, MD 21117-5173
518382344      +Evergreen NJ Flower,    230 Cliff St.,    Cliffside Park, NJ 07010-1409
518382345      +FABI-SAA Inc.,    36 Mckinley Avenue,    East Hanover, NJ 07936-2910
518382346      +Family Food,    969 Newark Turnpike Unit D,    Kearny, NJ 07032-4321
518382347      +Family Food Distributors, Inc.,    969 Newark Turnpike,    Unit D,    Kearny, NJ 07032-4321
518567228      +Family Food Distributors, Inc.,    c/o R.H.K. Recovery Group, Inc.,
                 1670 Old Country Road, Suite 202,    Plainview, NY 11803-5020
518382348       Fedway Wine & Spirit,    PO Box 651,    Basking Ridge, NJ 07920-0651
518382350      +Fernando's Bakery,    5 Sherman Street,    Linden, NJ 07036-1953
518382351       Fire Guard Sprinkler,    1A Mount Vernon Street,    Ridgefield Park, NJ 07660
518382353       Firto Lay,    75 Remittance Drive, Suite 1217,    Chicago, IL 60675-1217
518382354      +Flowers Baking Company of Oxford, Inc.,    700 Lincoln Street,    Oxford, PA 19363-1529
518382355      +Flowers by J&S Corp.,    33 Ludwig Street,    Little Ferry, NJ 07643-1902
518382356       Four Seasons Produce,    PO Box 62212,    Baltimore, MD 21264-2212
518382357      +Franklin Perez,    42-14 5th Avenue, Apt 3R,    Brooklyn, NY 11232-3623
518382358       Frozen Foods Partners LLC,    PO Box 440244,    Nashville, TN 37244-0244
518382359       Gallo Wine Sales,    PO Box 36446,    Newark, NJ 07188-6446
518382360      +Gator Garwood Partners, Ltd.,    7850 NW 146th Street, 4th Fl,    Miami Lakes, FL 33016-1564
518382361      +Gaya Fruit & Vegetable Corp.,    1199 Amboy Avenue,    Edison, NJ 08837-2552
518382362      +General Trading,    455 16th Street,    Carlstadt, NJ 07072-1922
518439365      +General Trading Co., Inc.,    455 N 16th Street,    Carlstadt, NJ 07072-1922
518382363      +Gold Medal Bakery,    21 Penn Street,    Fall River, MA 02724-1276
518382364       Gourmet Bakery Dist.,    PO Box 418770,    Boston, MA 02241-8770
518382365      +Goya Foods,    350 County Road,    Jersey City, NJ 07307-4503
518382366      +Grace Apiries,    247 Park St.,    Arcade, NY 14009-1508
518382367    #+Grace Kennedy Foods (USA),    d/b/a La Fe,    230 Moonachie Avenue,    Moonachie, NJ 07074-1831
518382368      +Grand Labs Manufacturing Co.,    1345 Seneca Avenue,    Bronx, NY 10474-4611
518382369      +Grassland Foods & Snack,    PO Box 279,    Orange, NJ 07051-0279
518382370      +Green JS Produce,    PO Box 650538,    Fresh Meadows, NY 11365-0538
518382371    #+Greenville Produce LLC,    150 Wesley Street,    South Hackensack, NJ 07606-1510
518382372      +Gregory Brown, Esq.,    McCarron & Diess,    707 Walt Whitman Road,    Melville, NY 11747-2223
518382373      +Grocery Leasing Corp., as Agent for,    General Trading Co., Inc.,    455 16th Street,
                 Carlstadt, NJ 07072-1922
518382374      +Gun Soo Youn,    232 Anderson Avenue,    Closter, NJ 07624-2801
518382375      +Hajjar Gourmet Foods,    15 Whiteweld Terrace,    Clifton, NJ 07013-2668
518382376      +Hanra Fish & Produce Corp.,    155-15 Aguilar Avenue,    Flushing, NY 11367-2725
518382377      +Harfenist Kraut & Perlstein, LLP,    Attn: Allen Perlstein,    3000 Marcus Avenue,
                 New Hyde Park, NY 11042-1005
518382378      +Heesook Lee,    17 Margo Way,    Alpine, NJ 07620-1168
518382379      +Hershey Creamery,    240 Evans Way,    Branchburg, NJ 08876-3767
518382380       Hillcrest Garden, Inc.,    96 West Century Road,    Paramus, NJ 07652-1428
518382382      +Hyeongno Lee,    38 W. 32nd Street, Suite 1610,    New York, NY 10001-3874
518382383      +Hyunho Lee,    300 Chubb Avenue,    Lyndhurst, NJ 07071-3502
```

```
District/off: 0312-2           User: admin              Page 3 of 7              Date Rcvd: Dec 23, 2019
                               Form ID: 137             Total Noticed: 328


518382384     +I and U LLC,    66 Mattatuck Heights,    Waterbury, CT 06705-3831
518382385     +Il Yeon Kwon,    300 Chubb Avenue,    Lyndhurst, NJ 07071-3502
518382386     +India Beverage Inc.,    1401 Viele Avenue,    Bronx, NY 10474-7096
518382387      Internal Revenue Service,    Special Procedures Branch,    Attn: Bankruptcy Section,
                Springfield, NJ 07081-0744
518382391     +J&J Farms Creamery,    57-48 49th Street,    Maspeth, NY 11378-2191
518382394     +JGM Wholesale Bakery,    26 Elm Pl,    Amityville, NY 11701-2816
518382396      JPMorgan Chase Sapphire Card,    PO Box 1423,    Charlotte, NC 28201-1423
518382397     +JT Supreme Distributors,    70-36 137th Street,    Flushing, NY 11367-1949
518382393     +Jennifer Ha,    41 Brenner Place,    Alpine, NJ 07620-1105
518382395     +Jogyesean Fruit & Vegetable Inc.,    10 South Avenue,    Garwood, NJ 07027-1338
518382398     +K&F,    308 East Ruby Ave., Unit A,    Palisades Park, NJ 07650-1916
518382399      Katzman Produce,    213B New York City Terminal Market,    Bronx, NY 10474
518382400     +Keep Healthy,    1019 Fort Salonga Road,    Northport, NY 11768-2270
518382401     +Kellermeyer Bergensons Services,    1575 Henthorne Drive,    Maumee, OH 43537-1385
518382402     +Kohler,    150 Wagaraw Road,    PO Box 643,    Hawthorne, NJ 07507-0643
518382403     +Krasi Invest Holding Sedika Foods,    4201 Kennedy Road,    South Plainfield, NJ 07080-1812
518382404     +Krinos Foods LLC,    1750 Bathgate Ave.,    Bronx, NY 10457-7541
518382405    #+Kumkang Fruit & Vegetable Corp.,    100 Kirkpatrick Street,    New Brunswick, NJ 08901-1976
518382407     +L & R Distributors, Inc.,    26800 Network Place,    Chicago, IL 60673-1268
518382408     +L&A Pork,    945 Lincoln Street,    Hazleton, PA 18201-1632
518523841     +La Flor Products, Inc,    RHK Recovery Group, Inc.,    1670 Old Country Rd, Ste 202,
                Plainview, NY 11803-5020
518382410     +Lab Imports,    PO Box 250842,    New York, NY 10025-1508
518382411     +Larry M. Cole, Esq.,    105 Eisenhower Parkway, Suite 401,    Roseland, NJ 07068-1640
518382412     +Latin American Dist., Inc.,    307 Industrial Way West,    Eatontown, NJ 07724-2207
518382413     +Latinfood US Corp.,    80 Keyland Ct., Unit B,    Bohemia, NY 11716-2650
518382414     +Latino Food Distributors,    90 Avocado St.,    Springfield, MA 01104-3304
518382415      Latitude Beverage Co.,    PO Box 843045,    Boston, MA 02284-3045
518382416     +Liberty Coca-Cola,    PO Box 780810,    Philadelphia, PA 19170-0001
518382417      Lily Produce,    435-A NYC Terminal Market,    Bronx, NY 10474
518382418     +Lily Produce Inc.,    25 John Bean Court,    Port Washington, NY 11050-4629
518391094     +Lily Produce Inc.,    c/o McCarron & Diess,    576 Broadhollow Road, Suite 105,
                Mevlille, New York 11747-5002
518382419     +Loan Builder,    c/o Swift Financial, LLC,    3505 Sliverside Road,    Wilmington, DE 19810-4905
518382420     +Lorraine Kim,    PO Box 859,    Alpine, NJ 07620-0859
518382421     +Los Olivos,    105 Bi County Blvd,    Farmingdale, NY 11735-3919
518382422     +Lucky Home,    852 Holmdel Road,    Holmdel, NJ 07733-1731
518382433     +MGA Flower,    110 Buck Road,    Holland, PA 18966-1707
518382434     +MI Pueblo Corp.,    32-49 Fulton St.,    Brooklyn, NY 11208-2049
518382423     +Magic World of Roses,    331 Ampere Parkway,    Bloomfield, NJ 07003-5942
518382424     +Mamita’s Food,    500 Getty Ave.,    Clifton, NJ 07011-2152
518382425     +Mamita’s Ices,    104-11 100th Street,    Ozone Park, NY 11417-2206
518382426     +Mamtakim,    PO Box 30720,    Staten Island, NY 10303-0720
518382427     +Mana’s Bakery,    2 Hawthorne St.,    Farmingdale, NY 11735-2353
518382428     +Marlow Candy & Nut Company,    65 Honeck St.,    Englewood, NJ 07631-4125
518382429     +Master Dairies Inc.,    716 Hickory Hill Road,    Wyckoff, NJ 07481-1603
518382430     +Max Distributor 1 Corp.,    1980 New Highway,    Farmingdale, NY 11735-1122
518382431      McKee Foods,    PO Box 2118,    Collegedale, TN 37315-2118
518382432     +Mercedes-Benz Financial,    PO Box 5029,    Carol Stream, IL 60197-5029
518382435      Mission Foods,    PO Box 843789,    Dallas, TX 75284-3789
518382436     +Modern Joa Trading, Inc.,    58-58 56th Drive,    Maspeth, NY 11378-2479
518382437     +Mondelez Global,    PO Box 70064,    Chicago, IL 60673-0064
518382438     +Mr. Sunflower,    429 Brinkerhoff Ave.,    Palisades Park, NJ 07650-2038
518382440     +NAC Foods,    235-239 Commercial Avenue,    Palisades Park, NJ 07650-1109
518382457     +NU, Inc.,    610 Commerical Avenue,    Carlstadt, NJ 07072-2602
518382458     +NY Fancy Natural Foods Inc.,    154 Morgan Avenue,    Brooklyn, NY 11237-1204
518382441     +Nathan Chun, Esq.,    300 Chubb Avenue,    Lyndhurst, NJ 07071-3502
518382442     +National Packing Corp.,    538 Craven St.,    Bronx, NY 10474-6604
518382443     +Natural Foods,    64-31 108th Street, Suite 1070,    Forest Hills, NY 11375-1612
518382444     +Nature Garden,    35-02 150 Place Apt #B,    Flushing, NY 11354-4922
518382445     +Nature Soy LLC,    713 N. 10th St.,    Philadelphia, PA 19123-1902
518382446     +Nebraskland,    355 Food Center Dr.,    Buidling G,    Bronx, NY 10474-7000
518382447     +Nema,    408 E. Elizabeth Ave.,    Linden, NJ 07036-3041
518382448     +New Bank,    189 Homans Avenue,    Closter, NJ 07624-2734
518382449     +New Brunswick Parking Authority,    c/o Ruben D. Perez, Esq.,
                555 US Highway 1 South, Suite 440,    Iselin, NJ 08830-3100
518382450     +New England Beverages,    1801 Boone Ave.,    Bronx, NY 10460-5101
518382452     +New Jersey Grinding,    1275 Bloomfield Ave.,    Bldg. 9, Ste. 80,    Fairfield, NJ 07004-2736
518382453     +New Millennium Bank,    222 Bridge Plaza S.,    Suite 400,    Fort Lee, NJ 07024-5730
518382454     +New York Produce,    125 Seaview Drive,    Secaucus, NJ 07094-1811
518559179     +NewBank,    c/o Meyer, Suozzi, English & Klein, P.C.,    990 Stewart Avenue, Suite 300,
                Garden City, New York 11530-9882,    Attn: Michael Antongiovanni, Esq.
518410074      Nissan Motor Acceptance,    POB 660366,    Dallas, TX  75266-0366
518382455     +Nissan Motor Acceptance,    PO Box 660360,    Dallas, TX 75266-0360
518382456     +Northern Eagle Beverage,    600 16th Street,    Carlstadt, NJ 07072-1922
518382459     +Oaxaca Mexican,    100 8th Street,    Passaic, NJ 07055-7925
518382461      Office of the Attorney General,    Richard J. Hughes Justice Complex,    25 Market Street,
                PO Box 112,    Trenton, NJ 08625-0112
518382460      Office of the Attorney General,    Division of Law,    PO Box 080,    Trenton, NJ 08625-0080
```

```
District/off: 0312-2           User: admin                  Page 4 of 7                  Date Rcvd: Dec 23, 2019
                               Form ID: 137                 Total Noticed: 328

518382462      +On time distribution,    85 5th Avenue, Unit 30,    Paterson, NJ 07524-1112
518382463      +Oster Belleville Properties LLC,    c/o Oster Properties,    429 Sylvan Avenue,
                 Englewood Cliffs, NJ 07632-2703
518431887      +Oster Belleville Properties, LLC,    c/o Bruce H. Snyder, Esq.,    Lasser Hochman, LLC,
                 75 Eisenhower Pkwy, Suite 120,    Roseland, NJ 07068-1691
518382464      +PA China Farm, Inc.,    3670 S. Galloway Street,    Philadelphia, PA 19148-5402
518382471       PBC Pepsi Beverages Company,    75 Remittance Drive, Suite 1884,    Chicago, IL 60675-1884
518382465      +Palenque Provision,    56 Loretta Street,    Hopelawn, NJ 08861-2229
518382466      +Paloma Foods, LLC,    PO Box 62,    Ridgefield, NJ 07657-0062
518382467      +Pan on the Way, LLC,    7-9 Poplar Street,    Passaic, NJ 07055-2222
518382468      +Paraco Gas Corporation,    4700 S. Clinton Ave.,    South Plainfield, NJ 07080-1218
518382469      +Parks Exterminator USA,    40-04 165 Street, 3F,    Flushing, NY 11358-2622
518382470      +Paterson Pickle,    285 4th Ave.,    Paterson, NJ 07514-1624
518382472      +Perez Distribution,    25 Shady Street,    Paterson, NJ 07524-1014
518382473      +Peru Food,    PO Box 419,    West New York, NJ 07093-0419
518382474      +Phil-Am Trading,    324-330 Hoboken Avenue,    Jersey City, NJ 07306-1614
518407854      +Phil-Am Trading, Inc,    71 Forest Hills Way,    Cedar Grove, NJ 07009-2057
518382475      +Philip Hwang,    174 Godwin Ave #R,    Ridgewood, NJ 07450-3745
518382476      +Porky Products Inc.,    PO Box 18057,    Newark, NJ 07191-8057
518382477      +Premier Bakeries,    725 River Road, ste. 32-288,    Edgewater, NJ 07020-1171
518382478      +Primos Bakery,    47-20 Junction Blvd,    Corona, NY 11368-2793
518382479      +Procacci Bros. (GS DIstribution),    3333 S. Front Street,    Philadelphia, PA 19148-5605
518382480      +Puebla Wholesale,    118 First Street,    Passaic, NJ 07055-6412
518382481      +Quality Plus Provision (Boar's Head),    PO Box 799,    Englishtown, NJ 07726-0799
518382482      +RC World Services Enterprises,    6904 Grand Ave.,    North Bergen, NJ 07047-3825
518382488      +RNL Foods,    495 River Road,    Clifton, NJ 07014-1520
518382494      +RYECO, LLC,    6700 Essington Avenue, Units C3-C7,    Philadelphia, PA 19153-3403
518382483      +Ready Refresh,    PO Box 856192,    Louisville, KY 40285-6192
518382484      +Real Kosher Ice Cream Inc.,    3614 15th Ave.,    Brooklyn, NY 11218-4402
518382485      +Reyes Produce,    540 Faile St.,    Bronx, NY 10474-6908
518382486      +Richard Klein,    RHK Recovery Group,    1670 Old Country Road, Suite 202,
                 Plainview, NY 11803-5020
518382487      +Rio Grande Food Products, Inc.,    150 Oser Ave.,    PO Box 13221,    Hauppauge, NY 11788-0719
518382489      +Robert Bruce Healthcare LLC,    17-19 Industrial Avenue,    Fairview, NJ 07022-1631
518382490      +Rol-Rom Foods,    33 6th Avenue,    Paterson, NJ 07524-1001
518382491      +Rosemarie Bakery,    96 Vreeland St.,    Staten Island, NY 10302-1445
518382492      +Rua USA,    47-00 Northern Blvd.,    Long Island City, NY 11101-1015
518382493     #+Russ Monico Provision (Thumman),    6214 Jefferson Street,    West New York, NJ 07093-5310
518548904      +Ryeco, LLC,    c/o McCarron & Diess,    576 Broadhollow Road, Suite 105,
                 Melville, New York 11747-5002
518391092      +S. Katzman Produce Inc.,    c/o McCarron & Diess,    576 Broadhollow Road, Suite 105,
                 Meville, New York 11747-5002
518382451     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: New Jersey Division of Taxation,    Bankruptcy Section,    PO Box 245,
                 Trenton, NJ 08695-0245)
518382495      +Sabanero NY,    19-34 38th St.,    Astoria, NY 11105-1121
518382498      +Santos Bakery,    123 Hudson Street,    Newark, NJ 07103-2867
518382499      +Schueler Dist.,    16 Morristown Road,    Elizabeth, NJ 07208-1314
518382500      +Seabrite Corp.,    574 Ferry St.,    Newark, NJ 07105-4402
518382501      +Seolak Fruit & Vegetable Ltd,    70-63 Parsons Blvd,    Fresh Meadows, NY 11365-3049
518382502      +Simone International Liquor,    186 Parish Drive,    Wayne, NJ 07470-6009
518382503      +Smart Foods,    72 Wabash Ave.,    Clifton, NJ 07011-1633
518589754      +Space Realty Services LLC,    21-00 Route 208S Suite 250,    Fair Lawn, NJ 07410-2604
518382504      +Spicy Flavor,    PO Box 757,    Oxon Hill, MD 20750-0757
518382505      +Starr Gern Davison & Rubin, PC,    105 Eisenhower Parkway,    Roseland, NJ 07068-1640
518421748      +Starr, Gern, Davison & Rubin, P.C.,    105 Eisenhower Parkway, Suite 401,
                 Roseland, NJ 07068-1640
518382507      +State of New Jersey,    Divison of Taxation - Gross Income Tax,    50 Barrack Street,
                 PO Box 269,    Trenton, NJ 08602-0269
518382508      +State of New Jersey,    Division of Employer Accounts,    PO Box 379,    Trenton, NJ 08625-0379
518382506      +State of New Jersey,    Division of Taxation,    Sales & Use Tax,    PO Box 999,
                 Trenton, NJ 08606-0999
518382509      +Staten Island Grinding Service, Inc.,    507 Midland Ave.,    Staten Island, NY 10306-5409
518382510      +Sun Hing Foods,    271 Harbor Way,    South San Francisco, CA 94080-6811
518382511      +Sun W. Young,    38 West 32nd Street, Suite 900A,    New York, NY 10001-3881
518382512      +Super Bread II,    443 Schiller Street,    Elizabeth, NJ 07206-2112
518382513      +Sweet Rainbow Candy & Nuts,    226 South 12th Avenue,    Mount Vernon, NY 10550-3713
518410301      +Swift Financial,    3505 Silverside Rd., Suite 200,    Wilmington, DE 19810-4905
518382514     #+Taebaek Fruit & Vegetable Corp.,    289 Bergen Boulevard,    Fairview, NJ 07022-1323
518382515      +Tano Shopping Center Limited,    100 Woodbridge Center Drive, Suite 301,    PO Box 29,
                 Woodbridge, NJ 07095-0029
518382516      +Tastle USA Inc.,    PO Box 140252,    Brooklyn, NY 11214-0252
518382517     #+Tavarez Distributors,    1 Market Street,    Passaic, NJ 07055-7364
518382518      +Taystee Treat,    1 Roselle Street,    Linden, NJ 07036-2634
518382519      +Teixeira's Bakery,    PO Box 5550,    Newark, NJ 07105-0550
518382520      +The Food Squad Distributors,    1550 5th Avenue,    Bay Shore, NY 11706-3427
518382521      +Top Family Candy Inc.,    50-09 Horatio Parkway,    Bayside, NY 11364-1524
518382522      +Top General Merchandise (TGM),    728 Berriman St.,    Brooklyn, NY 11208-5402
518382523      +Top System Alarm Inc.,    47-25 Parsons Blvd.,    Flushing, NY 11355-2328
```

```
District/off: 0312-2           User: admin                 Page 5 of 7                  Date Rcvd: Dec 23, 2019
                               Form ID: 137                Total Noticed: 328


518382524      +Topal Foods,    6025 Buchanan Pl.,    West New York, NJ 07093-2809
518382525      +Toufayan Bakeries,    175 Railroad Avenue,    Ridgefield, NJ 07657-2312
518420220      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
518382526       Toyota Motor Credit,    PO Box 4102,    Carol Stream, IL 60197-4102
518382527      +Triangle Quality Foods LLC,    2306 51st Place,    Hyattsville, MD 20781-1322
518382528      +Triunfo Foods,    574 Ferry Street,    Newark, NJ 07105-4402
518382529       Tropical Cheese Industies, Inc.,    450 Fayette Street,    PO Box 1357,
                 Perth Amboy, NJ 08862-1357
518382530      +Turkana Food, Inc.,    555 N. Michigan Avenue,    Kenilworth, NJ 07033-1076
518382531      +Two Steve's Provisions (Boar's Head),    13 Dimisa Drive,    Holmdel, NJ 07733-2275
518382532     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court: U.S. Bank,    4325 17th Avenue S.,    Fargo, ND 58125)
518382537      +US Department of Labor,    The Curtis Center, Suite 850 West,    170 S. Independence Mall West,
                 Philadelphia, PA 19106-3389
518382536       US Department of Labor,    Long Island District Office,    1400 Old County Road, Suite 410,
                 Westbury, NY 11590-5119
518382535      +US Department of Labor,    Attn: Daniel Hennefeld, Esq.,    201 Varick Street, Room 983,
                 New York, NY 10014-9448
518382538       UTZ Quality,    PO Box 64801,    Baltimore, MD 21264-4801
518382533      +United Food Brand,    232 Entin Road,    Clifton, NJ 07014-1423
518382542      +VMT Distributors,    19 E. 24th St.,    Paterson, NJ 07514-2019
518382539      +Vel Mac Foods,    20 Stewart Place,    Fairfield, NJ 07004-1631
518382540      +Vila Farms Dairy, Inc.,    301 Iroquois Lane,    Franklin Lakes, NJ 07417-1047
518382541      +Vintage Food,    849 Newark Turnpike,    Kearny, NJ 07032-4308
518382543      +W M Brown Group,    999 South Oyster bay Road, Ste. 106,    Bethpage, NY 11714-1043
518382544      +Walong Marketing, Inc.,    95 Caven Point Road,    Jersey City, NJ 07305-4605
518382545      +White & Shauger, Inc.,    433-435 Straight Street,    PO Box 2695,    Paterson, NJ 07509-2695
518382546      +Winkleblacks,    PO Box 924,    Rye, NY 10580-0924
518382547       Wise Foods,    PO Box 822233,    Philadelphia, PA 19182-2233
518382548      +Woojin Choi,    300 Chubb Avenue,    Lyndhurst, NJ 07071-3502
518382549      +Yorkshire Food Sales Corp.,    2000 Plaza Avenue,    New Hyde Park, NY 11040-4903
518382550     #+Youngchuk Fruit & Vegetable Corp.,    10 Schalks Crossing Road,    Plainsboro, NJ 08536-1612

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: cio.bncmail@irs.gov Dec 24 2019 00:51:32      Dist Dir of IRS,
                 Insolvency Function,    PO Box 724,    Springfield, NJ  07081-0724
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 24 2019 00:52:18      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 24 2019 00:52:14      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 24 2019 00:57:43
                 BMW FINANCIAL SERVICES NA, LLC,    AIS Portfolio Services, LP,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
518382381       E-mail/Text: ebnbankruptcy@ahm.honda.com Dec 24 2019 00:52:25      Honda Financial Services,
                 2080 Cabot Blvd W.,    Langhorne, PA 19047
518418210       E-mail/Text: ebnbankruptcy@ahm.honda.com Dec 24 2019 00:52:25
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX 75016-8088
518382276      +E-mail/Text: kberan@amuref.com Dec 24 2019 00:53:33      AMUR Equipment Finance,    PO Box 2555,
                 308 N. Locust Street, Suite 100,    Grand Island, NE 68801-5985
518490998       E-mail/Text: ally@ebn.phinsolutions.com Dec 24 2019 00:51:02      Ally Capital,    PO Box 130424,
                 Roseville MN 55113-0004
518382281      +E-mail/Text: kberan@amuref.com Dec 24 2019 00:53:33      Axis Capital,    308 N. Locust Street,
                 Grand Island, NE 68801-5985
518382293       E-mail/PDF: ais.bmw.ebn@americaninfosource.com Dec 24 2019 00:57:01      BMW Financial Services,
                 PO Box 3608,    Dublin, OH 43016-0306
518418827       E-mail/PDF: ais.bmw.ebn@americaninfosource.com Dec 24 2019 00:55:57
                 BMW Financial Services NA, LLC,    P.O. Box 3608,    Dublin OH 43016, OH  43016
518392635      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 24 2019 00:56:43
                 BMW Financial Services NA, LLC,    AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
518382292      +E-mail/Text: bankruptcy_notices@bindiusa.com Dec 24 2019 00:50:47      Bindi North America,
                 630 Belleville Turnpike,    Kearny, NJ 07032-4407
518382300       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 24 2019 00:56:41      Capital One Bank USA,
                 15000 Capital One Drive,    Richmond, VA 23238
518454209      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 24 2019 00:56:08
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518382321       E-mail/Text: litigation.recoverybkmailbox@dllgroup.com Dec 24 2019 00:50:59
                 De Lage Landen Financial Services Inc.,    1111 Old Eagle School Road,    Wayne, PA 19087
518382350      +E-mail/Text: info@finestfoodny.com Dec 24 2019 00:53:19
                 Finest Foods Distributing Co. New York,    87-21 76th Street,    Woodhaven, NY 11421-1807
518382352      +E-mail/Text: pseymour@apexmtg.com Dec 24 2019 00:51:22      First Lease Inc.,
                 1 Walnut Grove Drive, Suite 300,    Horsham, PA 19044-2201
518600948      +E-mail/Text: pseymour@apexmtg.com Dec 24 2019 00:51:22      FirstLease, Inc.,
                 1 Walnut Grove Dr. Suite 300,    Horsham, PA 19044-2201
518382392      +E-mail/Text: jred1066@aol.com Dec 24 2019 00:53:28      J&R Cutlery,    1275 Bloomfield Ave.,
                 Bldg. 9, Unit 80,    Fairfield, NJ 07004-2736
```

```
District/off: 0312-2               User: admin              Page 6 of 7                 Date Rcvd: Dec 23, 2019
                                   Form ID: 137             Total Noticed: 328

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518382534         +E-mail/Text: usanj.njbankr@usdoj.gov Dec 24 2019 00:52:18       United States Attorney,
                   970 Broad Street, Fifth Floor,    Newark, NJ 07102-2527
518482891         +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 24 2019 00:57:03        Verizon,
                   by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 22

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*              Daimler Trust,    c/o BK Servicing, LLC,    PO Box 131265,    Roseville, MN 55113-0011
518586093*      ++BMW FINANCIAL SERVICES,    CUSTOMER SERVICE CENTER,    PO BOX 3608,    DUBLIN OH 43016-0306
                 (address filed with court:   BMW Financial Services,    Pob 78103,    Phoenix AZ 85062, AZ 85062)
518382388*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                 (address filed with court:   Internal Revenue Service,    Attn: District Director,
                   955 South Springfield Avenue,    Springfield, NJ 07081)
518382389*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                 (address filed with court:   Internal Revenue Service,    Office of the Chief Counsel,
                   One Newark Center, Suite 1500,    Newark, NJ 07102)
518382390*       Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
518382406*      +Kumkang Fruit & Vegetable Inc.,    100 Kirkpatrick Street,    New Brunswick, NJ 08901-1976
518512264*      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                   TRENTON NJ 08646-0245
                 (address filed with court:   State of New Jersey,    Department of Treasury,
                   Division of Taxation,    PO BOX 245,    Trenton NJ 08695-0245)
518429463*      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court:   U.S. Bank National Association,    Bankruptcy Department,
                   PO Box 108,    St. Louis MO 63166-0108)
518382409       ##+La Centroamericana,    2280 Union Blvd.,    Bay Shore, NY 11706-8020
518382439        ##Musco Food Corp.,    57-01 49th Place,    Maspeth, NY 11378-2020
518382496       ##+Safeguard Chemical Corporation,    411 Wales Ave.,    Bronx, NY 10454-1719
518382497       ##+Salud Natural,    200 Passaic Street,    Hackensack, NJ 07601-2761
                                                                                       TOTALS: 0, * 8, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2019                                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2019 at the address(es) listed below:
              Bruce H. Snyder    on behalf of Creditor    Oster Belleville Properties bsnyder@lasserhochman.com
              David Edelberg    on behalf of Unknown Role Type    New Millennium Bank
               dedelberg@cullenanddykman.com, edelbergdr82964@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Fran B. Steele    on behalf of U.S. Trustee    U.S. Trustee Fran.B.Steele@usdoj.gov
              Jason Anthony D'Angelo    on behalf of Creditor    375 Tompkins Owner, LLC jdangelo@herrick.com,
               sselbst@herrick.com
              Jason Brett Schwartz    on behalf of Creditor    Financial Services Vehicle Trust (FSVT)
               jschwartz@mesterschwartz.com

```
District/off: 0312-2          User: admin              Page 7 of 7              Date Rcvd: Dec 23, 2019
                              Form ID: 137             Total Noticed: 328
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      John R. Morton, Jr.    on behalf of Creditor    Daimler Trust ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
      Michael J. Antongiovanni    on behalf of Creditor    NewBank mantongiovanni@msek.com
      Richard D. Trenk    on behalf of Debtor Ki Hyung Kim rtrenk@msbnj.com, cdeangelis@msbnj.com
      Richard D. Trenk    on behalf of Attorney    McManimon, Scotland & Baumann, LLC rtrenk@msbnj.com, cdeangelis@msbnj.com
      Richard D. Trenk    on behalf of Joint Debtor Hye Sook Ha rtrenk@msbnj.com, cdeangelis@msbnj.com
      Richard Thomas Welch    on behalf of Spec. Counsel    Starr Gern Davison & Rubin, P.C. rwelch@starrgern.com
      Robert S. Roglieri    on behalf of Debtor Ki Hyung Kim rroglieri@msbnj.com, mmassoud@msbnj.com
      Robert S. Roglieri    on behalf of Joint Debtor Hye Sook Ha rroglieri@msbnj.com, mmassoud@msbnj.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                TOTAL: 15