| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **McMANIMON, SCOTLAND**<br>  **& BAUMANN, LLC**<br>75 Livingston Avenue, Suite 201<br>Roseland, NJ 07068<br>(973) 622-1800<br>Richard D. Trenk (rtrenk@msbnj.com)<br>Robert S. Roglieri (rroglieri@msbnj.com)<br>*Counsel for Ki Hyung Kim & Hye Sook Ha,*<br>*Debtors and Debtors-in-Possession* | Order Filed on February 6, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>KI HYUNG KIM & HYE SOOK HA,<br><br>                                              Debtors. | Chapter 11<br><br>Case No. 19-24863 (JKS)<br><br>Hearing Date: February 6, 2020 at 10:00 a.m. |

**ORDER GRANTING FIRST AND FINAL ALLOWANCES TO**
**McMANIMON, SCOTLAND & BAUMANN, LLC AS COUNSEL FOR DEBTORS**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: February 6, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)

Debtor:              Ki Hyung Kim & Hye Sook Ha
Case No.:            19-24863 (JKS)
Caption of Order:    Order Granting First and Final Allowances to McManimon, Scotland & Baumann, LLC, Counsel for Debtors

**AND NOW**, the Court finds the firm named below filed a first and final application for allowances; notice and opportunity for hearing were given to the Debtors, creditors, and other parties in interest as required; and for good cause shown;

**IT IS ORDERED** that compensation and expenses are allowed as follows:

| **APPLICANTS** | **COMMISSION/FEES** | **EXPENSES** |
|---|---|---|
| McManimon, Scotland & Baumann, LLC<br>*Counsel for Ki Hyung Kim & Hye Sook Ha, Debtors and Debtors-in-Possession* | $96,967.00 | $7,705.08 |

**IT IS FURTHER ORDERED** the Debtors are hereby authorized and directed to pay the allowed fees and expenses to McManimon, Scotland & Baumann, LLC;

**IT IS FURTHER ORDERED** that all fees and expenses approved on an interim basis be, and hereby are, approved on a final basis.

4839-8803-1151, v. 1