Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−24863−JKS
Chapter: 11
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ki Hyung Kim
aka Kevin Kim
41 Brenner Place
Alpine, NJ 07620

Hye Sook Ha
aka Jane Kim
41 Brenner Place
Alpine, NJ 07620

Social Security No.:
    xxx−xx−7778                                          xxx−xx−9538

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on February 6, 2020, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 131 − 127
Money Judgment in favor S. Katzman Produce, Inc of and against Debtors, jointly and severally in the amount of $ 37,197.00 (related document:127 Application (Generic) filed by Creditor PACA) . Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 2/6/2020. (zlh)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: February 6, 2020
JAN: zlh

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Ki Hyung Kim  
Hye Sook Ha  
     Debtors

Case No. 19-24863-JKS  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Feb 06, 2020  
                     Form ID: orderntc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2020.  
db/jdb       +Ki Hyung Kim,   Hye Sook Ha,   41 Brenner Place,   Alpine, NJ 07620-1105

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2020                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2020 at the address(es) listed below:

         Bruce H. Snyder    on behalf of Creditor    Oster Belleville Properties bsnyder@lasserhochman.com  
         David Edelberg    on behalf of Unknown Role Type    New Millennium Bank dedelberg@cullenanddykman.com, edelbergdr82964@notify.bestcase.com  
         Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Fran B. Steele    on behalf of U.S. Trustee    U.S. Trustee Fran.B.Steele@usdoj.gov  
         Jason Anthony D'Angelo    on behalf of Creditor    375 Tompkins Owner, LLC jdangelo@herrick.com, sselbst@herrick.com  
         Jason Brett Schwartz    on behalf of Creditor    Financial Services Vehicle Trust (FSVT) jschwartz@mesterschwartz.com  
         John J. Roberts    on behalf of Creditor    PACA roberts@af-lawfirm.com  
         John R. Morton, Jr.    on behalf of Creditor    Daimler Trust ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
         John R. Morton, Jr.    on behalf of Creditor    Ally Capital ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
         Michael J. Antongiovanni    on behalf of Creditor    NewBank mantongiovanni@msek.com  
         Richard D. Trenk    on behalf of Attorney    McManimon, Scotland & Baumann, LLC rtrenk@msbnj.com, cdeangelis@msbnj.com  
         Richard D. Trenk    on behalf of Joint Debtor Hye Sook Ha rtrenk@msbnj.com, cdeangelis@msbnj.com  
         Richard D. Trenk    on behalf of Debtor Ki Hyung Kim rtrenk@msbnj.com, cdeangelis@msbnj.com  
         Richard Thomas Welch    on behalf of Spec. Counsel    Starr Gern Davison & Rubin, P.C. rwelch@starrgern.com  
         Robert S. Roglieri    on behalf of Joint Debtor Hye Sook Ha rroglieri@msbnj.com, mmassoud@msbnj.com  
         Robert S. Roglieri    on behalf of Debtor Ki Hyung Kim rroglieri@msbnj.com, mmassoud@msbnj.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                   TOTAL: 17