UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1( b)**

Denise Carlon
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
Toyota Lease Trust

In Re:
    Hye Sook Ha aka Jane Kim,
    Ki Hyung Kim aka Kevin Kim

Order Filed on February 6, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:   19-24863 JKS

Chapter: 11

Hearing Date: February 4, 2020 at 10:00 A.M.

**Judge:**

**John K. Sherwood**

| Recommended Local Form | ☐ Followed | ☐ Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: February 6, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

[Type text]

Upon the motion of <u>Toyota Lease Trust</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐    Real Property More Fully Described as:

■    Personal Property More Fully Describes as: **2018 Toyota RAV4, VIN: JTMDFREV1JJ195434 ,**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

2

United States Bankruptcy Court
District of New Jersey

```
In re:                                                          Case No. 19-24863-JKS
Ki Hyung Kim                                                    Chapter 11
Hye Sook Ha
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2           User: admin              Page 1 of 1              Date Rcvd: Feb 06, 2020
                               Form ID: pdf903          Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2020.
db/jdb         +Ki Hyung Kim,    Hye Sook Ha,    41 Brenner Place,    Alpine, NJ 07620-1105
aty            +McManimon, Scotland & Baumann, LLC,    75 Livingston Avenue,    Roseland, NJ 07068-3701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2020                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 6, 2020 at the address(es) listed below:
              Bruce H. Snyder    on behalf of Creditor    Oster Belleville Properties bsnyder@lasserhochman.com
              David Edelberg    on behalf of Unknown Role Type    New Millennium Bank
               dedelberg@cullenanddykman.com, edelbergdr82964@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Fran B. Steele    on behalf of U.S. Trustee    U.S. Trustee Fran.B.Steele@usdoj.gov
              Jason Anthony D'Angelo    on behalf of Creditor    375 Tompkins Owner, LLC jdangelo@herrick.com,
               sselbst@herrick.com
              Jason Brett Schwartz    on behalf of Creditor    Financial Services Vehicle Trust (FSVT)
               jschwartz@mesterschwartz.com
              John J. Roberts    on behalf of Creditor    PACA roberts@af-lawfirm.com
              John R. Morton, Jr.    on behalf of Creditor    Daimler Trust ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              John R. Morton, Jr.    on behalf of Creditor    Ally Capital ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Michael J. Antongiovanni    on behalf of Creditor    NewBank mantongiovanni@msek.com
              Richard D. Trenk    on behalf of Attorney    McManimon, Scotland & Baumann, LLC rtrenk@msbnj.com,
               cdeangelis@msbnj.com
              Richard D. Trenk    on behalf of Joint Debtor Hye Sook Ha rtrenk@msbnj.com, cdeangelis@msbnj.com
              Richard D. Trenk    on behalf of Debtor Ki Hyung Kim rtrenk@msbnj.com, cdeangelis@msbnj.com
              Richard Thomas Welch    on behalf of Spec. Counsel    Starr Gern Davison & Rubin, P.C.
               rwelch@starrgern.com
              Robert S. Roglieri    on behalf of Joint Debtor Hye Sook Ha rroglieri@msbnj.com,
               mmassoud@msbnj.com
              Robert S. Roglieri    on behalf of Debtor Ki Hyung Kim rroglieri@msbnj.com, mmassoud@msbnj.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 17