|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**McMANIMON, SCOTLAND**<br>  **& BAUMANN, LLC**<br>75 Livingston Avenue, Suite 201<br>Roseland, NJ 07068<br>(973) 622-1800<br>Richard D. Trenk (rtrenk@msbnj.com)<br>Robert S. Roglieri (rroglieri@msbnj.com)<br>*Counsel for Ki Hyung Kim & Hye Sook Ha,*<br>*Debtors and Debtors-in-Possession* | Order Filed on February 6, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>KI HYUNG KIM & HYE SOOK HA,<br><br>               Debtors. | Chapter 11<br><br>Case No. 19-24863 (JKS)<br><br>Hearing Date: February 6, 2020 at 10:00 a.m. |

**ORDER GRANTING FIRST AND FINAL ALLOWANCES TO**
**McMANIMON, SCOTLAND & BAUMANN, LLC AS COUNSEL FOR DEBTORS**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: February 6, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)

| | |
|---|---|
| Debtor: | Ki Hyung Kim & Hye Sook Ha |
| Case No.: | 19-24863 (JKS) |
| Caption of Order: | Order Granting First and Final Allowances to McManimon, Scotland & Baumann, LLC, Counsel for Debtors |

---

**AND NOW**, the Court finds the firm named below filed a first and final application for allowances; notice and opportunity for hearing were given to the Debtors, creditors, and other parties in interest as required; and for good cause shown;

**IT IS ORDERED** that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| McManimon, Scotland & Baumann, LLC *Counsel for Ki Hyung Kim & Hye Sook Ha, Debtors and Debtors-in-Possession* | $96,967.00 | $7,705.08 |

**IT IS FURTHER ORDERED** the Debtors are hereby authorized and directed to pay the allowed fees and expenses to McManimon, Scotland & Baumann, LLC;

**IT IS FURTHER ORDERED** that all fees and expenses approved on an interim basis be, and hereby are, approved on a final basis.

4839-8803-1151, v. 1

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 19-24863-JKS
Ki Hyung Kim                                                        Chapter 11
Hye Sook Ha
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1             Date Rcvd: Feb 06, 2020
                              Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2020.
db/jdb        +Ki Hyung Kim,   Hye Sook Ha,   41 Brenner Place,   Alpine, NJ 07620-1105
aty           +McManimon, Scotland & Baumann, LLC,   75 Livingston Avenue,   Roseland, NJ 07068-3701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2020 at the address(es) listed below:
      Bruce H. Snyder    on behalf of Creditor    Oster Belleville Properties bsnyder@lasserhochman.com
      David Edelberg    on behalf of Unknown Role Type    New Millennium Bank
       dedelberg@cullenanddykman.com,   edelbergdr82964@notify.bestcase.com
      Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Fran B. Steele    on behalf of U.S. Trustee    U.S. Trustee Fran.B.Steele@usdoj.gov
      Jason Anthony D'Angelo    on behalf of Creditor    375 Tompkins Owner, LLC jdangelo@herrick.com,
       sselbst@herrick.com
      Jason Brett Schwartz    on behalf of Creditor    Financial Services Vehicle Trust (FSVT)
       jschwartz@mesterschwartz.com
      John J. Roberts    on behalf of Creditor    PACA roberts@af-lawfirm.com
      John R. Morton, Jr.    on behalf of Creditor    Daimler Trust ecfmail@mortoncraig.com,
       mortoncraigecf@gmail.com
      John R. Morton, Jr.    on behalf of Creditor    Ally Capital ecfmail@mortoncraig.com,
       mortoncraigecf@gmail.com
      Michael J. Antongiovanni    on behalf of Creditor    NewBank mantongiovanni@msek.com
      Richard D. Trenk    on behalf of Attorney    McManimon, Scotland & Baumann, LLC rtrenk@msbnj.com,
       cdeangelis@msbnj.com
      Richard D. Trenk    on behalf of Joint Debtor Hye Sook Ha rtrenk@msbnj.com,   cdeangelis@msbnj.com
      Richard D. Trenk    on behalf of Debtor Ki Hyung Kim rtrenk@msbnj.com,   cdeangelis@msbnj.com
      Richard Thomas Welch    on behalf of Spec. Counsel    Starr Gern Davison & Rubin, P.C.
       rwelch@starrgern.com
      Robert S. Roglieri    on behalf of Joint Debtor Hye Sook Ha rroglieri@msbnj.com,
       mmassoud@msbnj.com
      Robert S. Roglieri    on behalf of Debtor Ki Hyung Kim rroglieri@msbnj.com,   mmassoud@msbnj.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                           TOTAL: 17