| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**McMANIMON, SCOTLAND**<br>  **& BAUMANN, LLC**<br>75 Livingston Avenue, Suite 201<br>Roseland, NJ 07068<br>(973) 622-1800<br>Richard D. Trenk (rtrenk@msbnj.com)<br>Robert S. Roglieri (rroglieri@msbnj.com)<br>*Counsel for Ki Hyung Kim & Hye Sook Ha,*<br>*Debtors and Debtors-in-Possession* | Order Filed on February 6, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>KI HYUNG KIM & HYE SOOK HA,<br><br>                              Debtors. | Chapter 11<br><br>Case No. 19-24863 (JKS)<br><br>Hearing Date: February 6, 2020 at 10:00 a.m. |

**ORDER GRANTING FIRST AND FINAL ALLOWANCES TO**
**HANSOL CPAs LLP AS ACCOUNTANTS FOR DEBTORS**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: February 6, 2020**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)

| | |
|---|---|
| Debtor: | Ki Hyung Kim & Hye Sook Ha |
| Case No.: | 19-24863 (JKS) |
| Caption of Order: | Order Granting First and Final Allowances to Hansol CPAs LLP, Counsel for Debtors |

---

**AND NOW**, the Court finds the firm named below filed a first and final application for allowances; notice and opportunity for hearing were given to the Debtors, creditors, and other parties in interest as required; and for good cause shown;

**IT IS ORDERED** that compensation and expenses are allowed as follows:

| **APPLICANTS** | **COMMISSION/FEES** | **EXPENSES** |
|---|---|---|
| Hansol CPAs LLP<br>*Accountants for Ki Hyung Kim & Hye Sook Ha,*<br>*Debtors and Debtors-in-Possession* | $3,066.67 | |

**IT IS FURTHER ORDERED** the Debtors are hereby authorized and directed to pay the allowed fees and expenses to Hansol CPAs LLP;

**IT IS FURTHER ORDERED** that all fees and expenses approved on an interim basis be, and hereby are, approved on a final basis.

4811-7530-3343, v. 1

United States Bankruptcy Court
District of New Jersey

In re:  
Ki Hyung Kim  
Hye Sook Ha  
     Debtors

Case No. 19-24863-JKS  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Feb 06, 2020  
                      Form ID: pdf903    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2020.  
db/jdb     +Ki Hyung Kim,   Hye Sook Ha,   41 Brenner Place,   Alpine, NJ 07620-1105  
aty       +McManimon, Scotland & Baumann, LLC,   75 Livingston Avenue,   Roseland, NJ 07068-3701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2020                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2020 at the address(es) listed below:

      Bruce H. Snyder   on behalf of Creditor   Oster Belleville Properties bsnyder@lasserhochman.com  
      David Edelberg   on behalf of Unknown Role Type   New Millennium Bank dedelberg@cullenanddykman.com, edelbergdr82964@notify.bestcase.com  
      Denise E. Carlon   on behalf of Creditor   Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Fran B. Steele   on behalf of U.S. Trustee   U.S. Trustee Fran.B.Steele@usdoj.gov  
      Jason Anthony D'Angelo   on behalf of Creditor   375 Tompkins Owner, LLC jdangelo@herrick.com, sselbst@herrick.com  
      Jason Brett Schwartz   on behalf of Creditor   Financial Services Vehicle Trust (FSVT) jschwartz@mesterschwartz.com  
      John J. Roberts   on behalf of Creditor   PACA roberts@af-lawfirm.com  
      John R. Morton, Jr.   on behalf of Creditor   Daimler Trust ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
      John R. Morton, Jr.   on behalf of Creditor   Ally Capital ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
      Michael J. Antongiovanni   on behalf of Creditor   NewBank mantongiovanni@msek.com  
      Richard D. Trenk   on behalf of Attorney   McManimon, Scotland & Baumann, LLC rtrenk@msbnj.com, cdeangelis@msbnj.com  
      Richard D. Trenk   on behalf of Joint Debtor Hye Sook Ha rtrenk@msbnj.com, cdeangelis@msbnj.com  
      Richard D. Trenk   on behalf of Debtor Ki Hyung Kim rtrenk@msbnj.com, cdeangelis@msbnj.com  
      Richard Thomas Welch   on behalf of Spec. Counsel   Starr Gern Davison & Rubin, P.C. rwelch@starrgern.com  
      Robert S. Roglieri   on behalf of Joint Debtor Hye Sook Ha rroglieri@msbnj.com, mmassoud@msbnj.com  
      Robert S. Roglieri   on behalf of Debtor Ki Hyung Kim rroglieri@msbnj.com, mmassoud@msbnj.com  
      U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                     TOTAL: 17