Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−24863−JKS
Chapter: 11
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ki Hyung Kim                                     Hye Sook Ha
   aka Kevin Kim                                  aka Jane Kim
   41 Brenner Place                              41 Brenner Place
   Alpine, NJ 07620                             Alpine, NJ 07620

Social Security No.:
   xxx−xx−7778                                       xxx−xx−9538

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on February 7, 2020, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 133 − 127
Money Judgment in favor of Lily and against Debtors in the amount of $72,763.22 (related document:127 Application (Generic) filed by Creditor PACA) . Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 2/7/2020. (zlh)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: February 7, 2020
JAN: zlh

                                                                                   Jeanne Naughton
                                                                                   Clerk

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                          Case No. 19-24863-JKS
Ki Hyung Kim                                                    Chapter 11
Hye Sook Ha
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: Feb 07, 2020
                              Form ID: orderntc        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2020.
db/jdb         +Ki Hyung Kim,   Hye Sook Ha,   41 Brenner Place,   Alpine, NJ 07620-1105

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2020 at the address(es) listed below:
              Bruce H. Snyder    on behalf of Creditor    Oster Belleville Properties bsnyder@lasserhochman.com
              David Edelberg    on behalf of Unknown Role Type    New Millennium Bank
               dedelberg@cullenanddykman.com,    edelbergdr82964@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Fran B. Steele    on behalf of U.S. Trustee    U.S. Trustee Fran.B.Steele@usdoj.gov
              Jason Anthony D'Angelo    on behalf of Creditor    375 Tompkins Owner, LLC jdangelo@herrick.com,
               sselbst@herrick.com
              Jason Brett Schwartz    on behalf of Creditor    Financial Services Vehicle Trust (FSVT)
               jschwartz@mesterschwartz.com
              John J. Roberts    on behalf of Creditor    PACA roberts@af-lawfirm.com
              John R. Morton, Jr.    on behalf of Creditor    Daimler Trust ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              John R. Morton, Jr.    on behalf of Creditor    Ally Capital ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Michael J. Antongiovanni    on behalf of Creditor    NewBank mantongiovanni@msek.com
              Richard D. Trenk    on behalf of Attorney    McManimon, Scotland & Baumann, LLC rtrenk@msbnj.com,
               cdeangelis@msbnj.com
              Richard D. Trenk    on behalf of Joint Debtor Hye Sook Ha rtrenk@msbnj.com,    cdeangelis@msbnj.com
              Richard D. Trenk    on behalf of Debtor Ki Hyung Kim rtrenk@msbnj.com,    cdeangelis@msbnj.com
              Richard Thomas Welch    on behalf of Spec. Counsel    Starr Gern Davison & Rubin, P.C.
               rwelch@starrgern.com
              Robert S. Roglieri    on behalf of Joint Debtor Hye Sook Ha rroglieri@msbnj.com,
               mmassoud@msbnj.com
              Robert S. Roglieri    on behalf of Debtor Ki Hyung Kim rroglieri@msbnj.com,    mmassoud@msbnj.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 17