UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br>Ki Hyung Kim & Hye Sook Ha,<br>Debtors | Case No.: 19-24863 (JKS)<br>Chapter: 11<br>Judge: Sherwood |

## NOTICE OF PROPOSED PRIVATE SALE

Ki Hyung Kim and Hye Sook Ha the Reorganized Debtors, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk: Jeanne A. Naughton, Clerk
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable John K. Sherwood, U.S.B.J. on March 31, 2020 at 10:00 a.m. at the United States Bankruptcy Court, courtroom no. 3D, 50 Walnut Street, Newark, NJ 07102. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold: 41 Brenner Place, Alpine, New Jersey

Proposed Purchaser: Pravin Bhanderi and Gita Bhanderi

Sale price: $3,300,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional: Realty 7 LLC
Amount to be paid: 1% commission
Services rendered: Listing Broker for property

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Richard D. Trenk, Esq. and Robert S. Roglieri, Esq.

Address: 75 Livingston Avenue, Second Floor, Roseland, New Jersey 07065

Telephone No.: 973-622-1800

*rev.8/1/15*