**McMANIMON, SCOTLAND
 & BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, NJ 07068
(973) 622-1800
Richard D. Trenk (rtrenk@msbnj.com)
Robert S. Roglieri (rroglieri@msbnj.com)
*Counsel for Ki Hyung Kim & Hye Sook Ha,
Reorganized Debtors*

Order Filed on March 31, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| KI HYUNG KIM & HYE SOOK HA, | Case No. 19-24863 (JKS) |
| Debtors. | Hearing Date and Time:<br>March 31, 2020 at 10:00 a.m. |

### ORDER CLOSING REORGANIZED DEBTOR'S CHAPTER 11 CASE

The relief set forth on the following pages, numbered one (1) is hereby **ORDERED**.

**DATED: March 31, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)

| | |
|---|---|
| Debtors: | Ki Hyung Kim & Hyesook Ha |
| Case No.: | 19-24863 (JKS) |
| Caption of Order: | Order Closing Reorganized Debtors' Chapter 11 Case |

**THIS MATTER** having been presented to the Court Ki Hyung Kim & Hyesook Ha, reorganized Chapter 11 debtors (the "Reorganized Debtors"), by and through its counsel, McManimon, Scotland & Baumann, LLC, upon the filing of a motion to close the Reorganized Debtors' Chapter 11 case ("Motion"), and the Court having considered the moving papers, and any timely filed response or objection thereto, and for good cause shown;

**IT IS HEREBY ORDERED that:**

1. The Reorganized Debtors' Motion is granted in its entirety.

2. The Reorganized Debtors' Chapter 11 case be and hereby is closed immediately upon entry of this Order.

3. Within sixty (60) days of the entry of this Order, the Reorganized Debtors shall (i) submit to the Office of the United States Trustee all outstanding post-confirmation quarterly reports for all periods through the date of this Order, and (ii) pay all statutory fees due to the U.S. Trustee Program pursuant to 28 U.S.C. 1930(a)(6).  If such reports are not submitted and such fees are not paid timely, the Office of the United States Trustee may seek to reopen this case to seek such payment, conversion or dismissal of the case, or such other appropriate relief.