Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.: 19−24863−JKS
                    Chapter: 11
                    Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Ki Hyung Kim | Hye Sook Ha |
| aka Kevin Kim | aka Jane Kim |
| 41 Brenner Place | 41 Brenner Place |
| Alpine, NJ 07620 | Alpine, NJ 07620 |

Social Security No.:
  xxx−xx−7778                                     xxx−xx−9538

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>March 31, 2020</u>                 <u>John K. Sherwood</u>
                                              Judge, United States Bankruptcy Court