**McMANIMON, SCOTLAND
 & BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, NJ 07068
(973) 622-1800
Richard D. Trenk (rtrenk@msbnj.com)
Robert S. Roglieri (rroglieri@msbnj.com)
*Counsel for Ki Hyung Kim & Hye Sook Ha,
Reorganized Debtors*

Order Filed on March 31, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>KI HYUNG KIM & HYE SOOK HA,<br><br>    Debtors. | Chapter 11<br><br>Case No. 19-24863 (JKS)<br><br>Hearing Date and Time:<br>March 31, 2020 at 10:00 a.m. |

### ORDER CLOSING REORGANIZED DEBTOR'S CHAPTER 11 CASE

The relief set forth on the following pages, numbered one (1) is hereby **ORDERED**.

**DATED: March 31, 2020**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)
Debtors: Ki Hyung Kim & Hyesook Ha
Case No.: 19-24863 (JKS)
Caption of Order: Order Closing Reorganized Debtors' Chapter 11 Case

---

**THIS MATTER** having been presented to the Court Ki Hyung Kim & Hyesook Ha, reorganized Chapter 11 debtors (the "Reorganized Debtors"), by and through its counsel, McManimon, Scotland & Baumann, LLC, upon the filing of a motion to close the Reorganized Debtors' Chapter 11 case ("Motion"), and the Court having considered the moving papers, and any timely filed response or objection thereto, and for good cause shown;

**IT IS HEREBY ORDERED that:**

1. The Reorganized Debtors' Motion is granted in its entirety.

2. The Reorganized Debtors' Chapter 11 case be and hereby is closed immediately upon entry of this Order.

3. Within sixty (60) days of the entry of this Order, the Reorganized Debtors shall (i) submit to the Office of the United States Trustee all outstanding post-confirmation quarterly reports for all periods through the date of this Order, and (ii) pay all statutory fees due to the U.S. Trustee Program pursuant to 28 U.S.C. 1930(a)(6). If such reports are not submitted and such fees are not paid timely, the Office of the United States Trustee may seek to reopen this case to seek such payment, conversion or dismissal of the case, or such other appropriate relief.

4821-7073-3747, v. 1

```
                        United States Bankruptcy Court
                             District of New Jersey
```

```
In re:                                                    Case No. 19-24863-JKS
Ki Hyung Kim                                              Chapter 11
Hye Sook Ha
         Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin               Page 1 of 1              Date Rcvd: Mar 31, 2020
                              Form ID: pdf903           Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 02, 2020.
```
db/jdb       +Ki Hyung Kim,    Hye Sook Ha,    41 Brenner Place,    Alpine, NJ 07620-1105
aty          +McManimon, Scotland & Baumann, LLC,    75 Livingston Avenue,    Roseland, NJ 07068-3701
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

```
             ***** BYPASSED RECIPIENTS *****
```
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 31, 2020 at the address(es) listed below:
```
              Bruce H. Snyder    on behalf of Creditor    Oster Belleville Properties bsnyder@lasserhochman.com
              David Edelberg    on behalf of Unknown Role Type    New Millennium Bank
               dedelberg@cullenanddykman.com,    edelbergdr82964@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Fran B. Steele    on behalf of U.S. Trustee    U.S. Trustee Fran.B.Steele@usdoj.gov
              Jason Anthony D'Angelo    on behalf of Creditor    375 Tompkins Owner, LLC jdangelo@herrick.com,
               sselbst@herrick.com
              Jason Brett Schwartz    on behalf of Creditor    Financial Services Vehicle Trust (FSVT)
               jschwartz@mesterschwartz.com
              John J. Roberts    on behalf of Creditor    PACA roberts@af-lawfirm.com
              John R. Morton, Jr.    on behalf of Creditor    Daimler Trust ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              John R. Morton, Jr.    on behalf of Creditor    Ally Capital ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Michael J. Antongiovanni    on behalf of Creditor    NewBank mantongiovanni@msek.com
              Richard D. Trenk    on behalf of Attorney    McManimon, Scotland & Baumann, LLC rtrenk@msbnj.com,
               cdeangelis@msbnj.com
              Richard D. Trenk    on behalf of Joint Debtor Hye Sook Ha rtrenk@msbnj.com,   cdeangelis@msbnj.com
              Richard D. Trenk    on behalf of Debtor Ki Hyung Kim rtrenk@msbnj.com,   cdeangelis@msbnj.com
              Richard Thomas Welch    on behalf of Spec. Counsel    Starr Gern Davison & Rubin, P.C.
               rwelch@starrgern.com
              Robert S. Roglieri    on behalf of Joint Debtor Hye Sook Ha rroglieri@msbnj.com,
               mmassoud@msbnj.com
              Robert S. Roglieri    on behalf of Debtor Ki Hyung Kim rroglieri@msbnj.com,   mmassoud@msbnj.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 17
```